**Bruce L. Campbell**
**OSB No. 925377**
bruce.campbell@millernash.com
**Madeline Engel**
**OSB No. 096283**
madeline.engel@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

Attorneys for Defendant Portland Public Schools

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **AHM**, by and through her Guardian *ad litem* and father David Mark Morrison, and **David Mark Morrison**, individually, | CV No. 3:11-CV-00739-MO |
| Plaintiffs, | PORTLAND PUBLIC SCHOOLS' MOTION FOR SUMMARY JUDGMENT |
| v. | **ORAL ARGUMENT REQUESTED** |
| **Portland Public Schools**, | |
| Defendant. | |

### LR 7.1 CERTIFICATION

Counsel for defendant Portland Public Schools conferred with counsel for plaintiffs AHM and David Mark Morrison, but the parties have been unable to do resolve the dispute.

Page 1 -    Portland Public Schools' Motion for Summary Judgment

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

## INTRODUCTION

Pursuant to Fed. R. Civ. P. 56, defendant Portland Public Schools ("PPS") moves the court for summary judgment against plaintiffs AHM and David Mark Morrison.  PPS's motion is based on the accompanying Portland Public Schools' Memorandum in Support of Motion for Summary Judgment, the Declaration of Bruce Campbell in Support of Portland Public Schools' Motions to Exclude or Strike Plaintiffs' Expert Reports and for Summary Judgment, and the exhibits filed therein.

DATED this 6th day of April, 2012.

MILLER NASH LLP

s/ Bruce L. Campbell
Bruce L. Campbell, OSB No. 925377
bruce.campbell@millernash.com
Madeline Engel, OSB No. 096283
madeline.engel@millernash.com
Fax: (503) 224-0155

Attorneys for Defendant
Portland Public Schools

Page 2 -    Portland Public Schools' Motion for Summary Judgment

SEADOCS:444832.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

I hereby certify that I served the foregoing Portland Public Schools' Motion for

Summary Judgment on:

Mr. Shawn E. Abrell
Attorney at Law
3405 N.W. 31st Circle
Camas, Washington  98607
E-mail:  shawn.e.abrell@gmail.com

Attorney for Plaintiffs

Mr. Tyl W. Bakker
Tyl W. Bakker LLC
621 S.W. Alder Street, Suite 621
Portland, Oregon  97205
E-mail:  tylbakker@gmail.com

Attorney for Plaintiffs

by the following indicated method or methods:

☒    **CM/ECF system transmission.**

☐    **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or Wordperfect format, not in pdf, unless otherwise agreed to by the parties.

☐    **Facsimile communication device.**

☐    **First-class mail, postage prepaid.**

☐    **Hand-delivery.**

☐    **Overnight courier, delivery prepaid.**

DATED this 6th day of April, 2012.

s/ Bruce L. Campbell
Bruce L. Campbell, P.C., OSB No. 925377

Of Attorneys for Portland Public Schools

Page 1 -    Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699