**Shawn E. Abrell**, WSBA No. 41054, *Pro Hac Vice*
4614 SW Kelly Avenue, Suite 200, Portland, Oregon 97219
Tel.: 971.258.0333; Fax: 503.222.0693
E-Mail:  shawn.e.abrell@gmail.com
     *Lead Counsel for Plaintiffs*

**Tyl W. Bakker**, OSB No. 90200
621 SW Alder, Suite 621, Portland, Oregon 97205
Tel.: 503.244.4157; Fax: 503.220.1913
E-Mail:  tylbakker@gmail.com
     *Local Counsel for Plaintiffs*

**United States District Court**

**District of Oregon**

**Portland Division**

| | |
|---|---|
| **AHM,** by and through her Guardian *ad litem* and father, David Mark Morrison**,** and **David Mark Morrison**, individually,<br><br>     Plaintiffs,<br><br>  v.<br><br>**Portland Public Schools**,<br><br>     Defendant. | Civil Action No. 3:11-cv-00739-MO<br><br><br>**Plaintiffs' Exhibit L – Deposition Transcript of Barrie Trower** |

# In The Matter Of:

*AHM, ET. AL.*
*v.*
*PORTLAND PUBLIC SCHOOLS*

_____

## *BARRIE TROWER - Vol. 1*
### *January 30, 2012*

_____

**M E R R I L L   L A D**
1325 G Street NW, Suite 200, Washington, DC
Phone: 800.292.4789   Fax:202.861.3425

Plaintiffs' Exhibit L
Trower Depo
1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

- - - - - - - - - - - - - - - - - -

IN THE MATTER OF                    )
                                    )
AHM, BY AND THROUGH HER GUARDIAN    )
AD LITEM AND FATHER, DAVID MARK MORRISON, )
AND DAVID MARK MORRISON, INDIVIDUALLY,)
               Plaintiff,      )
                               )CIVIL ACTION NO:
v.                             )3:11-CV-00739-MO
                               )
PORTLAND PUBLIC SCHOOLS,       )
                               )
               Defendant.      )

- - - - - - - - - - - - - - - - - -

DEPOSITION OF BARRIE TROWER

VOLUME I

Monday, January 30, 2012

AT:  10:00 a.m.

Taken at:

Blake, Cassels & Graydon LLP

23 College Hill

5th Floor

London

EC4R 2RP

United Kingdom

 Job No. 24-209886

 Pages: 1 - 138

Court Reporter:

Anne-Marie Stallard

Accredited Real-time Reporter

Plaintiffs' Exhibit L
Trower Depo
2

BARRIE TROWER - 1/30/2012

Page 2

```
 1        A P P E A R A N C E S
 2  Appearing for the Plaintiff:
 3       SHAWN E. ABRELL, ESQ.,
         1560 Holly Street
 4       Portland, Oregon, 97068
         (503) 258 0333
 5
 6
 7  Appearing for the Defendant:
 8       BRUCE CAMPBELL, ESQ.,
         MILLER NASH LLP
 9       3400 U.S. Bancord Tower,
         111 S.W. Fifth Avenue,
10       Portland,
         Oregon, 97204-3699
11       (503) 224 5858
12
13
14  ALSO PRESENT:
    L. Lloyd Morgan, B.S.
15  Brenda Short, Powerwatch
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1        E X H I B I T   I N D E X
 2
 3  No.     Description              Page
 4  Exhibit 55 AMENDED DECLARATION OF ..................54
            BARRIE TROWER
 5
         Exhibit 5 NATIONAL CANCER .........................110
 6          INSTITUTE FACT SHEET
 7  Exhibit 6 AMERICAN CANCER SOCIETY ................113
            STATEMENT
 8
         Exhibit 9 U.S. FOOD & DRUG ........................116
 9          ADMINISTRATION STATEMENT
10  Exhibit 10 NATIONAL TOXICOLOGY ....................118
            PROGRAM STATEMENT
11
         Exhibit 14 HEALTH PROTECTION ......................121
12          AGENCY ADVICE
13  Exhibit 56 REPLY OF BARRIE TROWER .................127
14
15      (Exhibits attached to the transcript)
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1        W I T N E S S   I N D E X
 2
 3  Witness                     Page
 4  BARRIE TROWER (sworn) ................................5
 5      Examination by MR. CAMPBELL  ................5
 6      Examination by MR. ABRELL  ................132
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1              BARRIE TROWER
 2  having been duly sworn  testified as follows:
 3        MR. CAMPBELL:  This is Bruce Campbell.
 4  Before we begin, I want to put a couple of things on
 5  the record.  First of all, this was the day that was
 6  duly noted for the deposition of Andrew Goldsworthy and
 7  I understand that Mr. Goldsworthy is not here today.
 8  We had tomorrow noticed for the deposition of
 9  Mr. Trower and I understand that Mr. Trower is not
10  available for tomorrow, so on short notice I have
11  attempted to prepare for Mr. Trower's deposition today
12  and we are going forward with a full reservation of
13  rights to seek any appropriate relief.
14  EXAMINATION BY MR. CAMPBELL
15      Q. Good morning Mr. Trower.
16      A. Hello, sir.
17      Q. My name is Bruce Campbell and I'm representing
18  Portland Public Schools in this lawsuit.
19        Mr. Trower, have you ever had your deposition
20  taken before?
21      A. No, sir.
22      Q. Do you understand, has the process been
23  explained to you?
24      A. Yes, sir.
25      Q. So I will be asking you a series of questions
```

2 (Pages 2 to 5)

BARRIE TROWER – 1/30/2012

Page 6

1  and, if things go well, you'll be answering
2  my questions and both my questions -- or your answers
3  to my questions are given under oath.
4      A. Yes, I understand that.
5      Q. So your answers may be used in a court
6  proceeding in this matter; do you understand that?
7      A. I understand that, sir.
8      Q. Also, for the court reporter's benefit it's
9  helpful if you answer audibly: so instead of shaking
10  your head or nodding your head, or saying "uh-uh" or
11  "ah-ha", if you could say yes or no or give a full and
12  audible answer, can you do that?
13      A. Yes, sir.
14      Q. We'll probably need to remind you during
15  the day. It always happens that way.
16      Also, it's very important that you understand
17  my questions, so if I ask a question that you don't
18  understand or is unclear to you, please tell me so and
19  I will be happy to rephrase my question.
20      A. Thank you, sir.
21      Q. Mr. Trower, are you on any medications today
22  that would affect your memory or your ability to give
23  complete and accurate testimony?
24      A. That's a good question. I am on medication.
25  To my knowledge -- I'm not a pharmacist -- to my

Page 7

1  knowledge, it shouldn't affect my memory or ability to
2  answer.
3      Q. Is the medication that you're on today
4  something you take on a daily basis?
5      A. Yes.
6      Q. So do you typically have problems with your
7  memory or ability to give full and accurate statements?
8      A. No sir, no. No, no.
9      Q. Are there any other reasons, sitting here
10  today, that you would be unable to give full and
11  accurate testimony?
12      A. No, sir.
13      Q. So, let's spend a couple of minutes talking
14  about your preparation; did you do anything to prepare
15  for your deposition here today?
16      A. In terms of writing and talking to
17  the attorneys, yes sir.
18      Q. Okay. I'm not entitled to ask you about
19  conversations that you've had with your attorney.
20      A. Right.
21      Q. So, other than talking to your attorney, have
22  you spoken to anybody else about your deposition?
23      A. No, sir.
24      Q. Have you reviewed any documents in connection
25  with your deposition?

Page 8

1      A. Many, many sir, yes.
2      Q. What documents have you reviewed?
3      A. Oh, you want a list?
4      Q. Yes, if you could provide, if you could
5  identify the documents that you did look at in
6  connection with your preparation. You can describe
7  them by category too, if that would be helpful.
8      A. The -- the documents I reviewed -- I don't know
9  that I can provide the list. I mean, I've probably
10  been reading for ... months. I read almost everything
11  which is published. I'm a scientific adviser to
12  several organizations, a couple of them international,
13  and what that means is I receive documents through
14  the post which I generally translate, rewrite into
15  ordinary, everyday English as a teacher, and send them
16  back so that the organizations can explain them to
17  their readers.
18      Q. Okay.
19      A. But we're probably talking about 200 to 300
20  documents.
21      Q. Alright, but you would review those 200 to 300
22  documents in connection with your work as -- as
23  an adviser?
24      A. Well, it's all linked, sir. The effect of low
25  level microwave irradiation on any cell form, it's all

Page 9

1  linked, so whether we're talking about trees or
2  children or adults, the cellular structure is exactly
3  the same.
4      Q. Alright. Maybe I can make it a little easier.
5  What I'm asking you for are documents that you've
6  reviewed specifically in preparation for
7  the deposition. So, if you review documents also in
8  the course of your work as a scientific adviser or also
9  in your course of other activities, that's not really
10  what I'm asking for. It's just what documents did you
11  specifically look at in preparing for your deposition?
12      A. Again, sir, I'm not trying to be difficult:
13  I probably have four or five ongoing discussions
14  which -- I don't understand the meaning of the word
15  "deposition", but I have four or five ongoing projects
16  of which this is one, and as I read documents or review
17  documents or remember documents, or reread documents
18  which I have myself written, I bear in mind where it
19  could be useful, but if you're saying to me did I read
20  a specific document for this specific trial, I would
21  have to say probably quite a few; but it wouldn't be
22  one document, it would be a part of one document to do
23  with a specific cellular process, which I may have
24  picked up through a chain reaction of four or five
25  documents.

3 (Pages 6 to 9)

BARRIE TROWER - 1/30/2012

Page 10

1      I'm not trying to be difficult, sir --
2      **Q. No, I think I understand.  I think you -- maybe**
3  **if I can summarize, your work is -- overlaps in some**
4  **degree and kind of, to some extent dovetails --**
5      A. Everything overlaps.
6      **Q. Yes, so --**
7      A. Everything overlaps.
8      **Q. So it's hard to parse out exactly what you're**
9  **doing for this deposition as opposed to your other**
10 **endeavors?**
11     A. Absolutely, sir.  Absolutely.
12     **Q. You mentioned that you have four or five**
13 **ongoing projects.**
14     A. Yes, sir.
15     **Q. What are they?**
16     A. I was a guest of the king in South Africa,
17 probably a year and a half ago.  Again, because they
18 had an unusual number of illnesses to do with ants,
19 bees, trees.  If I could explain ants, it may not seem
20 important, but when wi-fi and transmitters went up near
21 a farmer's field and these people, the gentlemen
22 concerned, they live off the land, they really know
23 their land, and he said, "The moment the transmitter
24 went up, all of my ants disappeared," and the bees
25 didn't come back in his other field.

Page 11

1      But the ants disappeared, and the ants crawl over
2  the plants, licking the moist substances that the plants
3  produce, but they also protect the plants from other insects
4  landing on them, so it's a symbiotic relationship.
5      So in terms of the ant, to this gentleman the ant
6  was as important as -- speaking at the same meeting for
7  His Majesty was a teacher who had been a teacher there for
8  30 years, and this is -- it's on the internet, the actual
9  video is on the internet of me speaking.  It's His Majesty
10 King Kofi Kgfela II in Botswana.
11     The teacher, just as important, said that he had
12 a class of, I believe it was 30 children, he'd been
13 a teacher for 30 years, and bad behavior -- suicidal
14 tendencies, bad behavior was unknown in African children
15 but within 18 months of the transmitter going up, he said
16 every single child in his class was on ritalin for bad
17 behavior, and again, the only thing he could put it down to
18 was the wi-fi and the transmitter in the school.
19     So, that was the African.  I gave several lectures
20 in different parts of Africa, but that's the example.
21     **Q. Mostly in Botswana?**
22     A. Oh no, sir, Johannesburg.
23     **Q. In Johannesburg?**
24     A. Yes sir, we fought a legal case in
25 Johannesburg -- and this is on the record --

Page 12

1  the barrister was a lady called Fizer, F-I-Z-E-R, who
2  worked for free.  I worked for free.  There was a wi-fi
3  transmitter erected in the middle of a township, and
4  within two years most of the township had to leave.
5  They had multiple illnesses.  The township had to
6  leave, and they asked the company, I think it was
7  Wimax -- it was Wimax -- they asked the company to
8  remove the transmitter.  The company said no, and I was
9  asked to visit South Africa by the township and friends
10 of the township.
11     We prepared a legal document, or I presented
12 the science, a legal document, the barrister did all of
13 the law.  This is the same time the volcano went off, if you
14 are looking for a date.  The case went to court and it was
15 won -- this was in the summer, I think the August, when
16 the volcano went off.  The case went to court, the township
17 people won, the transmitter was taken down Christmas Eve,
18 I had a telephone call Christmas Eve to say the transmitter
19 was being dismantled that day and the township people were
20 going back.  Since then, another transmitter has been taken
21 down, maybe others, I don't know.
22     **Q. Alright.  So that would be two ongoing**
23 **projects.  Are there any others that you have?**
24     A. Yes sir, yes.  I have ongoing projects, gosh,
25 in Norway, Denmark, New Zealand ... Norway, Denmark,

Page 13

1  New Zealand ... it's not Bombay, the new name for
2  Bombay.
3      **Q. Mumbai.**
4      A. Mumbai.  Mumbai, Ireland -- southern Ireland,
5  Canada.  That might be -- yes.
6      **Q. Alright, let's talk about those projects.**
7      **Let me start with Canada; what's the nature of**
8  **that project?**
9      A. The nature of that project, sir, I was invited
10 by Professor Magda Havas to give a lecture at
11 Trent University.  This was indirectly from, I believe
12 it was called Collingwood School, who were suffering
13 illnesses, again from wi-fi, and I gave a lecture at
14 the university, the usual television and radio
15 broadcasts.  I spoke to probably legal people, I'm not
16 sure.  I mean, when you go to rooms like this --
17 I spoke to people about the science and the result of
18 that, sir, was I heard not too long ago that
19 Collingwood School had now taken out the wi-fi and
20 I believe the neighboring school either is or is
21 considering taking out wi-fi, but wi-fi is certainly
22 out of that school.
23     **Q. So do you know, in the Collingwood School was**
24 **wi-fi taken out as a result of community pressure, or**
25 **was it a legal action?**

4 (Pages 10 to 13)

Plaintiffs' Exhibit L
Trower Depo
5

BARRIE TROWER - 1/30/2012

Page 14

1     A. I don't know, sir.
2     Q. How about southern Ireland?
3     A. Southern Ireland, I have visited there three
4  times and I've been asked to go back. Again, it is
5  an ongoing legal case. I went over there, I met
6  a legal secretary, whose name I can never remember.
7  I prepared a legal document. This was to do with not
8  only people becoming ill around transmitters, it was --
9  it surprised me -- it was to do with the effect on
10  racehorses. They seemed very, very interested in their
11  racehorses becoming sick where you have transmitters
12  near the breeding stables, and I went over there to
13  discuss the cellular aspects of low level radiation,
14  but that is ongoing, sir, there is no result there.
15     Q. Alright, how about Norway?
16     A. Norway, I've been told -- I'm due to visit
17  Norway in about six weeks. A gentleman from -- oh, and
18  Spain. Sorry sir, and Spain as well. I'm thinking of
19  the television crews that came across. Oh, and
20  Germany. Sorry, yes, Germany as well. I'm sorry,
21  I forget, I gave a big lecture to
22  International Scientist in Germany.
23     Sorry, which country was I in?
24     Q. Norway.
25     A. A gentleman from Denmark came across,

Page 15

1  a producer, a television producer from Denmark came
2  across just a few weeks ago because I had been
3  communicating with a lady and gentleman in Norway.
4  They had had a visit from the -- a gentleman --
5  I presume a gentleman, it may have been a lady -- from
6  the Norwegian king and queen, who were interested in
7  my visit to other royals, which I have spoken to.
8  I have been invited to Norway, maybe to meet
9  His Majesty and Her Majesty, maybe to meet their
10  representative.
11     Similarly, the gentleman from Denmark is also
12  asking me to do a triangle and go to Denmark to discuss
13  the effects on the environment.
14     Q. Okay, so that's a trip that you have not yet
15  taken?
16     A. It's due -- where are we now? February.
17  March 22 to the 25th I'm in Norway, and from the 25th
18  they want me to go down to Denmark, but I deliberately
19  told them I couldn't commit myself to a visit until
20  I had spoken to you gentlemen in case I had a telephone
21  call or something booked, so I promised to ring them
22  when I got back from London.
23     Q. Okay. Alright, so how about New Zealand?
24     A. New Zealand, they have organized a trip. I do
25  not have a date, but they wish me to make a live

Page 16

1  television debate and public appearances, television
2  appearances, with -- or against a Dr. Black, who is
3  the communications spokesperson for New Zealand.
4  The gentleman organizing the trip is a Mr. John Cooke,
5  with an "e", who is in Auckland, and one of the groups
6  that have asked me to give a particular talk are
7  the representatives of Maori, because they are
8  concerned about transmitters going up in their natural
9  habitats, the effect on trees.
10     Q. Alright. Can you tell us about your work in
11  Mumbai?
12     A. Mumbai, yes sir, is a man called Daddy,
13  a gentleman called Daddy, he says "Call me Daddy",
14  a Mr. Daddy, and he has asked me to go Mumbai. I've
15  delayed going out there at the moment because I don't
16  travel very well, and he is concerned -- it was
17  a particular block of flats he was concerned in when
18  the transmitter went on the roof of the block of flats
19  and the people in the neighboring block of flats where
20  it transmitted through were becoming very ill, and
21  there seems to be an unrestricted growth of
22  transmitters. He is a business gentleman, I'm not sure
23  what business he's in, but he asked me to send him
24  a pile of documents and he has asked me to go and
25  visit, but at the moment I've said I can't do

Page 17

1  everything at once, but I'm still in communication.
2     Q. Thank you. Tell us about your work in Spain.
3     A. Spain, yes sir. This is linked to Germany.
4  I was invited to give a lecture to 400 international
5  scientists in a place called Ulm, U-L-M, in Germany on
6  the German/Swiss border, and the -- it was a six-hour
7  lecture: I did three hours in the morning and
8  three hours in the evening. The evening lecture was by
9  way of a television interview, which they turned into
10  a DVD to send out to all of the scientists.
11     Two of the scientists, or one of the scientists
12  but two people, were there from Spain and after my six hours
13  talk, they asked if they could come across and interview me
14  with a view to a television documentary, I believe for Sky,
15  Discovery Channel. They came over to my house soon after
16  and, again, they filmed for three days, a crew of four
17  filmed for three days. They went back -- a lady called
18  Paziz, it's Mrs. or Ms. Paziz -- no Cadiz, C-A-D, Cadiz.
19  I'm sorry, Cadiz. I think it's Paz, P-A-Z, Cadiz. And they
20  invited me to visit Spain to present a series of lectures in
21  Spain. I've said: yes, but not now. Again, I don't travel
22  well, so I hope they'll get somebody else.
23     Q. Okay, were there any others? I think we've
24  covered -- ran through the list that you identified.
25     A. Not that I can think of at the moment, sir.

5 (Pages 14 to 17)

Plaintiffs' Exhibit L
Trower Depo
6

BARRIE TROWER - 1/30/2012

Page 18

1    Q. Any of these matters, did you give -- you
2  testified earlier that you had never been deposed
3  before; have you ever provided testimony in court?
4    A. Oh yes sir, yes.  Well, I don't understand
5  the word "deposed": if it means being asked questions
6  legally, yes, I have been asked to speak to
7  communities at planning meetings, purely as
8  a scientific -- scientist.
9        I was invited by the two police unions in this
10 country, the PC -- public -- P -- Public Commercial Services
11 Union and the Police Federation of England and Wales, I was
12 invited by both of those over a gap of a few years to write
13 the safety report on the Tetra airwave communications system
14 with a view to the irradiation of the gentlemen and the lady
15 police officers, and the lady police officers who may be
16 pregnant, and the siting of transmitters around police, fire
17 brigades, ambulance service, married quarters, where they
18 have schools and houses, and on a few occasions I have been
19 invited to -- where the family have been ill, they've asked
20 me to go to a planning meeting, or the MPs have invited me
21 to a meeting, because the MPs have actually brought this up
22 in Parliament where people have -- around the transmitters
23 there was one case of 18 leukemia -- cases in 18 different
24 families around a Tetra transmitter.  This was brought up in
25 Parliament.

Page 19

1        Other cases have involved me giving evidence on
2  oath with ordinary planning to do with either wi-fi or
3  transmitters or -- I've probably done quite a -- and I've
4  spoken to councils and governments under oath, sir.  I'm
5  trying to think how many governments I've spoken to.
6  Probably four different governments under oath.
7    Q. Okay, and maybe when I use the term
8  "deposition", that's a commonly used term in
9  the United States, but a deposition is generally in
10 connection with a lawsuit or a court proceeding:
11 we have an opportunity to have a witness be sworn in
12 and then ask questions under oath as a lead-up to
13 a trial.
14   A. No, then that -- no sir, because you turn up on
15 the day, you're under oath and you answer questions
16 from the chairperson or the judge or their counsel.
17   Q. Right.  So it sounds like you've testified in
18 a number of community planning meetings.
19   A. Yes sir, absolutely correct.
20   Q. Did you testify before Parliament?
21   A. Not the British Parliament.
22   Q. Did you -- was there another Parliament that
23 you testified before?
24   A. Yes sir, yes sir.  I was a guest -- it's either
25 Jersey or Guernsey, I testified there to

Page 20

1  the Parliamentary Standing Committee, or it may have
2  been all of the Parliament, I don't know how many they
3  have.  I was invited to speak at the Welsh
4  Parliament -- my transcript is on the internet, the --
5  what do they call it?  It's not the Welsh Parliament
6  it's the -- Welsh Assembly.  The Welsh Assembly.
7        I was invited by -- what's her name?  I've got her
8  card in my ... in Australia, I was invited by the minister,
9  the environment minister to give a television broadcast and
10 speak.  I can get her name out of my --
11   Q. That's okay.  I'm just trying to find out, so
12 you've testified in front of community planning
13 meetings and some --
14   A. And ministers, yes sir.
15   Q. And ministers and government organizations.
16   A. Yes, sir.
17   Q. Have you testified in a court proceeding
18 before?
19   A. No, sir.  But I believe I'm due to.
20   Q. In connection with this case?
21   A. Not in connection with this case, no, sir.
22 It's -- my statement has gone through the solicitor.
23 The solicitor has accepted my evidence and it has gone
24 to the barrister.  I don't know if you have
25 the equivalent of a barrister.  It's gone to

Page 21

1  the barrister and I'm waiting now to hear from
2  the barrister whether I will be called to give evidence
3  in June.
4    Q. In which case is this?
5    A. This is to do with the Tetra airwave
6  communication system having a detrimental effect on
7  the physiology of police officers and bystanders to do
8  with a riot we had two and a half years ago.
9    Q. And what court is that in front of?
10   A. This is the Old Bailey, the High Court.
11       Sorry, I'm being corrected.  The crown court.
12 The crown court, sorry.  The crown court.  I don't know
13 my law, I'm sorry.
14   Q. Thank you, let's take a couple of minutes and
15 talk about your background.
16       First of all, where are you from originally?
17   A. I was born here in London, sir, not too far
18 away from here, Hammersmith Hospital.  1945.
19   Q. At the end of the war.
20   A. You were still fighting Japan at the time, sir.
21 We'd just won in Europe and you were still fighting
22 Japan.
23   Q. A good time to be born.
24   A. It was a good time to be born, sir, yes.
25   Q. And where did you go to school, starting with

6 (Pages 18 to 21)

Plaintiffs' Exhibit L
Trower Depo
7

BARRIE TROWER - 1/30/2012

Page 22

1  college?
2      A. College?  What age are we talking about?
3      MR. ABRELL:  After primary school.
4      MR. MORGAN:  High school.
5      MR. ABRELL:  About 18?
6  BY MR. CAMPBELL
7      Q. So you went to elementary school --
8      A. Yeah, okay, I've got you.  I was -- not
9  requested, I was encouraged to go to what you would
10 call "Military school" and this was at the age of --
11 well, I signed up just before my 15th birthday,
12 I think.  But at 15, I went to military school and
13 I had all of my education.
14     When I went to school at the end of the war,
15 we need to appreciate there were very few teachers: they'd
16 all been out fighting and the only teachers we had had been
17 requisitioned back from retired people.  When I left school
18 at 14, there were no -- in my school there were no
19 qualifications, there were no exams, nothing.  You walked
20 out of school the same way you walked in several years
21 earlier.
22     So, I was encouraged by my mother -- I never knew
23 my father -- I was encouraged by my mother to go to military
24 school and gain an education from there.  So, from the age
25 of 15, sir, military school.

Page 23

1      Q. And how long were you in military school?
2      A. 15, 16, 17 -- military school, the first part,
3  18 months.
4      Q. So you finished when you were 17?
5      A. 17 -- yes.
6      Q. So would that be the equivalent of in America
7  what's high school or prep school?
8      A. Probably.  We did advanced -- you chose your
9  topic.  I was interested in microwave technology, and
10 so I spent most of the day -- I mean, we did all of
11 the common subjects but I spent most of the day
12 studying in my field of microwave technology.
13     Q. When you were in military school?
14     A. Yes, sir.
15     Q. And what aspects of microwave technology did
16 you study?
17     A. We studied the application of radar,
18 the application of mine warfare, the application of
19 health, how microwaves affected health, the application
20 of microwave warfare, as in stealth warfare, to be used
21 as a weapon.
22     Q. And this was all before you were 17?
23     A. Oh, absolutely, sir.  You go straight, as they
24 say there -- they had a phrase there, "boy to man":
25 you went in as a boy and on -- your military schools

Page 24

1  are probably the same, on the first role call, on
2  the very first morning the next day, they expect you to
3  be a man and that's how they treat you.
4      Q. And that would have been the early 1960s?
5      A. 60.  And we worked from cold showers at 5.30 in
6  the morning, in one end out the other, like a cattle
7  grid, no dodging that, and we worked up until around
8  9.30 in the evening, with the evening classes, when
9  we were expected to go to bed, and weekends were
10 washing and ironing and cleaning.
11     Q. And what did you learn about microwave warfare
12 when you were in military school?
13     A. We need to go onto the -- we learnt over
14 18 months that microwaves were used as stealth weapons.
15 We went through the safety aspect first, because
16 we learnt how they were generated with the magnetrons
17 and everything, and we were told about shielding, not
18 to be in the magnetron room for more than, I think it
19 was three or four minutes at a time for exposure.
20 We had safety keys, where if microwaves, even at
21 the lowest level -- because, in fact, low level was
22 taught was more dangerous than a high level.  If you
23 are going to be exposed, then you have to tell various
24 people who have keys, and they switch off and you have
25 key holders.

Page 25

1      So, it was more to do with safety and
2  the rudimentary part of how they could affect you as
3  a person, but it wasn't until I went to the top secret --
4  which is still there, and I must be incredibly careful here
5  what I say because it's still there and it's still top
6  secret.  I'll write it down for you, if you like, sir, but
7  I can't say it on camera, where -- the name of the base.
8      Q. You're not on camera, but ...
9      A. Okay, I went to -- I went to a top secret
10 military base --
11     Q. Just to pause.  This could be -- this is not
12 entirely private, this proceeding, so --
13     A. Yes, sir.
14     Q. If there is something that's top secret and
15 you disclose it --
16     A. I go to jail.
17     Q. Well, this is not a sealed proceeding, sir.
18     A. No, I know sir, I'm just saying.  I went to
19 a top secret location and this is where we -- I was
20 probably there -- I'm terrible with the years -- maybe
21 nine months where from early in the morning until late
22 at night we -- we did much more depth, we went into
23 much more depth of all aspects of microwave technology.
24     Q. And when was this?
25     A. I would guess 1961, 1962.  From probably

7 (Pages 22 to 25)

Plaintiff's Exhibit L
Trower Depo
8

BARRIE TROWER – 1/30/2012

## Page 26

the middle of 1961 over into 1962.

**Q. Okay, so still when you were in military school?**

A. This -- well, it wasn't military school then, it was a proper military base that specialized in microwave technology.

**Q. Okay, I thought you had testified earlier that you started military school when you were 15.**

A. Yes, sir.

**Q. And were there for 18 months.**

A. Probably -- yes, yes.

**Q. And so was this -- your stint at the base, was that within the 18 months or after the 18 months?**

A. Oh, after the 18 months. You had to qualify at the base. You have to qualify from what you would call military school and then you went on to this new place.

**Q. Okay. What did you learn about stealth warfare?**

A. From the military point of view, sir, that low level microwaves over a long period of time can be more dangerous than a short dose of high level microwaves, the reason being that the antioxidants in the body -- if you put a mobile phone up to your head, the antioxidants in the body are activated, vitamins A, C, E and other things, they are activated and they can

## Page 27

rush around and try to defend and repair the body, but with a low level dose of microwaves, doses are accumulative, all electromagnetic waves are accumulative in the body. Doses are accumulative and they can build up, but they come in below the level that the antioxidants are triggered, so harm can be done without the body realizing it until it's too late.

They are also used in stealth warfare, I worked with the bomb disposal unit, underwater bomb disposal unit, and leading on from the Second World War when the German technicians, who were very, very clever at booby trapping bombs, we were told that -- because we had to dismantle our mines underwater, and a good example was when I found a mine underwater that looked incredibly complex, which brings all of this into focus, and I came up and asked my partner, I said: I need to bring this up, I can't do this where it's positioned underwater. I said: can I bring this up? And he said: no, don't be stupid, Trower. He said: if you take the plate off -- what the dissidents, or the enemies would do, if you brought the mine up and you took the side plate off to get at all the gubbins inside, they only had to beam a microwave beam that you couldn't see, feel, touch, and of course it could go through you, because microwaves go through people, and it could trigger a circuit in a photoelectric cell and blow the mine and the operator.

## Page 28

And he said to me, he said: if that doesn't happen, all they've got to do is aim it at your head to make you make a mistake, which intrigued me because I hadn't learnt about that at that time.

So, they were used and, as far as I know, still are used in rudimentary warfare, but it's very effective.

**Q. How long were you assigned to this base?**

A. Around nine months, sir.

**Q. And what did you do when your assignment ended?**

A. I was posted to the military base, HMS Terror, in Singapore and assigned to -- I worked for a short period -- you'll appreciate the Borneo war was on at that time. I worked for a short time, if requested, with the Royal Air Force air-sea rescue launch. They had a boat for any pilots that crashed. They had a boat but didn't have any divers, so I was assigned to the RAF rescue launch. When I wasn't with the RAF rescue launch I was on my destroyer as radar and diver. I was on that ship -- we went to the conflict in Borneo, then we went to Aden, where there was another conflict. We went to British Guyana, where there was another conflict and after 19 months I came back and I went back again to the military base for -- oh no, I went to the medical school to train. I wanted to train in medicine so I went to the medical school.

## Page 29

**Q. What was the name of the destroyer?**

A. Caprice, C-A-P-R-I-C-E. HMS Caprice.

**Q. HMS Caprice?**

A. Caprice, yes.

**Q. And what was your rank when you were on the Caprice?**

A. Just an ordinary radar microwave technician and diver.

**Q. Did you have a formal military rank?**

A. No, I refused to go forward for promotion, sir.

**Q. What would your -- coming out of the -- the nine months of training at the base, what would your rank have been?**

A. Just an ordinary microwave radar technician and diver. Just --

**Q. Was that in the British Navy?**

A. The British Navy, yes.

**Q. But -- do the British Navy classify ...**

A. I was just an ordinary -- just an ordinary ranking technician, seaman --

**Q. Okay, was that the -- like in the U.S. Navy it would be ensign, for example, to start out; is there a parallel rank in the British Navy?**

A. I don't think so, sir. No, because you -- I mean you have petty officers that come automatically.

8 (Pages 26 to 29)

Plaintiffs' Exhibit L
Trower Depo
9

BARRIE TROWER - 1/30/2012

Page 30

1  You know, we needed -- you needed to be in something
2  like 15 years to become a petty officer in our Navy.
3      **Q. So you would be a seaman?**
4      A. Seaman, yes, at the time.
5      **Q. Okay.**
6      A. No sir, I refused all -- whenever I had
7  a review, which was about every four months, I refused
8  to be put forward.
9      **Q. Refused promotions?**
10     A. Always, sir.
11     **Q. Why is that?**
12     A. Because the higher up -- it sounds silly now,
13 but I remember asking the diving officer when I was
14 getting all the equipment ready one day, I said to
15 the diving officer, "Would you like to come in, sir?"
16 and he said, "Don't be silly, Trower, you see these
17 whites? I have to look like this at the end of
18 the day." And I thought: how sad that you have to stay
19 clean and look clean. I like to get dirty, sir, and
20 I like be out where everything was happening, because
21 the moment you took promotion you sat behind a desk or
22 you organized people, and I didn't want that, sir,
23 I wanted to be out actually doing things and getting
24 dirty.
25     **Q. Now, after your stint on the destroyer --**

Page 31

1      A. Yes, sir.
2      **Q. -- then you came back to the base?**
3      A. I went to the Naval hospital and submarine
4  base, which is Haslar, H-A-S-L-A-R, at Portsmouth,
5  where I spent I think a year studying medicine, to
6  the equivalent, I would think, of what you would
7  have -- when you see the Vietnam films and things, when
8  you have medics.
9      **Q. Like a field medic?**
10     A. Yes, because our ships didn't go out with
11 doctors, they went out with medics, and you would
12 handle any emergency that came up. I asked to do that
13 course, I was accepted, I went through the training
14 which involved work in the operating theater, casualty,
15 the infectious unit. I qualified as a medic. Because
16 it was handy with a diving team to have a medic.
17     **Q. So was it a one year program?**
18     A. Probably a year, yes sir.
19     **Q. Okay, and then did you become certified as**
20 **a medic after one year?**
21     A. Yes sir, absolutely, absolutely.
22     **Q. What did you do next?**
23     A. I worked -- I just worked at the base. I'm
24 trying to think where I went from there. I had a few
25 short jobs where I was on a ship guarding

Page 32

1  the north-western approaches, the submarine base in
2  Scotland. I flitted around from place to place.
3      **Q. At different bases?**
4      A. At different bases, yes.
5      **Q. What were your activities at those bases?**
6      A. It was either to do with medicine, diving or
7  being kept up -- with your forces, probably the same as
8  ours, you never do nothing. You are always required to
9  update, retrain, learn new -- even at sea, you're
10 learning all of the time.
11     **Q. Now, what was the next step in your career?**
12     A. I was invited to -- the -- at that time I was
13 newly married with two children. My wife developed
14 a severe cancer and subsequently died. Sorry.
15     **Q. I'm sorry to hear that. Do you want to take**
16 **a little break?**
17     A. Yes. Sorry.
18 (10:49 a.m.)
19          (Break taken.)
20 (10:51 a.m.)
21     THE WITNESS: With my specialist training,
22 the government didn't want to lose me. I was
23 approached by an officer -- because I had to look after
24 my children so I had to leave. I was approached by
25 an officer who said that would I like to become

Page 33

1  a teacher and work with the government, because I had
2  knowledge that was of interest.
3  BY MR. CAMPBELL
4      **Q. What kind of knowledge of interest did you**
5  **have?**
6      A. Mainly microwave warfare and medicine, and
7  I was a good learner.
8      So, I had really nothing more to do and I accepted
9  the -- I had to go and train as an officer, I went to
10 officer's training school, the Home Office's officer's
11 training school.
12     **Q. Where was that?**
13     A. A place called Lay Hill, I think, Lay Hill.
14     **Q. What year was it that you started officer's**
15 **training school?**
16     A. 1967 -- 1968. I went to the officer's training
17 school and I also went on a teacher training course for
18 human physiology, human biology and physical education.
19     **Q. Who offered that course?**
20     A. Well, this is the British Government. It was
21 fully paid for by the British Government.
22     **Q. And you say it was a teacher training course?**
23     A. Yes, sir.
24     **Q. So was the idea that you would then become**
25 **a teacher where?**

9 (Pages 30 to 33)

Plaintiffs' Exhibit L
Trower Depo
10

BARRIE TROWER - 1/30/2012

Page 34

1    A. Right.  The ... I hadn't -- I qualified --
2  I qualified in all of those, but in the middle of
3  those -- you see, the physical education part of
4  the course wasn't continuous: it was broken up,
5  I think, into 12 different segments.  I was -- I think
6  another reason they wanted me was because of
7  my fitness.
8          They wanted me to teach in the maximum security
9  departments of British prisons, which housed spies,
10  dissidents, international terrorists, gangland killers,
11  the maximum security people, both men and women, and in
12  the middle of my qualifications, I also went to, I'm going
13  to say the word "secret", maximum security hospital where
14  I was there for about one and a half years where I was one
15  of 20 -- no, not 20.  I'm trying to think how many -- we
16  took four cars whenever we went out, so probably 16.  I was
17  one of 16 people who went on a special course run by
18  a Home Office psychiatrist to do with, putting it crudely,
19  interrogation techniques.
20          Again, I need to put this into perspective, sir:
21  the Cold War at that time was at its height and half of
22  the world's scientists were engaged in warfare.  We were
23  within a heartbeat of total nuclear war.  The world wasn't
24  a very happy place; we had spies, double agents, terrorist
25  groups, riots, and when these people were captured, I was

Page 35

1  asked to join a program that was originally started by
2  Sir William Melvin[sic], which involved obtaining
3  information that had not come out in trial.
4    Q. Obtained information from spies?
5    A. Spies, terrorists, I mean Baader-Meinhof,
6  Black September, a whole group of people.
7    Q. And through coercive questioning?
8    A. It was a little more subtle than that, sir,
9  you see, because I was a teacher.
10    Q. Okay.
11    A. And we would help them -- we would help them
12  with their university essays, but you're right, it was
13  sort of coercive questioning but we didn't actually ask
14  questions: we got into discussions and noted anything
15  relevant.
16    Q. Okay, so this was during the period where you
17  were teaching in a maximum security department?
18    A. Absolutely, sir, yes.
19    Q. So the people you were teaching were not
20  guards, but they were prisoners?
21    A. Oh, absolutely sir, yes.
22    Q. So in the course of teaching the prisoners
23  you were able to sometimes obtain helpful information?
24    A. Yes sir, we were able to introduce
25  conversations or -- taught to us by the psychiatrist.

Page 36

1    Q. And what period of time was that?
2    A. My wife would laugh if she could hear us.
3  She knows I can never remember dates or years.  This
4  would be -- I started in 1967.  This was 1967 to 1976,
5  because I had an attempt on my life in 1976 that put
6  an end to it all.
7    Q. By one of the prisoners?
8    A. I was -- I can't prove this.  I was asked to
9  focus on two Middle Eastern gentlemen at the time
10  because the Middle East was also blowing up, and on my
11  way home I used to cycle 12 miles across London here
12  every day to my maximum security wing, and
13  a gentleman -- as I was cycling along, a gentleman
14  rushed out with his car, knocked me clean off the bike
15  and fractured my spine.
16          But there were two witnesses standing right on
17  the corner -- three witnesses standing right on the corner.
18  They rushed up with their names but they turned out to be
19  false -- false people, and he was a Middle Eastern gentleman
20  and I can only assume that I made a mistake, I got too
21  confident or I slipped up and they were onto me.
22    Q. And that was the end of that position?
23    A. That was the end of that position, yes.
24  I spent six years in hospital.
25    Q. Six years after you broke your spine?

Page 37

1    A. Yes.
2    Q. Were you able to do anything during that time?
3    A. I took a degree in physics to pass the time,
4  sir.
5    Q. Where did you earn your degree?
6    A. University of Exeter.
7    Q. How did you -- how did you do that when
8  you were in hospital?
9    A. Well, I wasn't in the hospital all day every
10  day.  I was in initially for however long the operation
11  took, I don't know, and then I went back for
12  hydrotherapy.  I learnt to walk, I made them pull
13  the plug out so I took more and more body weight.
14  I was in hydrotherapy for years, but ...
15    Q. Did you say that was Exeter College?
16    A. Exeter University.
17    Q. Exeter University.  Is that in London?
18    A. Oh no, Exeter, no, it's down in
19  the West Country.
20    Q. And was your degree focused in any specific
21  area of physics?
22    A. Yes sir, I looked at -- my main topic was
23  nuclear and atomic physics, although I'm qualified to
24  teach up to -- I did another degree after that.
25  I'm qualified to teach practical and theoretical, or

10 (Pages 34 to 37)

Plaintiffs' Exhibit L
Trower Depo
11

BARRIE TROWER - 1/30/2012

Page 38

1  experimental and theoretical physics up to and
2  including degree level, but my main focus for my final
3  year, I looked at, just out of pure interest,
4  the absorption -- I wanted to see the boundary where
5  microwaves meet the infrared, I wanted to see if
6  the infrared and the microwave boundary reacted with
7  cells the same way, or whether microwaves, as you get
8  to the end of microwaves, whether the reaction with
9  the cell tails off.
10      Q. So, on the spectrum you looked at the boundary
11  between --
12      A. Microwaves and infrared.
13      Q. What is nuclear and atomic physics?
14      A. Studying the -- basically the processes of
15  quantum mechanics.
16      Q. What year did you earn your degree?
17      A. 1984.  The first one, 1984, then I went on and
18  did a further research degree --
19      Q. What was that in?
20      A. -- with honours.  I looked into environmental
21  aspects of how it affects children.  That would have
22  been 1984/5, probably 1987, 1988.
23      Q. Was that also at Exeter University?
24      A. No sir, no.  That was with the --
25  the Council for National Academic Awards.

Page 39

1      Q. What is the Council for National Academic
2  Awards?
3      A. It's a bit like the Open University.  If you're
4  working, they run courses in the evenings for working
5  people.
6      Q. And what was your second degree in?
7      A. It was a research degree in -- I looked at
8  environmental influences on childhood learning.
9      Q. Any aspect of that?
10      A. I covered all aspects from family problems,
11  pollution, microwave pollution, although I wasn't
12  allowed to actually introduce the microwave pollution.
13  The university wouldn't allow me to do that.
14      Q. Why not?
15      A. I -- I asked my professor, I said, you know:
16  I want to look at the microwave -- the effects of
17  microwaves on learning, and he said: the university
18  won't allow it, which I've been told eight different
19  times now by different universities when I applied to
20  do a PhD.  I applied to eight universities to do a PhD.
21  They all turned me down and the final one,
22  the Open University, who supposedly take anybody if you
23  are well qualified, they refused to allow me to do
24  a PhD, and it was a Dr. Jamie Harle, and I rang him up
25  and I said, "I'm qualified, I have a sponsor, I meet

Page 40

1  all of your criteria, why won't you let me do a PhD?"
2  And he said -- and I'll never forget these words --
3  he said, "Your work is too political", and that was it.
4      Q. When was that, that you were applying to start
5  a PhD program?
6      A. This -- I tried eight universities over quite
7  a few years up until, I suppose the one with
8  Jamie Harle would have been -- just a few years ago,
9  that would have been.
10      Q. Okay, so did you start as early as 1988?
11      A. Oh no.  No, this would have been probably from
12  about 1995 onwards.
13      Q. And the last place you applied for a PhD, that
14  was at Open University?
15      A. Open University, probably about 1995,
16  Dr. Jamie Harle.  He had just taken over the medical
17  physics department.
18      Q. Was that like the Council for National Academic
19  Awards?
20      A. Yes sir, but the Open University is bigger.
21      Q. In 1988, when you're -- the second degree that
22  you earned.
23      A. Yes, sir.
24      Q. Was that a bachelors level degree or was that
25  a --

Page 41

1      A. It was a bachelor of education with honours,
2  because I'm -- basically I'm a lecturer.
3      Q. Back in 1988, what types of microwave pollution
4  was there?
5      A. Quite a lot, actually, mostly from
6  the emergence of new radars, weather radar and
7  the illnesses we were getting from military bases.
8  Government buildings were using microwave speakers,
9  microwave walkie talkies.  The military were using
10  microwave walkie talkies.
11      Q. Okay.  Now, from the time that you earned your
12  first degree in 1984 --
13      A. Yes.
14      Q. -- until you earned your second degree, were
15  you doing anything else besides working on the degree?
16  Were you working at the time?
17      A. No sir, I was learning to walk again.
18      Q. Okay.  So full-time between rehabilitation and
19  then earning your degree in education.
20      A. Yes, sir.  Oh, no, I got a job as a teacher.
21      Q. And what year was that?
22      A. 1985 I started teaching full-time.
23      Q. Okay, so you earned your first degree in 1984.
24      A. Yes.
25      Q. Then you started teaching in 1985?

11 (Pages 38 to 41)

Plaintiff's Exhibit L
Trower Depo
12

BARRIE TROWER - 1/30/2012

Page 42

1    A. I started -- I went to -- yes, sir, yes.
2    **Q. And at the time -- while you were teaching,**
3 **then you worked on your second degree as well?**
4    A. Yes, sir, yes, in the evening, sir.
5    **Q. Okay, because, yes, you said it was an evening**
6 **course.**
7    A. An evening course, yes.
8    **Q. So where did you teach?**
9    A. I taught at Torquay Community College.
10    **Q. How do you spell that, the first --**
11    A. T-O-R-Q-U-A-Y, Torquay.
12    **Q. That's not the way we pronounce it in**
13 **the United States.**
14    A. Torquay Community College.
15    **Q. Okay. Is that in London?**
16    A. No, that -- that's in Torquay, in Devon, near
17 Exeter.
18    **Q. And what did you teach?**
19    A. I taught physics, chemistry, mathematics,
20 biology.
21    **Q. And what is a community college in the U.K.?**
22    A. There are -- that one just took children up to
23 16 and after nine years, wherever that takes us to --
24 1994, is it -- I went to work at another community
25 college, South Dartmoor Community College, which

Page 43

1 explains community colleges a little better.  There
2 we taught children up to 19 years of age -- well,
3 they're actually adults then -- up to 19 years of age
4 and I taught the advanced classes.  I don't know what
5 the equivalent of advanced classes are in
6 the United States.  This is pre university, when they
7 leave you to go straight to university.
8    **Q. So this would be -- so they would go from like**
9 **South Dartmoor Community College --**
10    A. Straight to university.
11    **Q. And then four years at university after that?**
12    A. Yes, yes.  But the community college aspect,
13 that would need to be daytime.  In the evening it was
14 full-time adult education.  So, a community college,
15 technically, would be for 11 to 99 years.  So, you have
16 the adults in the evening, the students in the daytime.
17    **Q. And did you teach daytime and night-time**
18 **classes?**
19    A. Yes sir, yes.  Yes, we would teach nurses who
20 wanted to requalify, or people who wanted to go --
21 adults that wanted something to get to university on.
22    **Q. And what did you teach at South Dartmoor**
23 **Community College?**
24    A. My main focus was advanced physics, which would
25 be 18-year olds going to do their physics degree, but

Page 44

1 I also taught mathematics up to an advanced level.
2 I taught biology up to an advanced level, and chemistry
3 at ordinary level.
4    **Q. So, what level of education did the students**
5 **have when they came to South Dartmoor?**
6    A. The adults, or --
7    **Q. The 18-year olds?**
8    A. Well, they would come in at 11, 11 years old,
9 whatever your grade is for 11, and they would leave at
10 18 or 19, so we would have them the whole time.  But
11 I was primarily what we call a sixth form tutor.
12    **Q. A what?**
13    A. Well, you have lower school, which is sort of
14 11 to 13; then we had what we call the upper school,
15 that was 13 to 16; and then we had what we call a sixth
16 form, a sixth form tutor, which was 16 to 19.  I was
17 primarily a sixth form tutor.
18    **Q. And how long were you at South Dartmoor?**
19    A. On and off I was part-time.  I did do
20 full-time, but I was part-time by my request most of
21 the time, and I suppose I did nine or ten years at
22 South Dartmoor, and I had to leave abruptly.  Every job
23 I've had, I've had to leave abruptly.  I had to leave
24 abruptly.
25    **Q. From South Dartmoor?**

Page 45

1    A. Yes.
2    **Q. Why was that?**
3    A. I'm going to have to be very careful again
4 here.  There was a -- an old spy case emerged in
5 a country where the Prime Minister and some of
6 the ministers found that a communications industry was
7 bugging them and probably -- maybe microwaving them as
8 well, and the person who was called in to look at this,
9 or knew most about it, he was found hanged after
10 he agreed to take on the task, which was the day before
11 his honeymoon, as it happened.
12        I was approached by somebody from the embassy to
13 ask if I knew any of the work that this chap had been doing,
14 because it dated back to my time, and I said: yes, I'm quite
15 familiar with possibly a bit of what this chap is doing, and
16 they said: would you write a report for us, and I said: with
17 pleasure.
18        But my deputy principal became a little bit
19 worried that if this chap's hanging wasn't a suicide -- and
20 the family don't believe it was -- and I was taking up
21 the case, I could be next in line, and the deputy principal,
22 Kate Garvey, her name, she was actually acting principal at
23 the time, she said: look -- we had this conversation and
24 I was quite open and I said to her: if they come for me,
25 the only time and place where you can guaranty where I will

12 (Pages 42 to 45)

Plaintiffs' Exhibit L
Trower Depo
13

BARRIE TROWER – 1/30/2012

Page 46

1  be is your timetable, because if anybody comes for me, I'm
2  in a classroom at this particular time every day teaching.
3  Apart from that, I could be anywhere, walking the dog,
4  anywhere.  So this would be -- if they were going to target
5  me it would be somewhere here, and we agreed that if they
6  were to put a bomb under my car or anything like that,
7  the children could get hurt instead of me, and we agreed
8  between us that the risk was too great.  I said to Kate,
9  I said: look, I don't like this, I'm very uncomfortable with
10  this, what do you recommend?  And she said: I will go to
11  the safety officer of Devon County Council.  She contacted
12  the safety officer, he came back about 10:00 at night and
13  said: don't let him into the college tomorrow.  She rang me
14  up at 11:00 at night to say: don't come in, not again ever.
15         But I had to, I arranged to go in about 5:00
16  the following morning because I had all of the top students'
17  coursework and exam work that needed laying out for whoever
18  was going to take over, and that was the last time I went
19  in.
20     **Q. When you were -- you said when you were at**
21  **South Dartmoor you were generally part-time?**
22     A. Yes, sir.
23     **Q. Did you have other activities to fill the rest**
24  **of your time?**
25     A. Gardening, sir.

Page 47

1     **Q. Okay.  So no other professional activities?**
2     A. No, sir.  Other than doing what I -- by then
3  I was working for the Police Federation and it's not
4  something -- I've never, ever asked to do this: I was
5  approached by the Police Federation initially and then
6  somebody else and somebody else and you and I've never,
7  ever asked to do this.  I get asked if I will talk or
8  visit or write, but I was -- I was being asked by
9  people who were becoming ill: can you explain this, and
10  I said: I can give you my version from my training,
11  yes, and it's still going on and I can assure you, sir,
12  under oath, I receive over 100 messages a day, over
13  100 a day.
14     **Q. Okay.  So if my timetable is right, it would**
15  **have been about 2003 that you left South Dartmoor?**
16     A. Yes, probably, 2003, 2004, yes.
17     **Q. And what did you do after that?**
18     A. I've been doing this.  I work free of charge.
19  I've been doing this and hoping that everybody will
20  leave me alone.
21     **Q. It hasn't worked so far, has it?**
22     A. No sir, no.  I mean, all I want to do, to be
23  honest, is garden, be with my wife and walk my dog.
24  That's all I want to do.
25     **Q. Let's talk about this case for a moment.**

Page 48

1     A. Okay, sir, yes.
2     **Q. How was it that you came to be engaged to work**
3  **on this case?**
4     A. I received a letter from, sir, yes.
5     **Q. Again, I'm not going to ask you about**
6  **the contents of that letter.**
7         **Do you have an understanding of what this case is**
8  **about?**
9     A. Yes sir, it's to do with the effects of wi-fi
10  on young children.
11     **Q. Do you have a more specific understanding than**
12  **that?**
13     A. Well, I believe that children have been made
14  ill from the wi-fi in the school.
15     **Q. Okay, so you understand that my client,**
16  **the Portland Public Schools District, has put in**
17  **a wi-fi system?**
18     A. Yes, sir.
19     **Q. And that that wi-fi system has been in place**
20  **for a few years now.**
21     A. Yes, sir.
22     **Q. And it's specifically being challenged at one**
23  **of the middle schools in the Portland Public Schools?**
24     A. Yes, sir.
25     **Q. What have you been asked to do in connection**

Page 49

1  **with this case?**
2     A. Write whatever I've written for Mr. Abrell, and
3  write a rebuttal for -- is it Professor --
4         MR. ABRELL:  Savitz.
5         THE WITNESS:  Yes.
6         MR. ABRELL:  S-A-V-I-T-Z.
7  BY MR. CAMPBELL:
8     **Q. Okay, and so submit a declaration --**
9     A. Yes, sir.
10     **Q. -- and a rebuttal report?**
11     A. Yes, sir.
12     **Q. Now, in putting together your declaration, did**
13  **you review -- other than the materials that you were**
14  **aware of, dealing with the issue of microwave and RF**
15  **radiation on a larger scale, was there anything in**
16  **particular that you looked at regarding --**
17     A. I used my current knowledge, sir, which
18  I update almost daily.
19     **Q. Were you provided with any specific information**
20  **about the schools?**
21     A. I received the readings from the classrooms;
22  yes?
23         MR. ABRELL:  Yes.
24         THE WITNESS:  Yes.
25  BY MR. CAMPBELL

13  (Pages 46 to 49)

BARRIE TROWER - 1/30/2012

Page 50

1    Q. The receiving -- the readings of?
2    A. The readings that were taken in the school,
3 yes.
4    Q. And did you take those into account in your
5 declaration?
6    A. Well, I -- yes sir, I mean it's -- they're
7 actually irrelevant.
8    Q. The readings are irrelevant?
9    A. Mm.
10    Q. Why is that?
11    A. Because all microwaves at any level are
12 dangerous, so whether you have a low reading or
13 a slightly higher reading or one higher than that,
14 there is no safe level of microwave irradiation for any
15 carbon based cytoplasmic cell. All microwaves will
16 react with all cells, so whatever the reading is, it
17 just means that you will be ill sooner rather than
18 later, later rather than sooner. But as microwaves --
19 it's a bit like asking: is tobacco smoke safe? It's
20 exactly the same question.
21    Q. Have you ever been to Portland, Oregon?
22    A. No, sir. I've only ever been to America twice,
23 but not that end, no, sir.
24    Q. What's your understanding of in the modern
25 environment of what sources of microwave or RF

Page 51

1 radiation are out there?
2    A. There are so -- well, there are so many
3 different devices now, aren't there? I mean, you have
4 the police/emergency services communications systems.
5 They have now three or four different devices that they
6 carry around. You have all of the roadside emergency
7 services with their frequencies, you have your wi-fis,
8 your bluetooths, all the phones, there are, I don't
9 know, 20 different types of microwave frequency, plus
10 all the secret military ones. Then you have the HAARP
11 transmitter, your United States HAARP transmitter.
12    Q. What is that?
13    A. It's actually 48 transmitters. It's in Alaska,
14 Russians hate it, I can tell you now. You have
15 48 transmitters sites, HAARP, which, according to
16 the CIA, is for studying weather, but it's capable of
17 bouncing microwave irradiation off the ionosphere to
18 any part of any country in the world. There is another
19 one in Cyprus and another one that the Russians have.
20    So, microwaves are everywhere: there are many,
21 many different types of microwave frequency.
22    Q. Do you consider transmission towers within
23 the microwave band, or?
24    A. Yes, sir.
25    Q. And what different kind of transmission towers,

Page 52

1 are there?
2    A. Basically the 1800 MHz and the 900 MHz, but it
3 doesn't stop there because they also have satellite
4 communication systems and any other top secret system
5 that the governments are using. We have satellite
6 systems for your missiles on our transmitters.
7    Q. And the transmission towers, they operate at
8 1800 MHz and 900 MHz.
9    A. 900 generally.
10    Q. And what are they used for?
11    A. Mobile phones. What you call cell phones. But
12 they will have wi-fi receivers and transmitters.
13    Q. How about television, AM, FM?
14    A. They tend to be bigger and more spaced out.
15 They're not -- they do -- they do -- we do have them,
16 but they tend to be much more spaced out and in less
17 populated areas.
18    Q. Do they emit microwave?
19    A. Oh yes, sir, and studies have been done with
20 those frequencies. The -- I think the finest study
21 done in recent time was from Dr. Debbie Eckland.
22 She looked at the three main towers in this country and
23 found a direct link between leukemias, psychological
24 damage, physiological damage, cancers at distances
25 going out -- the further you were out, the less people

Page 53

1 suffered and the nearer you were, the more they
2 suffered, which was later found by the 14
3 epidemiological studies to do with cell towers.
4    Q. Have you formed an opinion with respect to this
5 case as to the wi-fi at the Portland Public Schools?
6    A. I'm very worried, sir. Very worried.
7 The reason being that -- and with respect to [AHM], I'm
8 worried about her health but I'm more worried about her
9 children, and I'm even more worried about her
10 grandchildren, if I could explain, sir.
11    Q. Absolutely.
12    A. Am I allowed to give the gentleman a diagram?
13    MR. ABRELL: Absolutely.
14    THE WITNESS: I've brought a diagram --
15 BY MR. CAMPBELL
16    Q. Can I just interrupt you for just a moment.
17    A. Yes, sir.
18    Q. What exhibit number are we on?
19    MR. ABRELL: I think it's like 50, 52, 50.
20    THE WITNESS: I don't think it's in an
21 exhibit, is it?
22    MR. ABRELL: No, no, he's going to give you
23 one.
24    MR. CAMPBELL: I just wanted to show you
25 something and then we can go from there.

14 (Pages 50 to 53)

Plaintiff's Exhibit L
Trower Depo
15

BARRIE TROWER - 1/30/2012

Page 54

1       MR. ABRELL:  I didn't bring mine.  You can
2   start with 55.  We might skip a couple.
3       MR. CAMPBELL:  Okay, so you don't remember
4   the last one you used?
5       MR. ABRELL:  I think it might be 52.
6       MR. CAMPBELL:  Okay, let's mark this one
7   exhibit -- let's call it 55.
8       THE WITNESS:  Oh no, you've got it there,
9   there's the drawing on the back.  Oh, you've got it.
10  That's it there, that must be it there.
11      I can explain it.
12      (Exhibit 55 marked for identification)
13      MR. CAMPBELL:  Hang on, I just want to get
14  everyone caught up here.
15      THE WITNESS:  I apologize.
16      MR. CAMPBELL:  No problem.
17      MR. ABRELL:  You're making both of these one
18  exhibit?
19  BY MR. CAMPBELL
20  **Q. Yes, so this will all be part of 55.**
21      **Here, Mr. Trower, this is exhibit 55.  Have you**
22  **seen this exhibit before?  Take your time to take a look at**
23  **it.**
24      A. This is my amended declaration, is it?  Yes.
25      **Q. And it also has attached to it what's marked as**

Page 55

1   **"Declaration of Barrie Trower addendum A"; do you see**
2   **that?**
3       A. That's this one.
4       **Q. Yes, so you referenced a -- I think I had asked**
5   **you about your opinion and you said you were worried**
6   **about wi-fi in Portland Public Schools, you were**
7   **worried about AHM, her children, and especially --**
8       A. Her grandchildren.
9       **Q. Her grandchildren.**
10      A. Yes sir.
11      **Q. Now, with exhibit 55 in front of you and**
12  **addendum A to that exhibit, can you explain what you**
13  **mean?**
14      A. Yes, sir.  It's known that the ovarian eggs in
15  young girls, the DNA in the ovarian eggs, they can
16  absorb ten times more, or react more, to microwave
17  irradiation, the DNA, than other parts of DNA in
18  the body because of the nitrosative and oxidative
19  stress.
20      That could cause DNA damage, and if you have DNA
21  damage where you irradiate a child, then that particular
22  child, when she has a baby, if that baby is a girl the DNA
23  damage is irrepairable from the mitochondrial DNA.  So, if
24  she has a girl, that girl will carry that genetic fault, and
25  if she has a daughter, that will carry the genetic faults

Page 56

1   and her daughter and her daughter.
2       So, we're not just looking at the children at that
3   school; we are actually looking at all future generations
4   where DNA damage can come out.  But it gets more -- to me
5   more frightening than that, sir, because if, as I have
6   taught, it is legal in this country -- I don't know what it
7   is in the United States -- it is legal for -- unless I'm
8   going to be stopped here -- it's legal for a 16-year old
9   girl to have sexual intercourse, and it is legal for her to
10  be pregnant.  I have taught pregnant children.  You may also
11  have a teacher in the school who is pregnant.
12      Now, for the first -- certainly the first 46 up to
13  100 days of pregnancy, when the lady teacher or the student
14  may not know they're pregnant, at the beginning of
15  the pregnancy, the eggs are being made inside the embryo --
16  because they are born with all of their 400,000 eggs.  Now,
17  what they do not have, they do not have what's known as
18  protein 53, which is designed to try and repair the body for
19  any genetic damage, or any radiation damage.  They do not
20  have a nuclear core complex, which is developed.  They also
21  have developed special cells in the ganglion of the side of
22  the eyes which will absorb radiation and direct it into
23  the body, and the full extent of that isn't known yet.
24      What I'm trying to say is that for the first
25  100 days of a pregnancy, there is no defense in the embryo.

Page 57

1   We have defense mechanisms, protein 53, nuclear core
2   complex.  We have defense mechanisms, but the child,
3   the embryo, doesn't, and if you are sitting in front of
4   a wi-fi which is beaming through, then you could have
5   potentially quite a serious medical -- detrimental and
6   medical effect on the unborn child, and this has been borne
7   out with farmers and in laboratories -- which is something
8   I disagree with -- but it has been known that an excessive
9   amount of miscarriage or genetic damage has been recorded
10  from species that do not take 20 years per generation --
11  mammalian species that do not take 20 years per generation
12  that have been exposed to microwaves.
13      So, my fear is that with the Portland public
14  school girls, the main part of the damage may not actually
15  show itself until 20, 25 years' time.
16      **Q. Okay, so apart from damage to DNA which will --**
17      A. DNA damage in the mitochondrial DNA and damage
18  to the embryo, or fetus.  The reason, sir, is apart
19  from the fact the eggs are forming, there are around
20  400,000 eggs forming at the time, the body is inside
21  out: the organs on the inside are actually on
22  the outside, and so you have the inside of the body on
23  the outside being microwaved up to, what, five hours
24  a day in a school, and then around the 100th day
25  the body inverts itself.

15 (Pages 54 to 57)

Plaintiffs' Exhibit L
Trower Depo
16

BARRIE TROWER - 1/30/2012

Page 58

1        So, you have everything that you don't want.
2   There are 4050 different structures in the embryo, some
3   appear later in adults, like sweat glands that they don't
4   have -- there are 4050 structures that could potentially be
5   damaged in an embryo or a fetus at a time when the lady may
6   not even know she's pregnant.
7        Q. Okay, so beyond -- so there's DNA and embryonic
8   damage.
9        A. Yes, sir.  Possible.
10       Q. Possible?
11       A. Yes, sir.
12       Q. Okay, are there any other -- is it your opinion
13   that wi-fi in the Portland public schools causes any
14   other damage?
15       A. Yes, sir.
16       Q. And what is that?
17       A. It will affect the P300 components of
18   the brain.
19       Q. Can you explain --
20       A. That has been published very recently.
21       Q. How does it harm the P300 component of
22   the brain?
23       A. It's -- it affects the thinking processes, sir,
24   the reaction of the body to make decisions and think.
25       Q. And that's the Papageorgiou study?

Page 59

1        A. Yes, sir.
2        Q. And the Papageorgiou study showed that there
3   was an adverse impact of microwave radiation on
4   the P300 component --
5        A. Yes, sir.
6        Q. -- for men.
7        A. And for girls.
8        Q. And for women they actually did better?
9        A. Women -- women were not as affected as men.
10       Q. But according to the Papageorgiou study,
11   the women actually, after RF exposure, did better in
12   terms of the P300.
13       A. But that's not a good thing, sir.
14       Q. Why is that?
15       A. You're stimulating the brain.  The brain is
16   working at a level it's not designed to work at.
17   I mean, if you were to stimulate my heart, some people
18   may say that's a good thing, but it wouldn't be for me.
19       Q. Do you know what the study size was for
20   the Papageorgiou study?
21       A. Not under these conditions without the paper in
22   front of me, sir.
23       Q. Alright.  Any other effects from wi-fi?
24       A. There are four main ones that concern me, sir.
25       Q. Four in addition to the ones we've talked

Page 60

1   about?
2        A. Yes, sir.
3        Q. What are those?
4        A. I believe it's four.  The first is -- and there
5   are a few papers on this now -- the blood brain
6   barrier, both either in a fetus or in a child, and this
7   is -- either Professor Lund, I think it was, at
8   Kund University, or it was Professor Kund at
9   Lund University, one of the -- yes.
10       The blood brain barrier, in fact you don't just
11   have a blood brain barrier around the brain; you have it
12   around some other organs in the body as well.  Shall
13   I explain it, sir?
14       Q. Well, first I wanted just to get a cataloging
15   of the --
16       A. Oh, the blood brain barrier?
17       Q. Well, the harms you see stemming from wi-fi --
18       A. Yes, sir.
19       Q. -- and then we can go through and talk about
20   them in detail.
21       A. Yes.  The blood brain barrier.  The damage to
22   a developing immune system, damage to the protein
23   synthesis of the myelin sheath, and damage to the stem
24   cells in the bones.  Those would be my main ones.
25       Q. Stem cells in --

Page 61

1        A. In the -- in the long bones.
2        Q. Okay, any others?
3        A. Apart from the -- apart from whatever pulse
4   frequency they are using, which could also affect
5   the behavior or thinking processes of the child, but
6   the industry keep their pulse frequencies fairly
7   secret, the pulse modulation frequencies, which would
8   affect the -- either the cyclotronic resonance
9   frequency of the sodium, chlorine, calcium and
10   potassium in the brain, or the cicadian rhythm of the
11   eyes or the brain.
12       Q. Do you know what the pulse frequency is for
13   the wi-fi?
14       A. No, sir, no.  No, they're very secretive.  In
15   fact, most manufacturers are very secretive.
16       Q. Oh, by the way, before I put away exhibit 55
17   for the time being, this diagram in addendum A, was
18   this something you prepared?
19       A. Yes, sir.
20       Q. Okay.  Now, you do have the body of exhibit 55
21   in front of you?
22       A. Yes, sir.  Yes.
23       Q. Have you performed, personally, any studies of
24   the health effects of electromagnetic fields?
25       A. In terms of laboratory studies, no, sir.  This

16 (Pages 58 to 61)

Plaintiffs' Exhibit L
Trower Depo
17

BARRIE TROWER – 1/30/2012

Page 62

1  would have been the object of my PhD, but I seem to be
2  not allowed -- my own university, Exeter, actually
3  banned me from communicating with them.
4       Q. Banned you from communicating with
5  the university?
6       A. Mm.  Mm.
7       Q. Is that a "yes"?
8       A. Yes, sir.
9       Q. From any of the researches at the university?
10      A. I'm not allowed to contact the university.  So
11 in terms of practical physic experiments, no, I can't
12 get to a laboratory.  In terms of theoretical papers,
13 yes, I have written some and presented some.
14      Q. Okay.  Would you describe those theoretical
15 papers as studies of the effects of RF, or microwave
16 radiation?
17      A. Oh, absolutely, sir, yes.  Yes.
18      Q. Okay, in what sense are they studies?
19      A. I presented a paper to university
20 mathematicians showing how the energy from microwaves
21 can cause damage in cellular processes, and I followed
22 it up -- I had help with this one.  I followed it up
23 with -- knowing that the industry themselves,
24 the mobile industry themselves, have carried out their own
25 epidemiological studies and concluded that low level

Page 63

1  microwaves can be genotoxic, or affect what they call
2  the cancer initiators and cancer promotors of cells,
3  I took where the industry left off and I wrote
4  an oncology paper which I presented to consultant
5  oncologists in Birmingham -- Birmingham, England --
6  showing the link from -- from where the industry left
7  off, saying their patent -- showing their research
8  showed that microwaves can promote -- can cause
9  the cancer promoters, cancer initiators.  I took it
10 from that stage and ended up with the possibility of
11 cancer.
12      Q. What do you mean you took up where the industry
13 left off?
14      A. Well, the industry said: our products can cause
15 cancer, but they left it short and I wanted to know
16 how, and I went through some of the biological
17 processes as to what happened.
18      Q. Okay, so is it fair to say that you took --
19 you looked at what the industry had done and then
20 explained it further?
21      A. Yes, sir.
22      Q. Okay, and did you do any more testing or was
23 it --
24      A. No sir, no.  No, I've never done testing.
25      Q. Okay, so that's why you would describe these as

Page 64

1  "theoretical"?
2       A. Theoretical, absolutely, sir.
3       Q. So it's fair to say that you have not done any
4  laboratory or human studies on the effects of --
5       A. No sir, absolutely none.
6       Q. I need to finish my question first.
7       A. Sorry.
8       Q. It's fair to say that you've done no studies on
9  the -- lab or human studies on the health effects of
10 wi-fi?
11      A. No, sir.
12      Q. And, again, your conclusions in the area are
13 drawn from theory; is that a --
14      A. My conclusions overall are drawn from published
15 research papers.
16      Q. Okay, so you've looked at the research papers
17 published by others and then drawn conclusions based on
18 those papers?
19      A. Yes, sir.
20      Q. I think I'm about ready to take a short break.
21 We've been going for a while.  I appreciate you working
22 without a stop here.
23      A. I'm okay, sir.
24          MR. ABRELL:  Do you want to try to get lunch
25 in?

Page 65

1          MR. CAMPBELL:  Why don't we -- let's go off
2  the record.
3  (11:53 a.m.)
4          (Discussion off the record.)
5  (12:35 p.m.)
6          MR. CAMPBELL:  Thank you.  Mr. Trower, would
7  you please take a look at your declaration again,
8  exhibit 55.  I'd like to begin by directing your
9  attention to paragraph 4 of your declaration.
10      A. Yes, sir.  Yes, okay.
11      Q. In paragraph 4 you state that you're
12 the scientific adviser to the Radiation Research Trust
13 and the HESE Project.
14      A. Yes, sir.
15      Q. First of all, what is the Radiation Research
16 Trust?
17      A. It's an organization which was run by Dr. Bell,
18 it's now run by Eileen O'Connor, which takes in
19 the views of scientists from all over the world,
20 publishes papers under the title Radiation
21 Research Trust, and the president, now Eileen O'Connor,
22 goes to various countries giving lectures.
23      Q. What topics does Ms. O'Connor lecture on?
24      A. Harm from low level microwave irradiation.  It
25 only concentrates on low level radiation.

17 (Pages 62 to 65)

BARRIE TROWER - 1/30/2012

Page 66

1    Q. How do you define "low level radiation"? What
2    would be their short --
3    A. Non-ionizing.
4    Q. Non-ionizing, okay. And what is the purpose of
5    the Trust?
6    A. To put forward an alternative point of view to
7    that from the Health Protection Agency, ICNIRP,
8    government scientists.
9    Q. And is the alternate point of view that
10   the Radiation Research Trust puts forth, is that
11   non-ionizing radiation is harmful?
12   A. Yes, sir.
13   Q. How long have you been a member of
14   the Radiation Research Trust? Or, let me ask you
15   first, are you a member of
16   the Radiation Research Trust?
17   A. I'm one of their scientific advisers.
18   Q. How long have you served as a scientific
19   adviser?
20   A. Probably since it formed. Maybe ten years.
21   Q. Is that your understanding, it's been in effect
22   for about ten years?
23   A. Yes -- you'd have to have a look. I was first
24   invited to give a lecture in Birmingham 12 years ago,
25   one of a series of lectures with a Member of Parliament

Page 67

1    and Dr. Bell and Eileen O'Connor, and I think they
2    asked me shortly afterwards to be a scientific adviser.
3    Q. Was Dr. Bell the founder?
4    A. Yes, sir.
5    Q. What is Dr. Bell currently doing?
6    A. He's -- he's still - I think he advises, like
7    a consultant, but he is, dare I say it, slightly aged
8    and doesn't get around much. He works on his farm in
9    Devon.
10   Q. Now, you also referred to the Human Ecological
11   Social Economical Project?
12   A. Yes sir.
13   Q. And can you tell us what that means?
14   A. That is an international environmental
15   organization, I think it's based in Germany, and it
16   does a very similar amount of work to
17   the Radiation Research Trust, only more on
18   an international level and, again, it publishes papers
19   under its own title.
20   Q. Does it deal with other issues apart from
21   non-ionizing radiation?
22   A. It may do, sir, I don't know. I'm only ever
23   asked to read anything to do with radiation.
24   Q. And so the Radiation Research Trust is,
25   essentially, a U.K. foundation?

Page 68

1    A. It was. I believe now they go international.
2    I know Eileen O'Connor visits a lot of countries.
3    Q. Who is the head of the Human Ecological Social
4    Environmental Project?
5    A. I don't know, sir.
6    Q. Is it your understanding that their point of
7    view is generally, again, that non-ionizing radiation
8    is harmful to humans?
9    A. Yes, sir. Maybe Andrea Klein. She's the lady
10   that contacts me, Andrea Klein. She may be the head or
11   she may be an executive. She co-wrote a paper with me
12   once, that's how I know her.
13   Q. Please turn to paragraph 11 of your
14   declaration.
15   A. Yes.
16   Q. And in paragraph 11 you're referring to
17   an extensive study of the United States Defense
18   Intelligence Agency. Can you give us some more details
19   on that study?
20   A. Yes, sir. The Defense Intelligence Agency
21   published four papers in 1976 highlighting the known
22   effects of below thermal microwave irradiation, and
23   also the possible long-term effects which hadn't yet
24   been proved, and they asked the nations of the West,
25   the governments of the West, to not be stringent with

Page 69

1    safety levels because it would have a detrimental
2    effect on military function and industrial output.
3    Q. Is that part of the report that the DIA issued?
4    A. Yes sir, yes. Those exact words.
5    Q. Did anything else come of those reports?
6    A. My interpretation of them was I know that they
7    were based on possibly 4,000 or so military research
8    documents, and it seemed to be the culmination of
9    military research, espionage, where they knew then in
10   1976 the dangers, and my interpretation of their
11   wording is that we would only look at the thermal
12   effect; we would not take into account the non thermal
13   effect which would allow industry and governments to
14   have a very lax safety level whereby they could not be
15   taken to court. Whether that's totally correct,
16   I don't know, sir.
17   Q. Okay, and were these papers published anywhere?
18   A. They were never published, sir, they were
19   obtained under the Freedom of Information Act.
20   Q. Let's turn, please, to paragraph 12.
21   A. Okay, yes.
22   Q. And you've got a reference in there about
23   the Russian Embassy microwaving the U.S. Embassy --
24   A. Yes, sir.
25   Q. -- low level microwaves, you say:

18 (Pages 66 to 69)

BARRIE TROWER - 1/30/2012

Page 70

1    "Why and how is outside the scope of this
2 declaration."
3        But I can't help but to ask.  So to the extent you
4 can talk about it, what do you know about the nature of
5 the microwaving by the Russian Embassy?
6    A. The -- well, initially -- again we must try and
7 put this into context -- the United States and the USSR
8 were within a heartbeat of total global nuclear war.
9 Half of the world's scientists were busily engaged in
10 warfare topics.  The Russian Embassy wanted to
11 eavesdrop on the American Embassy, and the way they
12 decided to eavesdrop was to beam local level microwaves
13 across Moscow, across the square, Moscow Square, onto
14 the windows of the American Embassy.
15        The reflected microwave would be out of phase with
16 the transmitted wave, and when they're out of phase you can
17 decipher the vibration, hence what was being said in
18 the window -- what was being said in the room.  Some time
19 after, I think around 18 months after, it was noted that
20 the children that were in the embassy, the secretaries,
21 the lady secretaries and some of the gentlemen, were
22 developing up to about eight different types of cancers for
23 no apparent reason.  The Russians said: it is your
24 capitalistic western lifestyle.  The American Government
25 became interested and there was a change of staff as -- over

Page 71

1 the years, and there were, to my knowledge, only three
2 reports written.  The first, and I don't know what the legal
3 term is here -- and this is what I was told, not what I can
4 prove.
5    Q. Okay, so hearsay.
6    A. Yes.  The first report from
7 the American Government denied that anything was wrong
8 because the government were interested in this new
9 stealth weapon.  The second report did not exactly tell
10 the truth because they, presumably, didn't want to
11 alarm anybody, and it was the third report from
12 Professor Goldsmith, who was then -- I think he had
13 19 professorships, and he was a spokesperson for
14 the World Health Organisation and other bodies,
15 he wrote the thorough report and wrote his conclusion
16 that it was the low level microwaves which caused
17 the miscarriages, breast cancers, child leukemias and
18 other illnesses.
19    Q. What was the source of his,
20 Professor Goldsmith's, information?
21    A. He was allowed access to talk to everybody in
22 the United States, and he wrote the paper -- I think
23 his paper was called "The End of the Age of Innocence".
24    Q. So, was it part of his paper that talked about
25 the power, the microwaves used by the Russians?

Page 72

1    A. Yes sir, and in one of his papers, the power
2 was lower than you would get in an ordinary classroom
3 full of microwaves, and it's what raised the hackles on
4 the back of my neck when I read it.  He wrote a report
5 showing that -- let's see if I can get my figures
6 right -- 47.7 percent of the women had miscarriages in
7 the first eight weeks of pregnancy at a level lower
8 than you would expect in a class full of wi-fis.
9    Q. How -- what was the size of the population that
10 he looked at?
11    A. In terms of epidemiological study, I wouldn't
12 have thought it would match today's.  I'm estimating
13 here it was probably -- I would say between 600 and
14 1000 women.
15    Q. And those women were all living in
16 the U.S. Embassy in Moscow?
17    A. No sir, I think he also studied women on
18 military bases at that time.
19    Q. Who were also exposed to microwave --
20    A. Exposed to microwaves from the military bases.
21    Q. From Russian espionage?
22    A. Oh no, no, just general military bases.
23    Q. Okay, so did the rage of intensity or power of
24 these microwave radiation vary from base to base?
25    A. It did vary, but it didn't stop it.

Page 73

1 The lowest, I think, was 5 microwatts per centimetre
2 squared, which is, in fact, quite low.
3    Q. Did Dr. Goldsmith write what was the frequency
4 of the radiation?
5    A. He did, but he wrote three papers in all, and
6 at the moment I couldn't tell you what it is, sir.
7 But, I mean, the frequency will be in the microwave
8 range: it must be between 300 MHz and 300 GHz, because
9 he described them as "microwaves".
10    Q. Let's turn to paragraph 15, please.
11 Paragraph 15 references an article by Mr. Grant.
12    A. Yes, sir.
13    Q. What's the nature of that article?
14    A. Microwave sickness.
15    Q. And what's the -- have you read the microwave
16 sickness article?
17    A. Oh yes, sir.
18    Q. What's the content of the article?
19    A. It was first -- microwave sickness was actually
20 first diagnosed in 1932, to my knowledge, which is
21 where his papers -- and the microwave sickness -- it's
22 also documented on the World Health Organisation
23 website as "microwave sickness": it is low level
24 illness from low level microwaves where -- where you
25 tend to not sleep well, you have more colds, longer

19 (Pages 70 to 73)

Plaintiff's Exhibit L
Trower Depo
20

BARRIE TROWER – 1/30/2012

Page 74

1  colds, longer coughs, a general feeling of being down
2  where your body doesn't really function very -- sort of
3  a low level flu.
4      **Q. And this article that you're referring to was**
5  **published in Electrical Sensitivity News in 1987?**
6      A. Yes, sir.
7      **Q. What is Electrical Sensitivity News?**
8      A. It's just a journal that publishes articles on
9  people who are sensitive to electromagnetic waves.
10     **Q. Do you know where that's published?**
11     A. No, sir.
12     **Q. In paragraph 16 of your declaration,**
13  **you referred to Portland Public Schools transmitting at**
14  **frequencies between 2.4 GHz and 5 GHz.**
15     A. Yes, sir.
16     **Q. How did you come to know that information?**
17     A. I either read it in a document I was sent, or
18  I read it in an article about wi-fi. I couldn't tell
19  you which.
20     **Q. Is that a different frequency than most wi-fi**
21  **operates at?**
22     A. No, I think they both -- they all operate
23  around that area, sir.
24     **Q. So 2.45 GHz is a standard frequency for wi-fi?**
25     A. I think it is, yes sir.

Page 75

1      **Q. I'm turning to paragraph 18 of your**
2  **declaration, the last sentence on the page, it says**
3  **that:**
4          **"... there still exists an ongoing stealth**
5  **microwave warfare industry, continuing from the 1950s."**
6      A. Absolutely, sir.
7      **Q. Can you explain that?**
8      A. Yes, sir. The -- the latest -- if we come from
9  leading up to today, it is documented now that the lady
10  demonstrators at Greenham Common, who were
11  demonstrating against the United States missile base in
12  England, were microwaved; that they actually became
13  quite ill. They were all ladies demonstrating outside
14  the missile base and it was recorded -- the microwave
15  irradiation was recorded. Also, it was recorded and
16  brought up by -- I'm -- I'm going to use the words --
17  maybe an MP, but it may not have been -- it's the Irish
18  equivalent of an MP, who found that we were microwaving
19  Catholics in Northern Ireland during the Troubles, and
20  leading up to present day, microwave technology can be
21  used even in germ warfare.
22     **Q. How so?**
23     A. Research has shown that, particularly with
24  yeasts, that there seems to be an activation frequency,
25  and I don't know what that is -- there seems to be

Page 76

1  an activation frequency, like when somebody has a heart
2  attack and their heart stops you can put pads on their
3  chest that will reboot the heart. There seems to be
4  an activation frequency that can reboot, or reboost,
5  dormant yeasts, and it doesn't take a leap of
6  the imagination to realize that if a yeast is
7  rebooted, to use the phrase, if the yeast contains
8  bacterium or viruses, or you can actually reboot
9  a bacterial virus, you can flood a country with dormant
10  bacteria inside yeasts or viruses and reactivate them,
11  causing devastation to that country's, maybe crop.
12          For instance, imagine if it were done to
13  the wheatfields of America. It is a way, an experimental
14  way of germ warfare which could bring economic ruin to
15  a country, as well as we still have the microwaves used
16  recently in the case I mentioned that caused me to be
17  dismissed from the college that I gave evidence in.
18     **Q. Let's turn, please, to exhibit -- paragraph 24.**
19  **In paragraph 24 you raise the prospect of a cyclogenic**
20  **response to -- to maybe the erection of a transmitter.**
21     A. Yes, sir.
22     **Q. And then you go on to state that:**
23          **"... an argument against this is the many cases**
24  **where disguised, stealth, or concealed transmitters have**
25  **been erected without local knowledge and similar illnesses**

Page 77

1  **still occur."**
2          **Are there any reports or studies that that's based**
3  **on, or ...?**
4      A. Oh yes, sir, it was brought up in Parliament.
5  In fact, the industry was accused of lying by a member
6  of Parliament, and that's referenced in Hansard, where
7  I know of -- I can give two examples where there were,
8  I think, 18 leukemia cases in Scotland, Fife. In fact
9  it was the -- I'm trying to think of his --
10  the defense -- the chap who took over the leadership
11  for the party, a Scottish chap. He invited me up there
12  to give a talk. He took over the Liberal Democrat
13  party, Scottish chap ... Menzies, Menzies Campbell.
14  He invited me up.
15          The people in the village complained that they
16  were getting leukemia and when they looked they found that
17  there was a hidden transmitter that they didn't know about,
18  and they called an urgent meeting with their
19  Member of Parliament, that happened to be the leader of one
20  of the opposition parties, and they flew me up to Scotland
21  to give a talk in Fife and they blamed the transmitter,
22  which was one.
23          Another one was a circle of residents around
24  a transmitter. The industry -- they became ill.
25  The industry said it was off and wasn't operating, and when

20  (Pages 74 to 77)

BARRIE TROWER - 1/30/2012

Page 78

1  it was found to be operating, the Member of Parliament
2  brought it up in Parliament that the industry were actually
3  liars, or lying, because the people had become ill and they
4  were -- the focus of the circle of the people was
5  the transmitter.
6      Q. Where was that?
7      A. That was -- it's in my -- it's in my original
8  Tetra report for the Police Federation of England and
9  Wales, and I can't think of the name of the town.
10     Q. Somewhere in the U.K.?
11     A. Oh, in the U.K., yes, sir.  It's in
12 the Midlands.
13     Q. Let's go to paragraph 26, please, and
14 paragraph 26 you reference a conversation with
15 a Dr. Carlo?
16     A. George Carlo, yes sir.
17     Q. And what can you tell us about Dr. Carlo?
18     A. I've only met him the once.  I spent two days
19 here in London with him and I listened to him speak
20 when he gave a lecture.  And so what he told me there
21 was what he's told me.
22     Q. Okay, so his study was published at
23 health/concerns.org?
24     A. Yes, sir.  I was told by him -- well,
25 he actually told everybody as -- we drank in

Page 79

1  the evening in the same hotel.  He -- his research,
2  he said, concluded that low level or non-ionizing
3  radiation from the mobile industry would cause cancer,
4  and what he said was that he was refused permission to
5  publish and he was either sacked or left and
6  he published the data anyway.
7      Q. He published it on this
8  www.health/concerns.org?
9      A. Presumably so.  I don't have a computer and
10 I don't use one.  That was the information I've given.
11 I haven't checked it.
12     Q. Did he elaborate at all, other than saying that
13 his results were suppressed by the telecommunications
14 industry?
15     A. He said he was being victimized, sir.
16     Q. Did he explain how?
17     A. I'm getting -- if -- well, he lost his job and
18 I believe he is the person who also had his house burnt
19 down, but -- it may be somebody else, but I believe
20 he had his house burnt down.
21     Q. Did he know it was arson?
22     A. I don't know the legal ins and outs of
23 the case, sir, but that's the information that reached
24 me.  But he did say that he was being victimized.
25     Q. Turning, please, to exhibit -- paragraph 30, in

Page 80

1  paragraph 30 you refer to the U.S. EPA recommending
2  that electromagnetic radiation be classified as
3  a possible -- I'm sorry, a --
4      A. "Probable human carcinogen".
5      Q. -- "Probable human carcinogen".
6      A. Yes, sir.
7      Q. How did you become aware of that
8  classification?
9      A. It was published, sir.
10     Q. Do you know if the EPA has changed its
11 classification?
12     A. No sir, I don't believe it has.  Nothing has
13 reached me that it has.
14     Q. Do you know the basis on which the EPA reached
15 that classification?
16     A. No, sir.
17     Q. And it's your opinion that, based on the new
18 study since 1990, that there's stronger evidence for
19 the EPA's classification than there was in 1990?
20     A. There is always stronger evidence, sir.
21 I mean, a new paper comes out almost every week.
22     Q. Let's go to paragraph 33, please.
23     A. Yes, sir.
24     Q. That refers to an international study of
25 schools near cell towers?

Page 81

1      A. Yes, sir.
2      Q. What can you tell us about that study?
3      A. Well, it's --
4      Q. Or is everything contained in this web address
5  that you cite?
6      A. Yes, sir.  There were -- it was mostly France
7  and they found that it -- can I just refresh?
8      Q. Yes, please do.
9      A. Yes, I've linked the two together, 33 and 34,
10 actually.  When you said 47, I'm thinking: no, there
11 are 200.
12         Between France and Spain, they suddenly noticed
13 that children were becoming sick, teachers were becoming
14 sick, and they linked the sickness to mobile towers either
15 in -- excuse me -- or near school grounds, and they
16 published a paper -- one country published a paper with
17 47 schools; the other country, which was Spain, I believe,
18 published a paper with 138 incidents; and at the same time
19 I was giving the address to the Welsh Assembly at the time
20 and our MPs also were bringing up in Parliament further
21 cases of childhood leukemias, cancers, miscarriages, breast
22 cancers in and around schools, and the total number at
23 the time, when I spoke to the Welsh Assembly, was around 200
24 around schools.  I know when I gave my talk in Canada they
25 were still -- we stopped -- people stopped counting then,

21 (Pages 78 to 81)

Plaintiff's Exhibit L
Trower Depo
22

BARRIE TROWER – 1/30/2012

Page 82

1    and then I know when I gave my talk in Canada they were
2    still happening because I -- I referenced a couple. But
3    this was put down to transmitters in or near schools, and in
4    some of the cases -- I do know that in France
5    the magistrates, or the local legal person, ordered the --
6    some transmitters, I don't know what happened to all of
7    them, to be turned off and dismantled.
8        **Q. On paragraph 35, you refer to**
9    **the Stewart Report; do you see that in your**
10   **declaration?**
11       A. 35. Yes.
12       **Q. What is the Stewart Report?**
13       A. Sir William Stewart was the government's top
14   scientific officer looking into electromagnetic waves,
15   and because there hadn't been time for proper and
16   complete epidemiological studies, he asked that
17   anecdotal evidence, ie when a transmitter went up in or
18   near a school and there was a sudden cluster of
19   illnesses, that the parents -- or the reaction from
20   the parents be taken seriously, and he subsequently
21   made a recommendation -- which wasn't followed -- but
22   he made a recommendation that the main beam of
23   any transmitter will not fall on children without
24   the full consent -- and I may be legally wrong here,
25   "consent" might not be the right word -- without

Page 83

1    the full consent and cooperation of the parents after
2    discussion.
3        **Q. And you say that was a recommendation that**
4    **he made?**
5        A. It was a recommendation.
6        **Q. And it was not followed?**
7        A. No, sir.
8        **Q. Okay, so if I understand that,**
9    **Sir William Stewart said that because there's not**
10   **sufficient epidemiological evidence he asked that**
11   **anecdotal evidence be taken seriously?**
12       A. Yes, sir.
13       **Q. Taken seriously for what purpose?**
14       A. To prevent transmitters going up or near
15   children.
16       **Q. And to your knowledge, did that -- after Mr, or**
17   **Sir William Stewart issued his report, did that -- was**
18   **there a shift in the way people were responding to**
19   **proposed cell towers?**
20       A. No, sir. The industry challenged every single
21   decision. They brought their barristers in, lawyers in
22   to the planning meetings and in almost every case
23   the barristers won on points of law.
24       **Q. If you would please turn to paragraph 41. In**
25   **paragraph 41 you say:**

Page 84

1        "... suffice to say, by 2006, it was reported that
2    80 percent of the extant epidemiological studies on the WHO
3    database list symptoms from microwave sickness."
4        A. Yes, sir.
5        Q. Who reported that?
6        A. It was published. The World Health
7    Organization database could be downloaded.
8        Q. So when you say:
9        "It was reported that 80 percent of the studies on
10   the WHO database list the symptoms for microwave sickness"
11   --
12       A. Yes, sir.
13       Q. -- did you look at the WHO database yourself?
14       A. No sir, it was downloaded and sent to me.
15   I don't have a computer.
16       Q. So, when you say, "It was reported ...",
17   somebody reported that to you?
18       A. Yes, sir.
19       Q. Who was that?
20       A. Oh, I can't say, sir. Probably one of
21   the researchers from one of the organizations. They
22   tend to send me most things.
23       Q. Like Radiation Research Trust or --
24       A. Yes, them or PC or ...
25       Q. And further on in that paragraph, you refer

Page 85

1    to -- you say you were:
2        "... curious to investigate the remaining
3    **20 percent that showed no symptoms. However, this had**
4    **already been looked at by Swiss scientists --"**
5        A. Yes, sir.
6        **Q. "-- who said 'the interpretation of the results**
7    **... should take sponsorship into account.'"**
8        A. Yes, sir.
9        **Q. So is it fair to say you have not looked at**
10   **the 20 percent of epidemiological studies that find no**
11   **association?**
12       A. Well, I didn't need to. A Swiss university,
13   which I referenced -- a Swiss university looked at all
14   research and they found that 80 percent of industrial
15   research came out in favor -- it was the total
16   opposite. They found that 80 percent of industrial
17   research showed no ill effect and only 20 percent did,
18   whereas if it wasn't industrial research, it was
19   80 percent that showed ill effect and 20 percent that
20   didn't.
21       **Q. So -- so it's fair -- so you have not looked at**
22   **the 20 percent that showed no ill effects?**
23       A. No sir, the Swiss people did it.
24       **Q. And the Swiss scientists that you quote said:**
25       **"Interpretation of the results should take**

22 (Pages 82 to 85)

Plaintiffs' Exhibit L
Trower Depo
23

BARRIE TROWER - 1/30/2012

Page 86

1  sponsorship into account."
2      A. Yes, sir.
3      Q. Do you think that's important: to take
4  sponsorship into account?
5      A. I do, sir.
6      Q. Why is that?
7      A. I'm trying to think of a really good ... I'm
8  trying to think of a really good example, but I can't
9  get one in my brain at the moment.
10     I believe that our government has several billion
11  a year to use on research.  Our universities are doing
12  almost anything for every single ounce of cash they can get
13  in.  I believe that if you are doing research that comes out
14  in favor of industry, you are more likely to be favored than
15  if you are doing research that is going to embarrass
16  the government, maybe cost the government lawsuits, maybe
17  cost the government a lot of money.
18     Q. Is that something that you studied or is that
19  based more on common sense?
20     A. Common sense.
21     Q. In other words: the government will not want to
22  fund research that will hurt industry or
23  the government?
24     A. No sir, and I can give an example as well, if
25  you wish.

Page 87

1      Q. Sure.
2      A. And I have documented this in my report for
3  the police.  Now, I'm a university-qualified
4  experimental physicist, and if you said to me: carry
5  out an experiment that would show whether the police
6  communications system, which is really not much
7  different to the ordinary mobile phone, was safe,
8  I would say: no problem, it will take me about
9  ten years, I would follow roughly the same course of
10  action that a drug company would follow if they were
11  testing a brand new medicine: laboratory experiments,
12  cells and things, and within ten years I would probably
13  have something to write up.
14     Now, one of the experiments -- two of
15  the experiments from our government scientists at
16  Porton Down was on this system: one was to show the effects
17  on the brain, one was to show the effects on the heart, and
18  I referenced the paper and the page.  The experiment on
19  the brain was completed in 10 minutes, the one on the heart
20  was completed in 20 minutes, or thereabouts.  In fact, both
21  of them were completed within the hour.  Nobody got that
22  information.  The only information they got was that
23  the country's top scientists had tested the system and found
24  it to be safe.
25     Now, I think that is wrong and I've ref- -- and

Page 88

1  I think that the government is prepared to take shortcuts in
2  order to secure contracts, and this was a very, very
3  lucrative contract, which is still going out.  They've just
4  got a contract to supply sets for the Olympics, and it's
5  currently being sold, or has been sold, to 150 countries,
6  and I think it is wrong because they never carried out
7  a proper safety test.  I believe the government is prepared
8  to take shortcuts if it suits itself.
9      Q. Turning to paragraph 43, you referred to
10  a report made to the European Parliament in May of 2011
11  that had banned wireless networks and mobile phones
12  from schools.
13     A. Yes, sir.
14     Q. Did the European Parliament act on that report?
15     A. I believe France -- yes, France, one --
16  a district in France has started -- they've allowed
17  I think it's 124 million euros, and I can't remember
18  the name of the district because I can't speak French,
19  124 million euros to take wi-fi out of schools.
20  They've also taken it out of the main central library
21  used by students on health grounds.  There are other
22  reports of wi-fi coming out, but I can't remember
23  which -- which countries.  But I know France started
24  taking wi-fi out of schools at a cost of 124 million
25  euros, so that they have started acting on it.

Page 89

1      Q. Okay, so that was a French department or ...?
2      A. Well, when I say a French district, I think
3  it's what we would call a city.
4      Q. Okay.  So -- but my question was, did
5  the European -- your paragraph refers to a report made
6  to the European Parliament as a whole --
7      A. Yes, sir.
8      Q. -- and the way I interpreted the paragraph, and
9  maybe I'm incorrect, is that the request was made that
10  the entire European Union --
11     A. Yes, sir.
12     Q. -- remove cell phones and wi-fi from schools?
13     A. Yes, sir.
14     Q. Is that -- is that a correct statement?
15     A. Yes sir, it's a recommendation.
16     Q. Okay, and has the European Parliament acted on
17  that recommendation?
18     A. Other than recommend, no, you can't order
19  countries to take it out.
20     Q. Have they adopted that recommendation?
21     A. Well, I believe some countries have, starting
22  in France, but others haven't.
23     Q. Okay, so did the European Parliament take any
24  action at all?
25     A. Oh no, sir, I don't think it has the power to.

23 (Pages 86 to 89)

Plaintiffs' Exhibit L
Trower Depo
24

BARRIE TROWER – 1/30/2012

Page 90

1  Legally I don't think it can.  I mean, here, we're
2  putting it in as fast as we can.
3       **Q. Putting in wi-fi as fast --**
4       A. Yes, sir.
5       **Q. Is that throughout the U.K.?**
6       A. Yes, sir.
7       **Q. Mr. Trower, please turn to paragraph 61.**
8  **Paragraph 61 refers to the "Freiburger Appeal"?**
9       A. Freiburger, yes sir.
10       **Q. What is the Freiburger Appeal?**
11      A. It was a group of doctors in Germany who
12  realized that they were having a lot of patients
13  turning up complaining of what can be described as
14  microwave sickness at varying levels, and they started
15  an appeal that I believe has been signed by, I mean,
16  30,000, something like that.  It's a colossal amount of
17  doctors now, and consultants, worldwide, where they
18  asked the government to put restrictions on
19  the industry for the exposure of children and adults to
20  low level microwave irradiation.  It was the first
21  big -- the first big appeal, the Freiburger Appeal.
22       **Q. So they asked the German Government to put**
23  **limits on the industry?**
24      A. Yes, sir.
25       **Q. Have they gone beyond Germany, or is it just**

Page 91

1  **German-focused?**
2      A. I don't know, sir.
3       **Q. Do you know what the German Government has done**
4  **with that?**
5      A. No sir, I have enough trouble keeping my head
6  above water in this country without seeing what goes on
7  abroad.
8       **Q. In paragraph 70 of your declaration, you refer**
9  **to a study carried out on children using an ordinary**
10  **microwave transmitter, a cell phone, and the study**
11  **found that after two minutes of use --**
12      A. Yes sir, that's right.
13       **Q. -- the children have natural brainwaves**
14  **disrupted for up to two hours?**
15      A. Yes sir, that was published in The Lancet.
16       **Q. I'm sorry, published where?**
17      A. In The Lancet; it's a doctor's paper.
18       **Q. Do you know when it was published?**
19      A. No, sir.  I think it was written by
20  Professor Gerald Hyland, unless I'm mistaken.  It was
21  followed by a television program, Panorama.  But, yes,
22  it was published in The Lancet.  Followed by
23  a television -- we have a documentary series, Panorama,
24  and they found that a short term on a mobile phone
25  accelerated the brain activity of children.

Page 92

1       **Q. Please take a look at paragraph 73.  In 73**
2  **you say you believe the most important evidence you**
3  **have read is from Dr. Goldsworthy.**
4      A. Yes.
5       **Q. That was the Dr. Goldsworthy who --**
6      A. He's coming tomorrow --
7       **Q. -- is coming tomorrow --**
8      A. Yes, sir.
9       **Q. -- who I thought was going to be here today.**
10  **And who is Dr. Goldsworthy?**
11      A. He is a -- or was, he may still, a lecturer at
12  Imperial College, here in London.
13       **Q. What is it that Dr. Goldsworthy has done that**
14  **makes his research the most important that you've read?**
15      A. He seems to understand in great depth
16  the effect of microwave irradiation on cells.
17       **Q. And how do you make that judgment?**
18      A. Well, I've read his lectures.  He has lectured
19  overseas and he's written papers here, and I've read
20  them and I think they're good.
21       **Q. And you're referring specifically in this**
22  **paragraph to his researching the biological effects of**
23  **weak electromagnetic fields?**
24      A. Yes, sir.
25       **Q. There's a 2007 paper.**

Page 93

1      A. Yes, sir.
2       **Q. What was -- did that paper -- was that**
3  **research that he was reporting on?  Let me -- what**
4  **was the nature of the paper?**
5      A. It was explaining -- explaining how weak
6  microwave fields can affect the biological structure of
7  living cells.  Whether he based it on his research,
8  I don't know, but he wrote the paper.  He was trying to
9  explain what exactly was going on in the cell.
10       **Q. Okay, so it wasn't just reporting the results**
11  **of a specific research project?**
12      A. No sir, no.  No.
13       **Q. Again, do you feel that Mr. -- or**
14  **Dr. Goldsworthy's paper was important because of**
15  **the clarity of his presentation, or was it something**
16  **else?**
17      A. Maybe I'm biased because I'm a teacher as well,
18  but he was a lecturer -- I mean, Imperial College here
19  is very -- regarded in very, very high esteem.  It is
20  sort of the Oxford or Cambridge of London, and I think
21  to be a lecturer there, you have to be particularly
22  bright and clever, and when I read his work he writes
23  it like a teacher explaining to somebody exactly what
24  is happening, like I try to when I'm writing a paper.
25  I try to -- unless it's a mathematical paper, I try to

24  (Pages 90 to 93)

Plaintiffs' Exhibit L
Trower Depo
25

BARRIE TROWER – 1/30/2012

Page 94

1    imagine an 11-year old reading it, and if I think
2    an 11-year old would understand it, then I'm doing
3    my teaching bit for people to understand it.  He writes
4    at a level that a teacher would write, aiming at
5    everybody to understand most of what he's writing.
6    It's very easy to read, but very complex.  I could
7    admire the teaching he does.
8        **Q. Is there anything else about it that you --**
9    **that made it particularly important to you?**
10       A. He filled in -- he filled in some of
11   the processes that made it, I think, a little better,
12   or a little easier to understand.
13       **Q. The processes of the way the -- cellular**
14   **response?**
15       A. Yes sir, mainly the cryptochromes and
16   the absorption of water -- the absorption of energy
17   into water.
18       **Q. Please turn to paragraph 76.  Paragraph 76**
19   **comes under the heading "Electrohypersensitivity".**
20       A. Yes, sir.
21       **Q. Now, what is electrohypersensitivity?**
22       A. I suppose it's easily or best described as
23   a food --- like a food allergy, only with microwave
24   irradiation, whereby you can become sensitive -- it's
25   been found that people who work with electrically

Page 95

1    generating waves in hospitals can become sensitive to
2    electromagnetic waves, but generally it's people who
3    are very, very susceptible to electromagnetic radiation
4    in the microwave field.  It has an almost instant
5    effect on them.  I try to think of it as like a food
6    allergy.
7        I'm losing my concentration, sorry.
8        **Q. Now, in your declaration you state that**
9    **the World Health Organization recognizes and describes**
10   **electrohypersensitivity -- I'm taking a look at**
11   **a declaration that Dr. Magda Havas --**
12       A. Havas, yes.
13       **Q. -- submitted, and one of the addenda that**
14   **she submitted to her declaration had a statement**
15   **from May of 2011.  It states that:**
16       **"We need to include these illnesses, multiple**
17   **chemical sensitivity and electrohypersensitivity in**
18   **the World Health Organization international classification**
19   **of diseases."**
20       **If I'm not mistaken, Ms. Havas said that it was**
21   **her belief that electrohypersensitivity is not contained in**
22   **the World Health Organization classification of diseases; is**
23   **that not consistent with your understanding?**
24       A. I read that the World Health Organization
25   recognized electrohypersensitivity.  If I am mistaken

Page 96

1    and I've misread it, then I am mistaken and I've
2    misread it, but I would have said
3    the World Health Organization recognized
4    electrohypersensitivity.
5        **Q. Do you know if in the United States whether**
6    **"electrohypersensitivity" is an accepted medical**
7    **diagnosis?**
8        A. I wouldn't know, sir.
9        **Q. How about in the U.K.?**
10       A. No sir, it isn't.
11       **Q. Turning to paragraph 83 of your declaration,**
12   **you refer to the wi-fi -- wi-fi in classrooms and you**
13   **state that:**
14       **"An average wi-fi transmitter operates at 0.2 [is**
15   **that 'joules'?  Which is] 0.2 watts power."**
16       A. Yes, 0.2 joules per second, or watts, yes.
17       **Q. What do you mean by the transmitter; is that**
18   **the --**
19       A. The power coming out, the energy.
20       **Q. The energy coming from the laptop or the energy**
21   **coming from the router that's --**
22       A. No, from the -- from the laptop, the energy
23   coming from the laptop into the student.
24       **Q. Okay, and so that laptop would operate -- would**
25   **generate power whether or not it's plugged into a cable**

Page 97

1    **system or wi-fi?**
2        A. No sir, this would be the power -- the energy
3    of the wave coming out, going to the router.
4        **Q. Okay, so it's the energy from the --**
5    **the electromagnetic field energy coming from the router**
6    **to the receiver, which is the laptop?**
7        A. Or the laptop to the router.
8        **Q. Okay, so transmitting one way or the other.**
9        A. Yes, sir.
10       **Q. How did you come up with this figure of**
11   **0.2 watts?**
12       A. Well, it's published, it's published in wi-fi
13   data.  Most wi-fis are around 0.2 of a watt.
14       **Q. Did you look at the readings that Mr. Morgan**
15   **took from the Portland Public Schools?**
16       A. Yes sir, yes.
17       **Q. And was that consistent with what his readings**
18   **were?**
19       A. I honestly cannot remember, sir.
20       Yes, it was.  I can remember.  Yes, it was,
21   because I had it when I did the calculations.
22       **Q. Wasn't it actually 0.2 microwatts that**
23   **Mr. Morgan has as the maximum rating, 0.2 milliwatts**
24   **rather than 0.2 watts?**
25       A. No.  I'm confused now, sir.

25  (Pages 94 to 97)

BARRIE TROWER - 1/30/2012

Page 98

1    Q. At any rate, this is not -- this 0.2 joules per
2    second or 0.2 watts, that was something that you --
3    you're looking at an industry average, not -- not
4    specifically --
5    A. Oh, I was -- I was just doing a classroom with
6    all of the wi-fis, I was just trying to compare it with
7    a microwave oven, and the result I had there was --
8    I mean, there are obviously things I haven't -- and
9    I've listed them -- taken into account there, but I was
10   just trying to demonstrate that it could be argued that
11   you would never put a child into a microwave oven, but
12   you would be prepared to put a child in a classroom
13   that received the equivalent amount of -- whatever
14   the equivalents there I wrote, although there would
15   obviously be errors and ...
16   Q. And other differences.
17   A. And other differences, yes sir.  It's like
18   sunbathing, you know, you can sunbathe on a cloudy day
19   and still get as burnt as sunbathing on a very, very
20   sunny day.  We absorb it all and it is accumulative.
21   It's just a matter of -- sorry.  It's just a matter of
22   over how long.
23   Q. Okay.  I guess just so I'm clear,
24   the 0.2 joules per second or 0.2 watts figure --
25   A. Yes.

Page 99

1    Q. -- that was an average figure that you looked
2    at from -- based across the industry?
3    A. For ordinary wi-fis, yes.
4    Q. Okay, so not based on the particular data or
5    particular circumstances at the Portland Public
6    Schools?
7    A. There I'm confused.  I believe that the actual
8    data they used milliwatt or microwatts.  Sorry?
9    I can't -- yes, I've got myself confused.
10   Q. Okay.  Then if you would please turn to
11   paragraph 88 under your conclusion section, and as
12   I interpret paragraph 88, you're saying it shouldn't be
13   the case that people have to show that a technology is
14   unsafe; rather it should be incumbent upon the industry
15   to show that a product is safe.
16   A. Absolutely, sir.  Absolutely.
17   Q. Then the final sentence of that paragraph,
18   you say:
19       "... take this industry to court with the list of
20   impairments, illnesses, cancers, leukemias, early deaths,
21   etc."
22       What do you mean by that?
23   A. The industry does not have to prove that this
24   item is safe.  In fact, wi-fi has never, ever run
25   through a safety test.  It is incumbent on

Page 100

1    the children, or the parents, to take the most powerful
2    industry on the planet to court to demonstrate that it
3    is dangerous.
4        Now, to try and demonstrate that something is
5    dangerous as an ordinary person, we have legal
6    teams, scientists, court time.  In this country, I don't
7    know what the court costs are, a hundred thousand pounds
8    a day.  If the industry do not have to do a safety check and
9    they can put this out and say: you say to us, or you prove
10   that this is dangerous, they can just sit back and wait
11   because if the parents or the children come back and say:
12   look, we have, as I said, 200 schools with cancer clusters,
13   they can say: no it isn't, have you tested this?  Have you
14   looked at the clouds?  Have you drunk the water?  Go away,
15   come back in another ten years.  It can't be done.
16       In science, if I can explain, the level of proof,
17   if you took out a gun now and shot me, there would be no
18   doubt, with everybody here witnessing in court, that
19   you were responsible for my death.  If, on the other hand,
20   your defense counsel wanted absolute scientific proof that
21   your bullet killed me, they wouldn't be able to do it
22   because I could die -- in the time it takes the bullet to
23   reach me, I could have died from a multiple of things and
24   you would have to try and prove that those multiple of
25   things did not happen before the bullet went into me.  There

Page 101

1    isn't enough knowledge to prove -- we don't even know how
2    aspirin works.  I take aspirin, so do most of the population
3    of the world, but if you say to somebody: prove how aspirin
4    works, they can't.  Of the 100,000 plus protein structures
5    in the body that are affected by microwaves, we only know
6    a few hundred.  We probably will not have enough time on
7    this planet in its history to reach scientific proof of
8    anything, and this is what the industry is demanding
9    the ordinary parent, teacher, community do when they take
10   that industry to court and, with respect to you, sir, all
11   your scientists have to do is deny it.  But it cannot be
12   done.  There is no such thing as scientific proof.  We don't
13   have that knowledge.
14       MR. CAMPBELL: Okay, this is probably a good
15   time for a break.
16   (1:53 p.m.)
17       (Break taken.)
18   (2:02 p.m.)
19       MR. CAMPBELL: Mr. Trower, in your
20   declaration and today you've referred to reviewing
21   a large number of studies regarding the health effects
22   of electromagnetic fields.
23   A. Yes, sir.
24   Q. Would you agree that studies can point in
25   different directions?

26 (Pages 98 to 101)

BARRIE TROWER - 1/30/2012

Page 102

1    A. Oh, they have to.  It would be wrong if they
2  didn't.
3    Q. Why would it be wrong?
4    A. People are not homogeneous.  I can if explain
5  this, if I -- magically, if I could go down the road
6  now and take 10,000 people, the first 10,000 people who
7  went past and I made everybody smoke five cigarettes
8  a day and drink a pint of beer a day, some people would
9  love it and they would ask for more, other people would
10  be indifferent, and some people would be violently ill
11  and some people would die.  It's the nature of human
12  nature: if something comes out where everybody shows
13  the same effects, it's most unusual.
14    Q. So, to what extent have you taken into account
15  studies that show no adverse effects from
16  electromagnetic fields in drawing your conclusion?
17    A. You will have some.  You will have some that
18  show no effect.  What they lack -- when I -- I read
19  these studies carefully because I'm usually asked to
20  comment on them.  What they tend to not look at is --
21  and you may want me to explain this further -- is
22  electrically induced face transition, resonance,
23  cyclotronic and circadian resonance, and rectification.
24  They usually haven't looked at those, because it
25  would -- it's an incredibly specialized field with

Page 103

1  incredbly specialized scientists that know what they're
2  looking for, and if I can give two explanations, one --
3  without insulting anybody's intelligence, one simple
4  one and one complicated one.
5    We're looking at, for the complicated bit,
6  a change -- and this always happens -- a change in cell
7  potential, there's a follow on.  Signal transduction, cell
8  cycle timing, interference to the adenosine triphosphate
9  double bond at the mitochondrial deoxyribonucleic acid site
10  where the transference is via the heat shop proteins which
11  act as chaperones in cells.  That's the complicated version.
12    The easy version is, if you imagine the house that
13  you live in, essential things come in: air comes in, food
14  comes in, energy comes in for heating and poisons have to
15  leave.  Carbon dioxide, human waste, food garbage leaves.
16  Now, when you have a slight interruption to your house,
17  there's a power cut, maybe the water is cut off, maybe
18  the heating doesn't work for a little while, you will get
19  over it and people will survive, but when it goes on and on
20  and on, various people will start to suffer, and this is
21  the same with electromagnetic waves: various people will
22  soon start to suffer, and it has been documented in many
23  reports.  It is always children first with pregnant ladies;
24  followed by ladies because of the disruption to vital
25  hormone systems that males don't have; then, generally,

Page 104

1  the elderly and the sick, followed by healthy young males.
2  There is an order -- a pattern here.
3    So, the process that affects all living cells, and
4  we're talking even trees -- I mean, a tree -- any tree cell
5  can read our DNA system, any tree can read our DNA system,
6  they all work the same at that nuclear type level.  So, when
7  you affect any living cell, it's like your house being
8  affected, either by sewerage not going out or energy not
9  coming in, and the effect may take years and years and
10  years, but it will be there and it will be different to
11  everybody and some people may never be affected, whereas
12  others will always be affected, and this is what we have.
13    Q. Okay, so the studies that you have reviewed,
14  have they mostly been cellular studies?
15    A. Not at the atomic and nuclear level that I'm
16  referring to, which is what Dr. Goldsworthy is actually
17  good at describing.  They're looking at things -- for
18  instance, you can look at studies, a famous one from
19  the industry, or the industry studies tend to always
20  focus on brain tumours, whereas the latency period of
21  brain tumours, the gliomas, they can take 20, 30 years
22  to develop, but what they're not looking at is
23  the cellular level of the stem cells in the bone,
24  the cellular level of the white blood cells in
25  the immune system.  They don't look at those, they look

Page 105

1  at some bigger picture, and when you read the papers
2  that say: there is no effect, they haven't actually
3  looked at everything that could cause that effect.
4    Q. So, if I could break the studies into three
5  groups, on the one hand you would have studies at
6  the cellular level.
7    A. Yes, sir.
8    Q. And then there'd be in vivo animal and human
9  studies.
10    A. Yes, sir, yes.
11    Q. And then epidemiological studies.
12    A. Yes, sir.
13    Q. So, as I understood earlier, you've not focused
14  much on the epidemiology, but more -- you've looked
15  more at the cellular studies?
16    A. No, I read them all, sir.  I read them all.
17  I think there are 42 epidemiological studies, to
18  my knowledge.  Maybe some are looking at cancers in
19  a smaller community.  Whether it classifies as
20  an epidemiological study, I don't know, but, no, I try
21  to read all of them because I'm usually asked to go and
22  talk on all of them.
23    Q. Okay, I thought you'd testified earlier that
24  you had not reviewed the epidemiological studies that
25  did not show effects because you relied on the Swiss

27 (Pages 102 to 105)

Plaintiffs' Exhibit L
Trower Depo
28

Page 106

1  conclusions respecting that the 20 percent --
2      A. No, those weren't epidemiological -- those were
3  ordinary studies as well as epidemiological studies,
4  unless I have miswritten my word, but ...
5      Q. Okay. Well, my question, though, is: so there
6  are cellular studies that would go in both directions,
7  some which show effects, some which show no effect?
8      A. Oh, absolutely sir, absolutely. Yes.
9      Q. And there are also in vivo studies that
10 similarly point in both directions.
11     A. Yes sir, yes.
12     Q. And likewise there are epidemiological studies
13 that point in both directions.
14     A. Yes, sir.
15     Q. So, is it your view that looking at the body of
16 the evidence, there's only one conclusion that can be
17 drawn from all these three types of studies?
18     A. The conclusion never had to be drawn, sir, with
19 respect. We knew -- and I will argue that the military
20 training of both the United States, the Soviet Union,
21 the British, the Canadian, the Australian, the military
22 training was second to none, and we knew in those days,
23 all of us knew in those days that all microwaves can
24 harm cells. There never was any doubt in my mind that
25 microwaves could -- could be safe. There never was any

Page 107

1  doubt, with all of my training.
2      If I thought for one second microwaves could be
3  safe, I can assure you I wouldn't be here now, I would be
4  retired, not answering the phone and I would be doing my
5  garden and walking my dog. They cannot be safe. There is
6  no way microwaves can be safe, absolutely none. They --
7  they don't change. From the military days in the Cold War,
8  they haven't changed. All we've changed is the color of
9  the box that they come out of, but microwaves themselves
10 cannot change: they are part of the spectrum.
11     Q. Okay, so no matter what form they appear in or
12 what technology, they're still microwaves?
13     A. They're still microwaves. All microwaves react
14 with moist cells, all microwaves. It's why microwave
15 ovens work. If you put a plate in a microwave oven it
16 won't get warm. There's no water in it. Microwaves
17 react with water, and water was found to store charge
18 in 1745. It was called the Leyden Jar, L-E-Y-D-E-N.
19 It was called the Leyden Jar. They found that if
20 you generated electricity by friction, you could put it
21 in water, and water is incredibly absorbent for
22 microwave irradiation, any charge, but water will store
23 it and we are made of water. So any microwaves that go
24 in the body will be stored as energy in the water-based
25 content of the stem cells, the brain cells, the eye

Page 108

1  cells, but the energy is stored.
2      Q. So let me see if I can summarize. So from your
3  military experience you learned that there's --
4  microwaves are dangerous.
5      A. All of them, without a shadow of a doubt.
6      Q. So there's no such thing as safe microwaves?
7      A. No, sir. There are people who may tolerate --
8  like alcohol, who may tolerate more than anybody else
9  and may take longer to become ill, but there are no
10 safe microwaves and I would argue that the younger
11 you are and the more moist you are, as in children,
12 the more you are going to absorb and the more danger
13 you are going to have at some stage of your life, and
14 it may not be until you've had children or
15 grandchildren where it shows, which was
16 my recommendation here in this deposition, and I'm
17 saying: what is the point of all of this now? What is
18 the point of all of this here when all they've got to
19 do is get a piece of wire that long and a plug and put
20 it in the wall and it's safe.
21     Q. Do you know that it's an available option for
22 the Portland Public Schools?
23     A. It must be an available option for anybody to
24 run a piece of wire along the floor.
25     Q. So you're assuming -- you haven't inspected

Page 109

1  the physical layout?
2      A. Oh no, sir, no. But, I mean, all you need is
3  either a telephone line or a fibre optic cable.
4      Q. So if it's true that all -- there's no such
5  thing as safe microwaves.
6      A. No, sir.
7      Q. And the only question is some people can
8  tolerate it better than others --
9      A. Yes, sir.
10     Q. -- then in your view do any of these studies
11 really matter?
12     A. What a good question. In my mind, sir, they
13 are all pointless, because we knew when your Defense
14 Intelligence Agency made the list of all of
15 the symptoms, which was made from your Naval Research
16 Institute that published the definitive list, Naval
17 Medical Research Institute, we knew how dangerous
18 they were. My own opinion is that all of these studies
19 going on now are really superfluous to the studies
20 we had then. They're not going to change anything.
21 We know then how dangerous they were, so in my mind,
22 we are doing exactly what the tobacco industry did from
23 the 1920s, when Dr. Johnson of Edinburgh linked
24 cigarettes to cancer, and oddly enough, this was on
25 the BBC just this month when it was disclosed that

28 (Pages 106 to 109)

Plaintiffs' Exhibit L
Trower Depo
29

BARRIE TROWER - 1/30/2012

Page 110

1  the health minister stopped the people objecting to
2  smoking in the 60s because he said the government
3  needed the money from the revenue, and I believe that
4  this multi-trillion dollar industry is going to run its
5  course at the cost of whatever the cost is in terms of
6  human health, for no other reason, sadly, than profit,
7  and I think it's a sad reflection of where we are
8  today.
9      **Q. Let's take a look, if you would, at some of**
10 **the exhibits that have been previously marked. I have**
11 **a list and they should be in numerical order. I'm**
12 **beginning with exhibit 5.**
13     A. 1, 2, 3, 4 --
14        (Exhibit 5 shown to witness)
15     **Q. Yeah, right, that's 5 right there. It should**
16 **be marked at the bottom. Exhibit 5 is a fact sheet**
17 **from the U.S. National Cancer Institute, which is part**
18 **of the U.S. Department of Health & Human Services.**
19     A. Ah-ha.
20     **Q. Are you familiar with the position of**
21 **the National Cancer Institute on cell phone use?**
22     A. No, sir, not in the United States. I may have
23 referenced something they've written, but ...
24     **Q. If you look at the box at the top where it says**
25 **"Key points".**

Page 111

1      A. Yes, sir.
2      **Q. Would you mind reading the -- reading out loud**
3  **the first sentence -- or the third bullet point of**
4  **the first sentence?**
5      A. "Studies thus ...", that one?
6      **Q. Yes.**
7      A. "Studies thus far have not shown a consistent
8  link between cell phone use and cancers of the brain
9  ..."
10        Carry on?
11     **Q. Yes.**
12     A. "... nerves, or other tissue of the head or
13 neck. More research is needed because cell phone
14 technology and how people use cell phones have been
15 changing rapidly."
16     **Q. Now, I take it you disagree with the statement**
17 **from the U.S. National Cancer Institute?**
18     A. It doesn't make sense, sir. There is a -- it
19 doesn't make sense. The word "Consistent". Again, if
20 I refer to my thought experiments, if I went down there
21 and took 10,000 people and made them smoke five
22 cigarettes and drink a pint of beer a day, there would
23 be no consistent evidence because they would all be
24 different. It wouldn't -- doesn't mean it's safe, it
25 just means there is no consistent evidence because

Page 112

1  we are not homogeneous, we're not all the same,
2  we won't have consistent evidence. The wording there,
3  I believe, is -- is meant to actually deceive.
4      **Q. Okay, well let's turn to the next page of**
5  **the exhibit, it's page 2 under the heading "What has**
6  **research shown about the possible cancer-causing**
7  **effects of radiofrequency energy?"; do you see that?**
8      A. Yes sir, yes, I've got that.
9      **Q. If you could read, please, the first paragraph.**
10     A. "Although there have been some concerns that
11 radiofrequency energy from cell phones [has --] held
12 closely to the head may affect the brain and other
13 tissues, to date there is no evidence from studies of
14 cells, animals, or humans that radiofrequency energy
15 can cause cancer."
16     **Q. Again, would you disagree with this statement**
17 **of the National Cancer Institute?**
18     A. Well, they're -- they're disagreeing with your
19 own government. Your own government says there is.
20     **Q. Where is the -- the U.S. Government?**
21     A. Yes.
22     **Q. In what -- in what publication?**
23     A. In the Defense Intelligence Agency documents
24 when they list all of the illnesses that you can get,
25 and your national Naval Medical Research Institute.

Page 113

1  The cancer agency are disagreeing with your own
2  government.
3      **Q. When did the Defense Intelligence Agency make**
4  **its statements about microwave radiation?**
5      A. 1976.
6      **Q. And that was in one paper or a series of**
7  **papers?**
8      A. Four.
9      **Q. Okay, let's take a look, if you would, please,**
10 **at exhibit 6, the next one in the stack.**
11        (Exhibit 6 shown to witness)
12     **This is a statement from the American Cancer**
13 **Society; are you familiar with that organization?**
14     A. No sir, no.
15     **Q. If you look at the bottom of page 3.**
16     A. "In summary ..."?
17     **Q. Yes, please read that, sir.**
18     A. "In summary, most studies published so far have
19 not found a link between cell phone use and
20 the development of tumours. However, these studies
21 have had some important limitations that make them
22 unlikely to end the controversy about whether cell
23 phones use affects cancer risk."
24     **Q. Now what's your view on that statement by**
25 **the American Cancer Society?**

29 (Pages 110 to 113)

BARRIE TROWER – 1/30/2012

Page 114

1    A. They're wrong.  They're wrong.
2    **Q. They're wrong based on what the Defense**
3  **Intelligence Agency had found in 1976?**
4    A. No.  They're wrong because the industry
5  themselves have found it can cause cancer.  They're
6  wrong because -- again, we've got one of these words
7  here, "Most".  I don't know what they mean by "Most".
8  Most -- what, most that they've read?  Most that have
9  been recommended to them?  Most that they've sent for?
10  If they're talking about most that have ever been
11  published, they can't be right.  I don't know what they
12  mean by "Most".
13    **Q. Well, I'll represent to you that**
14  **the American Cancer Society is a non profit**
15  **organization --**
16    A. Okay.
17    **Q. -- whose mission is to eradicate cancer.**
18    A. Okay.
19    **Q. Now, with that mission in mind, do you know how**
20  **it could be that the American Cancer Society would say**
21  **that:**
22      **"Most studies ... have not found a link between**
23  **cell phone use and the development of tumours"?**
24    A. Which tumours?
25    **Q. Brain tumours.**

Page 115

1    A. Well, we're back to the -- you see, the latency
2  period for brain tumours can be 20 to 30 years, so if
3  they're looking at those particular tumours, they may
4  not have all the information on that, but there are
5  certainly papers that are showing brain tumours, and
6  there are certainly papers that are showing pyrotic
7  gland tumours.  In fact, there's a three thousand fold
8  increase in China which is put down to mobile phones.
9  There is the study in Denmark on children.  There is
10  a study -- UNICEF have completed a study, quite
11  an important ten-year study highlighting the dangers
12  for children.
13      So, again, I'm -- it's -- they haven't said how
14  many papers they've looked at, where they got them from.
15    **Q. But suffice it to say, you would disagree with**
16  **them?**
17    A. I totally disagree with them.  I would have to
18  disagree with them.  I mean, they're -- again, they're
19  disagreeing with military research and published
20  military research, and there are, to my knowledge,
21  around 6,000 papers published by military on low level
22  microwaves.  I mean, and they haven't said where
23  they're starting from either.  From where?  1995?
24      And one of the latest cell phone ones -- I mean,
25  when you look at the research of the latest study that was

Page 116

1  published, when they eliminated all children from
2  the research, they eliminated everybody below the age of 30
3  and above the age of 50.  They eliminated everybody who used
4  more than one phone, or had a corporate phone.  There were
5  so many statistical anomalies that a part of that research
6  actually came out that cell phones prevented cancer when
7  they were left with the 16 percent of the population spread
8  over the rest of the country.
9      So, it's -- this is too arbitrary and it's --
10  I would disagree with that and I would want to know where
11  they got their data from.
12    **Q. Is the military research that you have**
13  **referenced available to anyone?**
14    A. Oh yes sir, yes.  In fact, it's published in
15  blocks these days by universities.
16    **Q. So presumably --**
17    A. I've referenced it in a few of my papers.
18    **Q. So presumably it's available to**
19  **the American Cancer Society?**
20    A. Under the Freedom of Information Act, yes sir.
21    **Q. As well as the National Cancer Institute?**
22    A. Yes sir, yes.
23    **Q. Take a look, if you would, at exhibit 9.**
24      **(Exhibit 9 shown to witness)**
25    A. Yes.

Page 117

1    **Q. Now, there are a couple of pieces to exhibit 9,**
2  **but I'd like to direct your attention to the second to**
3  **the last page, with radiation -- not the very last**
4  **page, but the page before that, it should say**
5  **"Health issues", and then there's a question, "Do cell**
6  **phones pose a health hazard"?**
7    A. Okay, yes.
8    **Q. And the U.S. Food and Drug Administration**
9  **states that:**
10      **"Many people are concerned that cell phone**
11  **radiation will cause cancer or other serious health hazards.**
12  **The weight of scientific evidence has not linked cell phones**
13  **with any health problems."**
14      **This is from their website, pulled within the last**
15  **week; do you disagree with that statement?**
16    A. "The weight of scientific evidence" regarding
17  what?  The weight of scientific evidence on 15-year
18  olds, adults?  It's too non-specific.  I mean,
19  you could say -- they could say the weight of
20  scientific evidence, but if you asked them they could
21  say: well, yes, the weight of scientific evidence on
22  people who have had a cell phone in the last three
23  years.  We don't know.  It's too non-specific.
24    **Q. Okay, let's turn to the following page of**
25  **the exhibit, which is the last page, and the current**

30 (Pages 114 to 117)

BARRIE TROWER - 1/30/2012

| Page 118 | Page 120 |

Page 118

1  research results.  If you could read the first --
2  the question and then the first paragraph of
3  the answer.
4      A. "Is there a [common] connection between certain
5  health problems and exposure to radiofrequency fields
6  via cell phone use."
7      That one?
8      Q. Yes, and then answer.  Begin with the next
9  paragraph, please.
10     A. Oh yes, sorry, yes.
11         "The results of most studies conducted to date
12  indicate that there is not.  In addition, attempts to
13  replicate and confirm the few studies that did show
14  a connection have failed."
15     Q. Okay.  So, do you disagree with the view of
16  the Food and Drug Administration?
17     A. Without a doubt.  I mean, they're disagreeing
18  with your own government again.
19     Q. The Food and Drug Administration is part of
20  the government.
21     A. Well, they're disagreeing with the part that
22  says there is a danger, the military wing.
23     Q. Okay, let's take a look at exhibit 10.
24         (Exhibit 10 shown to witness)
25         Exhibit 10 is a statement by the National

Page 119

1  Toxicology Program of the United States.  If you look at
2  the end of the first paragraph under "Description".
3      A. Yes, I've got it and I've picked the word out
4  as well.
5      Q. You've probably picked the right sentence.
6      A. Yes.
7      Q. "The weight of the current scientific
8  evidence --"
9      A. Yes.
10     Q. "-- has not conclusively linked cell phone use
11  with any adverse health problems, but more research is
12  needed."
13     A. We're back to our aspirin: you can't
14  conclusively prove aspirin works.  There is no
15  conclusive evidence -- scientific evidence ever.
16     Q. Okay, so you disagree with the National
17  Toxicology Program statement on that basis?
18     A. They're using the wrong word.  They're using
19  a word which does not have definition in academic
20  circles.  You can't conclusively say anything
21  scientifically, which is why they're using it.
22     Q. Do you know what the purpose of the National
23  Toxicology Program is?
24     A. No sir, but I know they -- they don't know how
25  to write sentences.

Page 120

1      Q. If they struck the word "conclusively" so that
2  the statement said:
3          "The weight of scientific evidence has not linked
4  cell phone use with any adverse health problems."
5      A. That would be wrong, because there are at least
6  25 court judgments against the cell phone industry to
7  my knowledge, and five or six of them High Court
8  judgments.
9      Q. In the U.K.?
10     A. Oh no sir, no, internationally.  There are
11  three High Court judges, which I've referenced in
12  a paper, in Austria, proving cell phones can cause
13  cancer, from Professor Wolfdieterich Rose, there are
14  two cases in Italy, the Vatican and the one on cell
15  phones, where it was proved the cell phone caused
16  the cancer, and -- where was the other one?  Three,
17  four, five, I can't think of any other ones, but there
18  are -- and there are 19 lesser, with due respect to
19  the magistrates or judges, 19 lesser legal decisions
20  where towers have been ordered down on the basis of
21  probability without proof.
22     Q. Okay, but in the earlier cases you described,
23  you said that there was proof of a connection between
24  cell phone use and cancer?
25     A. Oh yes, sir.  Yes, yes, absolutely --

Page 121

1      Q. And proof to say --
2      A. Yes, in the High Court.
3      Q. Conclusive proof?
4      A. Yes, sir.  Well, not -- well, proof that would
5  satisfy a judge.
6      Q. So --
7      A. On the balance of probability.
8      Q. So preponderance of the evidence.
9      A. Yes, sir.
10     Q. Okay, now if you would please take a look at
11  exhibit 14.
12         (Exhibit 14 shown to witness)
13     A. 14, Health Protection Agency.
14     Q. Okay, now are you familiar with exhibit 14?
15     A. When did they write this?
16     Q. I'm not sure if your copy shows it, but
17  there's -- the lower right footer shows it was taken
18  off their website on --
19     A. Okay, I'm familiar with the Health Protection
20  Agency.
21     Q. And are you familiar with their stance on
22  mobile phones?
23     A. Oh, very familiar with most of their work.
24  I argue against them at meetings most of the time.
25     Q. Okay, well in this document, exhibit 14,

Merrill LAD

Plaintiffs' Exhibit L
Trower Depo
32

BARRIE TROWER - 1/30/2012

Page 122

1    the U.K. Health Protection Agency says that:
2        "The scientific consensus is that, apart from
3    the increased risk of a road accident due to mobile phone
4    use when driving, there is no clear evidence of adverse
5    health effects from the use of mobile phones or from phone
6    masts.  However there is now widespread use of this
7    relatively new technology and more research is needed in
8    case there are long-term effects."
9        Again, what's your view on the U.K.'s Health
10   Protection Agency's --
11   A. Well, they're a government body.  They, along
12   with ICNIRP, which they sit on -- most of them,
13   I think, sit on the board or advise, they only look at
14   the thermal effect.
15   Q. The U.K. does?
16   A. Well, so does the ICNIRP, the ICNIRP again
17   looks at thermal effects.
18   Q. How do you know that they look only at thermal
19   effects?
20   A. I've read it, I've read the ICNIRP statement.
21   Q. Okay, so that's -- how do you know that
22   the U.K. Health Protection Agency looks only at thermal
23   effects?
24   A. That is their -- they published it in, oh,
25   probably the late 1990s, that their direction from

Page 123

1    the government was to only consider thermal effects.
2    But, in fact, they added something with the ICNIRP, in
3    the ICNIRP statement that was published in 2002, and
4    that was on page 546 of the ICNIRP statement, published
5    in 2002, of which the Health Protection Agency help
6    advise, they say that special precautions need to be taken
7    for children, the elderly, the sick and people who may
8    be especially sensitive to low level microwave
9    irradiation, and they also say, on the next page, 547,
10   that decision-makers, namely the Health Protection
11   Agency, decision-makers should look at current
12   scientific publications and set a safety threshold
13   below what is known to be causing illness.
14   Q. That was ICNIRP?
15   A. Absolutely, page 547.
16   Q. From which year?
17   A. 2002.  Published in Health Physics.
18   Q. Okay, and then --
19   A. They're actually admitting there that it can
20   cause illness and you need to set a threshold below
21   what is currently known.
22       Now, where they make a mistake, coming back to
23   the Health Protection Agency and ICNIRP, their safety level
24   is based on thermal qualities; in other words the most that
25   you can stand in six minutes.  What they're not looking at

Page 124

1    is their own advice that children may be especially
2    sensitive to this, and decision-makers need to review
3    current scientific literature, see what is known to be
4    causing illness -- and I'm thinking here of
5    the bioinitiative report where they actually set up
6    a level -- and set a threshold below what is currently known
7    to be causing illness, and they're not following their own
8    advice.
9    Q. Well, the Health Protection Agency exists to
10   protect the health of --
11   A. No sir, no.  The Health Protection Agency
12   exists to follow its directive from government.
13   Q. What is their directive?
14   A. The directive from the government is to only
15   consider, or only recommend levels that are thermal.
16   Q. On a broader basis, what's the purpose of
17   the U.K. Health Protection Agency?
18   A. Theoretically to protect the public, but
19   they're not doing it.
20   Q. In this instance?
21   A. In this instance.  Well, in another instance.
22   For instance, there was a big argument when -- in
23   Plymouth when the dockyard wanted to dismantle
24   a nuclear submarine and dump tritium into
25   the River Tamar, and the scientists at the local

Page 125

1    university said: that will exceed the safety level for
2    the river, and the Health Protection Agency said: no,
3    it won't, the safety level goes from there to there,
4    and now it's safe.
5        This is what they're doing with microwaves:
6    they're not looking at their own recommendation that says:
7    go below what we know is causing illness.  They are looking
8    at the maximum six minutes heating.  They are saying that's
9    the safety level, and when they come and measure schools and
10   buildings and transmitters, they're comparing it with
11   the top level, not the bottom level, which is variable.
12   Q. When you say their own recommendation, you mean
13   the ICNIRP recommendation?
14   A. Yes, exactly.  We follow the ICNIRP
15   recommendation.  And this is why we have this problem.
16   We're looking, we're judging all of the transmitters,
17   the schools, everything, at the top level.  We're not
18   looking at the variable -- if I can put it in a better
19   way, when you buy a packet of pills -- I've got
20   a packet of pills in my pocket.  When you buy a packet
21   of pills, there's an adult dose and there's
22   a children's dose, and the adult dose is the maximum.
23   What we're doing -- what they're doing is saying if
24   it's below the maximum, you're okay, but in fact
25   they're not looking at the children's dose.

32 (Pages 122 to 125)

BARRIE TROWER – 1/30/2012

Page 126

1    Q. Why would they do that?
2    A. To protect children.
3    Q. No, why would the Health Protection Agency turn
4    a blind eye to something that they knew would be
5    harmful?
6    A. The same reason that they told the anti-smoking
7    people to be quiet: revenue, government revenue.
8    I mean, look at the money that's coming in.  This is
9    based on money, isn't it?
10    Q. Don't you think that there will be -- the costs
11    to the government and to society for increased health
12    care will more than offset that?
13    A. It will do, but not today, and most people will
14    be dead and most people that made the decision won't be
15    around, and I can give you an example, if you wish.
16    Q. Well, let's -- I'd like to turn to -- back to
17    the U.S., the regulations of the Federal Communication
18    Commission.
19    A. The U.S. Federal -- is it on here?
20    Q. It's in one of these exhibits.
21    First, before we turn to that exhibit, I just want
22    to -- are you familiar with what the United States Federal
23    Communications Commission has issued for regulations
24    governing --
25    A. No.

Page 127

1    Q. -- power density?
2    A. No, sir.
3    Q. Okay.  That makes short work of that line of
4    questioning.
5    Why don't we take a break?
6    (2:45 p.m.)
7    (Break taken.)
8    (2:53 p.m.)
9    (Exhibit 56 marked for identification)
10    MR. CAMPBELL:  Mr. Trower, you now have in
11    front of you what's been marked exhibit 56; can you
12    identify that document?
13    A. United States District Court, Oregon.
14    Q. Right, and it's entitled "Reply of
15    Barrie Trower to David."
16    A. Oh, that's right, yes.  Yes.
17    Q. And is that something that you prepared?
18    A. Yes, sir, yes.  Yes.
19    Q. Is that your signature on the last page of
20    the document?
21    A. Absolutely, yes sir.
22    Q. Okay, let's take a look at page 4 -- I'm sorry,
23    page 2, paragraph 4 of your declaration -- of your
24    reply declaration.
25    A. Page 2, paragraph 4.  Yes, sir.

Page 128

1    Q. You state there that you were informed that
2    Mr. Ahlbom was exposed as a director of the telecom
3    Lobby firm.
4    A. Yes, sir.
5    Q. Who informed you?
6    A. It was -- I have three, I think, voluntary
7    researchers who do research and keep sending it to me,
8    and it was a -- one of my researchers who spotted
9    the name, telephoned me up, gave me the information and
10    then sent me a document.
11    Q. Do you recall which researcher that was?
12    A. Sylvia Wright.
13    Q. Now, in the next paragraph, paragraph 5,
14    you state that the Interphone study was internationally
15    discredited.  Who discredited the Interphone study?
16    A. I've read that -- I think there were -- there
17    was an article in Health magazine; there was an article
18    in Microwave News, an article in -- I read four
19    articles that disagreed with the Interphone study
20    because of the statistical analyses of the results.
21    The main one was in Health magazine.
22    Q. Okay, so did they disagree with the study or
23    discredit the study?  I just want to make sure we're
24    clear --
25    A. They discredited the study because the study --

Page 129

1    the statistics were not given at the time of
2    the result.  The Interphone study, though, it was --
3    we're looking at 13 countries, aren't we?  13 countries
4    over ten years, 200 scientists, whatever it was, and
5    the results were published initially saying that
6    microwaves were safe, and then -- this was before
7    the paper was properly peer reviewed, because they were
8    arguing over it for years.
9    Then when the figures were actually looked at,
10    that's the one where they described heavy use as so many
11    hours a month where it was incorrect.  They discard -- they
12    discounted children, they discounted the elderly, they
13    discounted people who had died after a certain period of
14    time, you know, it just -- it was just wrong, statistically
15    it was wrong, and in fact when you looked at the results, it
16    still showed that if you used a cell phone for -- I can't
17    think, so many hours a month, you still had a 40 percent
18    chance of developing a brain tumour.
19    Q. Do you think that part of the study was
20    correct?
21    A. 40 percent?  Yes.
22    Q. So, even with the statistical problems,
23    that's -- you agree with that outcome?
24    A. If somebody said to me, "We're doing a survey
25    on brain tumours from mobile phones and we're showing

33 (Pages 126 to 129)

BARRIE TROWER - 1/30/2012

Page 130

1  a 40 percent increase in brain tumour," I would say:
2  well, I totally agree with the brain tumour, that
3  doesn't surprise me, because military statistics have
4  shown that.  40 percent, I would want to know the age
5  range, the age, whether it was children or adults, but
6  I would agree with it.
7      Q. Even though the latency period for brain
8  tumours is far longer?
9      A. It depends what they're calling -- and there's
10 a sort of a gray area here.  If we're talking about
11 gliomas or -- where you have a long latency period, but
12 if they're talking about endocrine cancers, they can
13 develop much more quickly.  They're not specific of
14 where the tumour is.  It may be the pyrotic gland, it
15 may be the endocrine gland cancer, it may be glioma.
16 I have never read which cancer.
17     For instance, the recent study, which is in here,
18 in my letter, showed a 3,000 percent increase in one type of
19 cancer.  It depends.  It depends, but I would agree that,
20 yes -- I'm losing myself.  I would agree, yes, brain
21 tumours, yes.  Which part of the brain and where?
22     Q. Okay, so you don't know whether the 40 percent
23 increase in brain tumours is referred to, if it was
24 gliomas?
25     A. No, it didn't say, the report I read didn't

Page 131

1  say.
2      Q. Okay.
3         Let's take a look at exhibit -- paragraph 13 of
4  exhibit 56.
5      A. 13?
6      Q. Yes.  In paragraph 13 you say:
7         "If the U.S. and U.K. governments told the truth
8  in the 1960s and 1970s to the general populations, this
9  court case would not be necessary."
10     A. Absolutely true, sir, absolutely true.
11     Q. And is that a reference to what you --
12     A. Military.  Our military knew in the 1960s from
13 work carried out in the 1950s -- my very first lecture
14 was on the dangers of low level microwave on the human
15 body, and this could be made safe.  I know microwaves
16 are dangerous, but so are motorcars.  It could be made
17 safe, and it could be used as a proper communications
18 network, but it isn't, and if the governments were
19 honest with the people and they were to spend a little
20 bit more money producing safer waves, then it could
21 work as a system, but at the moment the government has
22 not been honest.  My government has been totally
23 dishonest, and not for the first time, but that's
24 a different story.  But ...
25     Q. Alright.  That's all the questions I have, so

Page 132

1  thank you very much, I appreciate your patience.
2      A. My pleasure, sir.
3  EXAMINATION BY MR. ABRELL
4      Q. Just two questions.  Mr. Trower, has your
5  testimony here today been based upon your personal
6  opinions or based upon your scientific knowledge and
7  expertize in the field?
8      A. Based upon my teaching from the military and,
9  with the military knowledge, reading the research
10 papers that have been sent to me, or given to me by
11 the police, the fire brigade, the ambulance service,
12 but basically from my teaching and then when some of
13 these systems came out, I seemed to be the only person
14 that they knew that could read them and understand them
15 and translate them into what we call Janet and John.
16     So, it's -- initially it was based on my teaching.
17     Q. Okay.  And with what degree of certainty -- can
18 you say with certainty that wi-fi or pulsed
19 microwave -- continuous pulsed microwave radiation is
20 causing harmful and adverse health effects in
21 the children, teachers and staff of the Portland Public
22 Schools -- with what degree of certainty, or can you
23 say that?
24     A. Well, I can -- I mean, even before the most
25 recent study from UNICEF, which is a charity that

Page 133

1  I greatly respect.  UNICEF decided to do their own
2  research on this, and they published in 2011 with
3  the Russian National Federation Radiation Committee,
4  and they found central nervous system disorders that
5  never get looked at: impaired judgment that seldom gets
6  looked at, other illnesses, epilepsy, that seldom gets
7  looked at, danger to the immune system that never gets
8  looked at.  So they found this from children, studying
9  children.  It was a ten year study published last year,
10 and I've referenced it in here.
11     So, if you say am I absolutely -- go into
12 the Portland school.  Am I absolutely certain children are
13 going to be affected?  I would -- I would stake my life on
14 the certainty.  How many children, I don't know.  How many
15 grandchildren, I don't know, but I do know that some will be
16 affected and it's going to be a gamble.  You are gambling
17 that the benefits and the saving of money and the profit
18 will outweigh the sadness to the family of whatever happens.
19     MR. ABRELL:  That's all I have.
20     MR. CAMPBELL:  We're done.  Thank you.
21     THE WITNESS:  Thank you for your courtesy,
22 sir.
23     MR. CAMPBELL:  You too.  It was a pleasure
24 meeting you.
25     THE WITNESS:  Thank you.

34 (Pages 130 to 133)

BARRIE TROWER – 1/30/2012

|  | Page 134 |
| --- | --- |
| 1 | (Whereupon, the deposition concluded at |
| 2 | 3:08 p.m.) |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**Page 136**

CERTIFICATE OF COURT REPORTER

1
2
3  I, Anne-Marie Stallard, an Accredited Real-time
4  Reporter, hereby certify that the testimony of the
5  witness BARRIE TROWER in the foregoing transcript,
6  numbered pages 5 through 133, taken on this 30 day of
7  January, 2012 was recorded by me in machine shorthand
8  and was thereafter transcribed by me; and that the
9  foregoing transcript is a true and accurate verbatim
10  record of the said testimony.
11
12
13  I further certify that I am not a relative, employee,
14  counsel or financially involved with any of the parties
15  to the within cause, nor am I an employee or relative
16  of any counsel for the parties, nor am I in any way
17  interested in the outcome of the within cause.
18
19
20  Signed: .......................
21  Name:   Anne-Marie Stallard
22  Date:   .......................
23
24
25

**Page 135**

CERTIFICATE OF DEPONENT

1
2
3
4  I, BARRIE TROWER, hereby certify that I have read the
   foregoing pages, numbered 5 through 133, of my
5  deposition of testimony taken in these proceedings on
   Monday, January 30, 2012 and, with the exception of the
6  changes listed on the next page and/or corrections, if
   any, find them to be a true and accurate transcription
7  thereof.
8
9
10
11
12  Signed: .......................
13  Name:   BARRIE TROWER
14  Date:   .......................
15
16
17
18
19
20
21
22
23
24
25

**Page 137**

ERRATA SHEET

1
2  Case Name:       AHM & David Mark Morrison v.
   Portland Public Schools
3  Witness Name:    BARRIE TROWER
   Date:    01/30/2012
4  Page/Line        From          To
5  ____/_____    _____
6  _____
7  ____/_____    _____
8  _____
9  ____/_____    _____
10  _____
11  ____/_____    _____
12  _____
13  ____/_____    _____
14  _____
15  ____/_____    _____
16  _____
17  ____/_____    _____
18  _____
19  ____/_____    _____
20  _____
21  ____/_____    _____
22  _____
23  ____/_____    _____
24  _____
25  ____/

35 (Pages 134 to 137)

Plaintiff's Exhibit L
Trower Depo
36

Page 138

```
 1   _____
 2   ____/_____       _____
 3   _____
 4   ____/_____       _____
 5   _____
 6   ____/_____       _____
 7   _____
 8   ____/_____       _____
 9   _____
10   ____/_____       _____
11   _____
12   Subscribed and sworn to before
13   me this 30 day of January, 2012.
14         _____
15         BARRIE TROWER
16
17
18
19
20
21
22
23
24
25
```

Plaintiff's Exhibit L
Trower Depo
37

## A

**ability** 6:22 7:1,7
**able** 35:23,24 37:2
  100:21
**Abrell** 2:3 3:6 22:3,5
  49:2,4,6,23 53:13,19
  53:22 54:1,5,17
  64:24 132:3 133:19
**abroad** 91:7
**abruptly** 44:22,23,24
**absolute** 100:20
**absolutely** 10:11,11
  19:19 23:23 31:21,21
  35:18,21 53:11,13
  62:17 64:2,5 75:6
  99:16,16 106:8,8
  107:6 120:25 123:15
  127:21 131:10,10
  133:11,12
**absorb** 55:16 56:22
  98:20 108:12
**absorbent** 107:21
**absorption** 38:4 94:16
  94:16
**academic** 38:25 39:1
  40:18 119:19
**accelerated** 91:25
**accepted** 20:23 31:13
  33:8 96:6
**access** 71:21
**accident** 122:3
**account** 50:4 69:12
  85:7 86:1,4 98:9
  102:14
**Accredited** 1:24 136:3
**accumulative** 27:3,4,4
  98:20
**accurate** 6:23 7:7,11
  135:6 136:9
**accused** 77:5
**acid** 103:9
**act** 69:19 88:14 103:11
  116:20
**acted** 89:16
**acting** 45:22 88:25
**action** 1:6 13:25 87:10

**89**:24
**activated** 26:24,25
**activation** 75:24 76:1
  76:4
**activities** 9:9 32:5
  46:23 47:1
**activity** 91:25
**actual** 11:8 99:7
**AD** 1:5
**added** 123:2
**addenda** 95:13
**addendum** 55:1,12
  61:17
**addition** 59:25 118:12
**address** 81:4,19
**Aden** 28:20
**adenosine** 103:8
**Administration** 4:9
  117:8 118:16,19
**admire** 94:7
**admitting** 123:19
**adopted** 89:20
**adult** 43:14 125:21,22
**adults** 9:2 43:3,16,21
  44:6 58:3 90:19
  117:18 130:5
**advanced** 23:8 43:4,5
  43:24 44:1,2
**adverse** 59:3 102:15
  119:11 120:4 122:4
  132:20
**advice** 4:12 124:1,8
**advise** 122:13 123:6
**adviser** 8:11,23 9:8
  65:12 66:19 67:2
**advisers** 66:17
**advises** 67:6
**affect** 6:22 7:1 25:2
  58:17 61:4,8 63:1
  93:6 104:7 112:12
**Africa** 10:16 11:20
  12:9
**African** 11:14,19
**age** 22:2,10,24 43:2,3
  71:23 116:2,3 130:4
  130:5

**aged** 67:7
**agency** 4:12 66:7
  68:18,20 109:14
  112:23 113:1,3 114:3
  121:13,20 122:1,22
  123:5,11,23 124:9,11
  124:17 125:2 126:3
**Agency's** 122:10
**agents** 34:24
**ago** 10:17 13:18 15:2
  21:8 40:8 66:24
**agree** 101:24 129:23
  130:2,6,19,20
**agreed** 45:10 46:5,7
**Ahlbom** 128:2
**AHM** 1:4 53:7 55:7
  137:2
**ah-ha** 6:11 110:19
**aim** 28:2
**aiming** 94:4
**air** 28:14 103:13
**airwave** 18:13 21:5
**air-sea** 28:14
**alarm** 71:11
**Alaska** 51:13
**alcohol** 108:8
**allergy** 94:23 95:6
**allow** 39:13,18,23
  69:13
**allowed** 39:12 53:12
  62:2,10 71:21 88:16
**Alright** 8:21 9:4 12:22
  13:6 14:15 15:23
  16:10 59:23 131:25
**alternate** 66:9
**alternative** 66:6
**ambulance** 18:17
  132:11
**amended** 4:4 54:24
**America** 23:6 50:22
  76:13
**American** 4:7 70:11
  70:14,24 71:7 113:12
  113:25 114:14,20
  116:19
**amount** 57:9 67:16

**90**:16 98:13
**analyses** 128:20
**Andrea** 68:9,10
**Andrew** 5:6
**and/or** 135:6
**anecdotal** 82:17 83:11
**animal** 105:8
**animals** 112:14
**Anne-Marie** 1:24
  136:3,21
**anomalies** 116:5
**answer** 6:9,12 7:2
  19:15 118:3,8
**answering** 6:1 107:4
**answers** 6:2,5
**ant** 11:5,5
**antioxidants** 26:22,24
  27:6
**anti-smoking** 126:6
**ants** 10:18,19,24 11:1
  11:1
**anybody** 7:22 39:22
  46:1 71:11 108:8,23
**anybody's** 103:3
**anyway** 79:6
**apart** 46:3 57:16,18
  61:3,3 67:20 122:2
**apologize** 54:15
**apparent** 70:23
**appeal** 90:8,10,15,21
  90:21
**appear** 58:3 107:11
**appearances** 16:1,2
**Appearing** 2:2,7
**application** 23:17,18
  23:18,19
**applied** 39:19,20
  40:13
**applying** 40:4
**appreciate** 22:15
  28:12 64:21 132:1
**approached** 32:23,24
  45:12 47:5
**approaches** 32:1
**appropriate** 5:13
**arbitrary** 116:9

area 37:21 64:12
74:23 130:10
areas 52:17
argue 106:19 108:10
121:24
argued 98:10
arguing 129:8
argument 76:23
124:22
arranged 46:15
arson 79:21
article 73:11,13,16,18
74:4,18 128:17,17,18
articles 74:8 128:19
asked 12:6,7,9 14:4
16:6,14,23,24 17:13
18:5,6,19 27:15
31:12 35:1 36:8
39:15 47:4,7,7,8
48:25 55:4 67:2,23
68:24 82:16 83:10
90:18,22 102:19
105:21 117:20
asking 5:25 9:5,10
15:12 30:13 50:19
aspect 24:15 39:9
43:12
aspects 14:13 23:15
25:23 38:21 39:10
aspirin 101:2,2,3
119:13,14
Assembly 20:6,6
81:19,23
assigned 28:7,11,16
assignment 28:9
association 85:11
assume 36:20
assuming 108:25
assure 47:11 107:3
atomic 37:23 38:13
104:15
attached 4:15 54:25
attack 76:2
attempt 36:5
attempted 5:11
attempts 118:12

attention 65:9 117:2
attorney 7:19,21
attorneys 7:17
Auckland 16:5
audible 6:12
audibly 6:9
August 12:15
Australia 20:8
Australian 106:21
Austria 120:12
automatically 29:25
available 5:10 108:21
108:23 116:13,18
Avenue 2:9
average 96:14 98:3
99:1
Awards 38:25 39:2
40:19
aware 49:14 80:7
a.m 1:13 32:18,20
65:3

**B**

B 4:1
Baader-Meinhof 35:5
baby 55:22,22
bachelor 41:1
bachelors 40:24
back 8:16 10:25 12:20
14:4 15:22 17:17
22:17 28:22,23 31:2
37:11 41:3 45:14
46:12 54:9 72:4
100:10,11,15 115:1
119:13 123:22
126:16
background 21:15
bacteria 76:10
bacterial 76:9
bacterium 76:8
bad 11:13,14,16
Bailey 21:10
balance 121:7
Bancord 2:9
band 51:23
banned 62:3,4 88:11

Barrie 1:10 3:4 4:4,13
5:1 55:1 127:15
135:4,13 136:5 137:3
138:15
barrier 60:6,10,11,16
60:21
barrister 12:1,12
20:24,25 21:1,2
barristers 83:21,23
base 25:7,10 26:5,12
26:15 28:7,10,23
29:12 31:2,4,23 32:1
72:24,24 75:11,14
based 50:15 64:17
67:15 69:7 77:2
80:17 86:19 93:7
99:2,4 114:2 123:24
126:9 132:5,6,8,16
bases 32:3,4,5 41:7
72:18,20,22
basically 38:14 41:2
52:2 132:12
basis 7:4 80:14 119:17
120:20 124:16
BBC 109:25
beam 27:21,22 70:12
82:22
beaming 57:4
bear 9:18
becoming 14:8,11
16:20 47:9 81:13,13
bed 24:9
beer 102:8 111:22
bees 10:19,24
beginning 56:14
110:12
behavior 11:13,14,17
61:5
belief 95:21
believe 11:12 13:11,20
17:14 20:19 45:20
48:13 60:4 68:1
79:18,19 80:12 81:17
86:10,13 88:7,15
89:21 90:15 92:2
99:7 110:3 112:3

Bell 65:17 67:1,3,5
benefit 6:8
benefits 133:17
best 94:22
better 43:1 59:8,11
94:11 109:8 125:18
beyond 58:7 90:25
biased 93:17
big 14:21 90:21,23
124:22
bigger 40:20 52:14
105:1
bike 36:14
billion 86:10
bioinitiative 124:5
biological 63:16 92:22
93:6
biology 33:18 42:20
44:2
Birmingham 63:5,5
66:24
birthday 22:11
bit 39:3 45:15,18
50:19 94:3 103:5
131:20
Black 16:2 35:6
Blake 1:15
blamed 77:21
blind 126:4
block 16:17,18,19
blocks 116:15
blood 60:5,10,11,16
60:21 104:24
blow 27:25
blowing 36:10
bluetooths 51:8
board 122:13
boat 28:15,16
bodies 71:14
body 26:22,24 27:1,4
27:7 37:13 55:18
56:18,23 57:20,22,25
58:24 60:12 61:20
74:2 101:5 106:15
107:24 122:11
131:15

Plaintiff's Exhibit L
Trower Depo
39

**bomb** 27:9,9 46:6
**Bombay** 13:1,2
**bombs** 27:12
**bond** 103:9
**bone** 104:23
**bones** 60:24 61:1
**booby** 27:11
**booked** 15:21
**border** 17:6
**born** 21:17,23,24
    56:16
**borne** 57:6
**Borneo** 28:12,20
**Botswana** 11:10,21
**bottom** 110:16 113:15
    125:11
**bouncing** 51:17
**boundary** 38:4,6,10
**box** 107:9 110:24
**boy** 23:24,25
**brain** 58:18,22 59:15
    59:15 60:5,10,11,11
    60:16,21 61:10,11
    86:9 87:17,19 91:25
    104:20,21 107:25
    111:8 112:12 114:25
    115:2,5 129:18,25
    130:1,2,7,20,21,23
**brainwaves** 91:13
**brand** 87:11
**break** 32:16,19 64:20
    101:15,17 105:4
    127:5,7
**breast** 71:17 81:21
**breeding** 14:12
**Brenda** 2:15
**brigade** 132:11
**brigades** 18:17
**bright** 93:22
**bring** 27:16,17 54:1
    76:14
**bringing** 81:20
**brings** 27:14
**British** 19:21 28:21
    29:16,17,18,23 33:20
    33:21 34:9 106:21

**broadcast** 20:9
**broadcasts** 13:15
**broader** 124:16
**broke** 36:25
**broken** 34:4
**brought** 18:21,24
    27:20 53:14 75:16
    77:4 78:2 83:21
**Bruce** 2:8 5:3,17
**bugging** 45:7
**build** 27:5
**buildings** 41:8 125:10
**bullet** 100:21,22,25
    111:3
**burnt** 79:18,20 98:19
**busily** 70:9
**business** 16:22,23
**buy** 125:19,20
**bystanders** 21:7
**B.S** 2:14

**C**

**C** 2:1 26:25
**cable** 96:25 109:3
**Cadiz** 17:18,18,19,19
**calcium** 61:9
**calculations** 97:21
**call** 12:18 15:21 16:13
    20:5 22:10 24:1
    26:15 44:11,14,15
    52:11 54:7 63:1 89:3
    132:15
**called** 12:1 13:12
    16:12,13 17:5,17
    21:2 33:13 45:8
    71:23 77:18 107:18
    107:19
**calling** 130:9
**Cambridge** 93:20
**camera** 25:7,8
**Campbell** 2:8 3:5 5:3
    5:3,14,17 22:6 33:3
    49:7,25 53:15,24
    54:3,6,13,16,19 65:1
    65:6 77:13 101:14,19
    127:10 133:20,23

**Canada** 13:5,7 81:24
    82:1
**Canadian** 106:21
**cancer** 4:5,7 32:14
    63:2,2,9,9,11,15 79:3
    100:12 109:24
    110:17,21 111:17
    112:15,17 113:1,12
    113:23,25 114:5,14
    114:17,20 116:6,19
    116:21 117:11
    120:13,16,24 130:15
    130:16,19
**cancers** 52:24 70:22
    71:17 81:21,22 99:20
    105:18 111:8 130:12
**cancer-causing** 112:6
**capable** 51:16
**capitalistic** 70:24
**Caprice** 29:2,2,3,4,6
**captured** 34:25
**car** 36:14 46:6
**carbon** 50:15 103:15
**carcinogen** 80:4,5
**card** 20:8
**care** 126:12
**career** 32:11
**careful** 25:4 45:3
**carefully** 102:19
**Carlo** 78:15,16,17
**carried** 88:6 91:9
    131:13
**carry** 51:6 55:24,25
    87:4 111:10
**cars** 34:16
**case** 11:24 12:14,16
    14:5 15:20 18:23
    20:20,21 21:4 45:4
    45:21 47:25 48:3,7
    49:1 53:5 76:16
    79:23 83:22 99:13
    122:8 131:9 137:2
**cases** 18:23 19:1 76:23
    77:8 81:21 82:4
    120:14,22
**cash** 86:12

**Cassels** 1:15
**casualty** 31:14
**cataloging** 60:14
**category** 8:7
**Catholics** 75:19
**cattle** 24:6
**caught** 54:14
**cause** 55:20 62:21
    63:8,14 79:3 105:3
    112:15 114:5 117:11
    120:12 123:20
    136:15,17
**caused** 71:16 76:16
    120:15
**causes** 58:13
**causing** 76:11 123:13
    124:4,7 125:7 132:20
**cell** 8:25 27:25 38:9
    50:15 52:11 53:3
    80:25 83:19 89:12
    91:10 93:9 103:6,7
    104:4,7 110:21 111:8
    111:13,14 112:11
    113:19,22 114:23
    115:24 116:6 117:5
    117:10,12,22 118:6
    119:10 120:4,6,12,14
    120:15,24 129:16
**cells** 38:7 50:16 56:21
    60:24,25 63:2 87:12
    92:16 93:7 103:11
    104:3,23,24 106:24
    107:14,25,25 108:1
    112:14
**cellular** 9:2,23 14:13
    62:21 94:13 104:14
    104:23,24 105:6,15
    106:6
**centimetre** 73:1
**central** 88:20 133:4
**certain** 118:4 129:13
    133:12
**certainly** 13:21 56:12
    115:5,6
**certainty** 132:17,18,22
    133:14

Plaintiff's Exhibit L
Trower Depo
40

**CERTIFICATE**
135:2 136:1
**certified** 31:19
**certify** 135:4 136:4,13
**chain** 9:24
**chairperson** 19:16
**challenged** 48:22
83:20
**chance** 129:18
**change** 70:25 103:6,6
107:7,10 109:20
**changed** 80:10 107:8,8
**changes** 135:6
**changing** 111:15
**Channel** 17:15
**chap** 45:13,15 77:10
77:11,13
**chaperones** 103:11
**chap's** 45:19
**charge** 47:18 107:17
107:22
**charity** 132:25
**check** 100:8
**checked** 79:11
**chemical** 95:17
**chemistry** 42:19 44:2
**chest** 76:3
**child** 11:16 55:21,22
57:2,6 60:6 61:5
71:17 98:11,12
**childhood** 39:8 81:21
**children** 9:2 11:12,14
32:13,24 38:21 42:22
43:2 46:7 48:10,13
53:9 55:7 56:2,10
70:20 81:13 82:23
83:15 90:19 91:9,13
91:25 100:1,11
103:23 108:11,14
115:9,12 116:1 123:7
124:1 126:2 129:12
130:5 132:21 133:8,9
133:12,14
**children's** 125:22,25
**China** 115:8
**chlorine** 61:9

**chose** 23:8
**Christmas** 12:17,18
**CIA** 51:16
**cicadian** 61:10
**cigarettes** 102:7
109:24 111:22
**circadian** 102:23
**circle** 77:23 78:4
**circles** 119:20
**circuit** 27:24
**circumstances** 99:5
**cite** 81:5
**city** 89:3
**CIVIL** 1:6
**clarity** 93:15
**class** 11:12,16 72:8
**classes** 24:8 43:4,5,18
**classification** 80:8,11
80:15,19 95:18,22
**classified** 80:2
**classifies** 105:19
**classify** 29:18
**classroom** 46:2 72:2
98:5,12
**classrooms** 49:21
96:12
**clean** 30:19,19 36:14
**cleaning** 24:10
**clear** 98:23 122:4
128:24
**clever** 27:11 93:22
**client** 48:15
**closely** 112:12
**clouds** 100:14
**cloudy** 98:18
**cluster** 82:18
**clusters** 100:12
**coercive** 35:7,13
**cold** 24:5 34:21 107:7
**colds** 73:25 74:1
**college** 1:15 22:1,2
37:15 42:9,14,21,25
42:25 43:9,12,14,23
46:13 76:17 92:12
93:18
**colleges** 43:1

**Collingwood** 13:12,19
13:23
**color** 107:8
**colossal** 90:16
**come** 10:25 17:13 27:5
29:25 30:15 35:3
44:8 45:24 46:14
56:4 69:5 74:16 75:8
97:10 100:11,15
103:13 107:9 125:9
**comes** 46:1 80:21
86:13 94:19 102:12
103:13,14,14
**coming** 29:11 88:22
92:6,7 96:19,20,21
96:23 97:3,5 104:9
123:22 126:8
**comment** 102:20
**Commercial** 18:10
**Commission** 126:18
126:23
**commit** 15:19
**Committee** 20:1 133:3
**common** 23:11 75:10
86:19,20 118:4
**commonly** 19:8
**communicating** 15:3
62:3,4
**communication** 17:1
21:6 52:4 126:17
**communications** 16:3
18:13 45:6 51:4 87:6
126:23 131:17
**communities** 18:7
**community** 13:24
19:18 20:12 42:9,14
42:21,24,25 43:1,9
43:12,14,23 101:9
105:19
**company** 12:6,7,8
87:10
**compare** 98:6
**comparing** 125:10
**complained** 77:15
**complaining** 90:13
**complete** 6:23 82:16

**completed** 87:19,20
87:21 115:10
**complex** 27:14 56:20
57:2 94:6
**complicated** 103:4,5
103:11
**component** 58:21 59:4
**components** 58:21
**computer** 79:9 84:15
**concealed** 76:24
**concentrates** 65:25
**concentration** 95:7
**concern** 59:24
**concerned** 10:22 16:8
16:16,17 117:10
**concerns** 112:10
**concluded** 62:25 79:2
134:1
**conclusion** 71:15
99:11 102:16 106:16
106:18
**conclusions** 64:12,14
64:17 106:1
**conclusive** 119:15
121:3
**conclusively** 119:10
119:14,20 120:1
**conditions** 59:21
**conducted** 118:11
**confident** 36:21
**confirm** 118:13
**conflict** 28:19,21,22
**confused** 97:25 99:7,9
**connection** 7:24 8:6
8:22 19:10 20:20,21
48:25 118:4,14
120:23
**consensus** 122:2
**consent** 82:24,25 83:1
**consider** 51:22 123:1
124:15
**considering** 13:21
**consistent** 95:23 97:17
111:7,19,23,25 112:2
**consultant** 63:4 67:7
**consultants** 90:17

Plaintiffs' Exhibit L
Trower Depo
41

BARRIE TROWER - 1/30/2012

Page 5

contact 62:10
contacted 46:11
contacts 68:10
contained 81:4 95:21
contains 76:7
content 73:18 107:25
contents 48:6
context 70:7
continuing 75:5
continuous 34:4
    132:19
contract 88:3,4
contracts 88:2
controversy 113:22
conversation 45:23
    78:14
conversations 7:19
    35:25
Cooke 16:4
cooperation 83:1
copy 121:16
core 56:20 57:1
corner 36:17,17
corporate 116:4
correct 19:19 69:15
    89:14 129:20
corrected 21:11
corrections 135:6
cost 86:16,17 88:24
    110:5,5
costs 100:7 126:10
coughs 74:1
Council 38:25 39:1
    40:18 46:11
councils 19:4
counsel 19:16 100:20
    136:14,16
counting 81:25
countries 65:22 68:2
    88:5,23 89:19,21
    129:3,3
country 14:23 18:10
    37:19 45:5 51:18
    52:22 56:6 76:9,15
    81:16,17 91:6 100:6
    116:8

country's 76:11 87:23
County 46:11
couple 5:4 7:13 8:12
    21:14 54:2 82:2
    117:1
course 9:8,9 27:23
    31:13 33:17,19,22
    34:4,17 35:22 42:6,7
    87:9 110:5
courses 39:4
coursework 46:17
court 1:1,23 6:5,8
    12:14,16 18:3 19:10
    20:17 21:9,10,11,12
    21:12 69:15 99:19
    100:2,6,7,18 101:10
    120:6,7,11 121:2
    127:13 131:9 136:1
courtesy 133:21
covered 17:24 39:10
co-wrote 68:11
crashed 28:15
crawl 11:1
crew 17:16
crews 14:19
criteria 40:1
crop 76:11
crown 21:11,12,12
crudely 34:18
cryptochromes 94:15
culmination 69:8
curious 85:2
current 49:17 117:25
    119:7 123:11 124:3
currently 67:5 88:5
    123:21 124:6
cut 103:17,17
cycle 36:11 103:8
cycling 36:13
cyclogenic 76:19
cyclotronic 61:8
    102:23
Cyprus 51:19
cytoplasmic 50:15
C-A-D 17:18
C-A-P-R-I-C-E 29:2

| D |
|---|

D 3:1 4:1
Daddy 16:12,13,13,14
daily 7:4 49:18
damage 52:24,24
    55:20,21,23 56:4,19
    56:19 57:9,14,16,17
    57:17 58:8,14 60:21
    60:22,23 62:21
damaged 58:5
danger 108:12 118:22
    133:7
dangerous 24:22
    26:21 50:12 100:3,5
    100:10 108:4 109:17
    109:21 131:16
dangers 69:10 115:11
    131:14
dare 67:7
Dartmoor 42:25 43:9
    43:22 44:5,18,22,25
    46:21 47:15
data 79:6 97:13 99:4,8
    116:11
database 84:3,7,10,13
date 12:14 15:25
    112:13 118:11
    135:14 136:22 137:3
dated 45:14
dates 36:3
daughter 55:25 56:1,1
David 1:5,5 127:15
    137:2
day 5:5 6:15 12:19
    19:15 23:10,11 24:2
    30:14,18 36:12 37:9
    37:10 45:10 46:2
    47:12,13 57:24,24
    75:20 98:18,20 100:8
    102:8,8 111:22 136:6
    138:13
days 17:16,17 56:13
    56:25 78:18 106:22
    106:23 107:7 116:15
daytime 43:13,16,17
dead 126:14

deal 67:20
dealing 49:14
death 100:19
deaths 99:20
debate 16:1
Debbie 52:21
deceive 112:3
decided 70:12 133:1
decipher 70:17
decision 83:21 126:14
decisions 58:24 120:19
decision-makers
    123:10,11 124:2
declaration 4:4 49:8
    49:12 50:5 54:24
    55:1 65:7,9 68:14
    70:2 74:12 75:2
    82:10 91:8 95:8,11
    95:14 96:11 101:20
    127:23,24
defend 27:1
Defendant 1:9 2:7
defense 56:25 57:1,2
    68:17,20 77:10
    100:20 109:13
    112:23 113:3 114:2
define 66:1
definition 119:19
definitive 109:16
degree 10:4 37:3,5,20
    37:24 38:2,16,18
    39:6,7 40:21,24
    41:12,14,15,19,23
    42:3 43:25 132:17,22
delayed 16:15
deliberately 15:18
demanding 101:8
Democrat 77:12
demonstrate 98:10
    100:2,4
demonstrating 75:11
    75:13
demonstrators 75:10
denied 71:7
Denmark 12:25,25
    14:25 15:1,11,12,18

115:9
**density** 127:1
**deny** 101:11
**deoxyribonucleic** 103:9
**department** 35:17 40:17 89:1 110:18
**departments** 34:9
**depends** 130:9,19,19
**DEPONENT** 135:2
**deposed** 18:2,5
**deposition** 1:10 5:6,8 5:11,19 7:15,22,25 9:7,11,15 10:9 19:8,9 108:16 134:1 135:5
**depth** 25:22,23 92:15
**deputy** 45:18,21
**describe** 8:6 62:14 63:25
**described** 73:9 90:13 94:22 120:22 129:10
**describes** 95:9
**describing** 104:17
**Description** 4:3 119:2
**designed** 56:18 59:16
**desk** 30:21
**destroyer** 28:18 29:1 30:25
**detail** 60:20
**details** 68:18
**detrimental** 21:6 57:5 69:1
**devastation** 76:11
**develop** 104:22 130:13
**developed** 32:13 56:20 56:21
**developing** 60:22 70:22 129:18
**development** 113:20 114:23
**devices** 51:3,5
**Devon** 42:16 46:11 67:9
**DIA** 69:3
**diagnosed** 73:20
**diagnosis** 96:7

**diagram** 53:12,14 61:17
**die** 100:22 102:11
**died** 32:14 100:23 129:13
**differences** 98:16,17
**different** 11:20 18:23 19:6 32:3,4 34:5 39:18,19 51:3,5,9,21 51:25 58:2 70:22 74:20 87:7 101:25 104:10 111:24 131:24
**difficult** 9:12 10:1
**dioxide** 103:15
**direct** 52:23 56:22 117:2
**directing** 65:8
**direction** 122:25
**directions** 101:25 106:6,10,13
**directive** 124:12,13,14
**director** 128:2
**dirty** 30:19,24
**disagree** 57:8 111:16 112:16 115:15,17,18 116:10 117:15 118:15 119:16 128:22
**disagreed** 128:19
**disagreeing** 112:18 113:1 115:19 118:17 118:21
**disappeared** 10:24 11:1
**discard** 129:11
**disclose** 25:15
**disclosed** 109:25
**discounted** 129:12,12 129:13
**Discovery** 17:15
**discredit** 128:23
**discredited** 128:15,15 128:25
**discuss** 14:13 15:12
**discussion** 65:4 83:2

**discussions** 9:13 35:14
**diseases** 95:19,22
**disguised** 76:24
**dishonest** 131:23
**dismantle** 27:12 124:23
**dismantled** 12:19 82:7
**dismissed** 76:17
**disorders** 133:4
**disposal** 27:9,9
**disrupted** 91:14
**disruption** 103:24
**dissidents** 27:19 34:10
**distances** 52:24
**district** 1:1,1 48:16 88:16,18 89:2 127:13
**diver** 28:18 29:8,15
**divers** 28:16
**diving** 30:13,15 31:16 32:6
**Division** 1:2
**DNA** 55:15,17,17,20 55:20,22,23 56:4 57:16,17,17 58:7 104:5,5
**dockyard** 124:23
**doctors** 31:11 90:11 90:17
**doctor's** 91:17
**document** 9:20,22,22 12:11,12 14:7 74:17 121:25 127:12,20 128:10
**documentary** 17:14 91:23
**documented** 73:22 75:9 87:2 103:22
**documents** 7:24 8:2,5 8:8,13,20,22 9:5,7,10 9:16,17,17,17,25 16:24 69:8 112:23
**dodging** 24:7
**dog** 46:3 47:23 107:5
**doing** 10:9 30:23 41:15 45:13,15 47:2 47:18,19 67:5 86:11

86:13,15 94:2 98:5 107:4 109:22 124:19 125:5,23,23 129:24
**dollar** 110:4
**dormant** 76:5,9
**dose** 26:21 27:2 125:21,22,22,25
**doses** 27:2,4
**double** 34:24 103:9
**doubt** 100:18 106:24 107:1 108:5 118:17
**dovetails** 10:4
**downloaded** 84:7,14
**Dr** 16:2 39:24 40:16 52:21 65:17 67:1,3,5 73:3 78:15,17 92:3,5 92:10,13 93:14 95:11 104:16 109:23
**drank** 78:25
**drawing** 54:9 102:16
**drawn** 64:13,14,17 106:17,18
**drink** 102:8 111:22
**driving** 122:4
**drug** 4:8 87:10 117:8 118:16,19
**drunk** 100:14
**due** 14:16 15:16 20:19 120:18 122:3
**duly** 5:2,6
**dump** 124:24
**DVD** 17:10

**E**

**e** 2:1,1,3 3:1,1 4:1,1 16:5 26:25
**earlier** 18:2 22:21 26:7 105:13,23 120:22
**early** 24:4 25:21 40:10 99:20
**earn** 37:5 38:16
**earned** 40:22 41:11,14 41:23
**earning** 41:19
**easier** 9:4 94:12

Plaintiffs' Exhibit L
Trower Depo
43

**easily** 94:22
**East** 36:10
**Eastern** 36:9,19
**easy** 94:6 103:12
**eavesdrop** 70:11,12
**Eckland** 52:21
**Ecological** 67:10 68:3
**economic** 76:14
**Economical** 67:11
**EC4R** 1:17
**Edinburgh** 109:23
**education** 22:13,24
    33:18 34:3 41:1,19
    43:14 44:4
**effect** 8:24 14:9 16:9
    21:6 57:6 66:21 69:2
    69:12,13 85:17,19
    92:16 95:5 102:18
    104:9 105:2,3 106:7
    122:14
**effective** 28:6
**effects** 15:13 39:16
    48:9 59:23 61:24
    62:15 64:4,9 68:22
    68:23 85:22 87:16,17
    92:22 101:21 102:13
    102:15 105:25 106:7
    112:7 122:5,8,17,19
    122:23 123:1 132:20
**eggs** 55:14,15 56:15,16
    57:19,20
**eight** 39:18,20 40:6
    70:22 72:7
**Eileen** 65:18,21 67:1
    68:2
**either** 13:20 19:2,24
    32:6 60:6,7 61:8
    74:17 79:5 81:14
    104:8 109:3 115:23
**elaborate** 79:12
**elderly** 104:1 123:7
    129:12
**Electrical** 74:5,7
**electrically** 94:25
    102:22
**electricity** 107:20

**electrohypersensitiv...**
    94:19,21 95:10,17,21
    95:25 96:4,6
**electromagnetic** 27:3
    61:24 74:9 80:2
    82:14 92:23 95:2,3
    97:5 101:22 102:16
    103:21
**elementary** 22:7
**eliminated** 116:1,2,3
**embarrass** 86:15
**embassy** 45:12 69:23
    69:23 70:5,10,11,14
    70:20 72:16
**embryo** 56:15,25 57:3
    57:18 58:2,5
**embryonic** 58:7
**emerged** 45:4
**emergence** 41:6
**emergency** 31:12 51:6
**emit** 52:18
**employee** 136:13,15
**encouraged** 22:9,22
    22:23
**endeavors** 10:10
**ended** 28:9 63:10
**endocrine** 130:12,15
**enemies** 27:19
**energy** 62:20 94:16
    96:19,20,20,22 97:2
    97:4,5 103:14 104:8
    107:24 108:1 112:7
    112:11,14
**engaged** 34:22 48:2
    70:9
**England** 18:11 63:5
    75:12 78:8
**English** 8:15
**ensign** 29:22
**entire** 89:10
**entirely** 25:12
**entitled** 7:18 127:14
**environment** 15:13
    20:9 50:25
**environmental** 38:20
    39:8 67:14 68:4

**EPA** 80:1,10,14
**EPA's** 80:19
**epidemiological** 53:3
    62:25 72:11 82:16
    83:10 84:2 85:10
    105:11,17,20,24
    106:2,3,12
**epidemiology** 105:14
**epilepsy** 133:6
**equipment** 30:14
**equivalent** 20:25 23:6
    31:6 43:5 75:18
    98:13
**equivalents** 98:14
**eradicate** 114:17
**erected** 12:3 76:25
**erection** 76:20
**ERRATA** 137:1
**errors** 98:15
**especially** 55:7 123:8
    124:1
**espionage** 69:9 72:21
**ESQ** 2:3,8
**essays** 35:12
**essential** 103:13
**essentially** 67:25
**esteem** 93:19
**estimating** 72:12
**Europe** 21:21
**European** 88:10,14
    89:5,6,10,16,23
**euros** 88:17,19,25
**Eve** 12:17,18
**evening** 17:8,8 24:8,8
    42:4,5,7 43:13,16
    79:1
**evenings** 39:4
**everybody** 47:19
    71:21 78:25 94:5
    100:18 102:7,12
    104:11 116:2,3
**everyday** 8:15
**evidence** 19:1 20:23
    21:2 76:17 80:18,20
    82:17 83:10,11 92:2
    106:16 111:23,25

**112:2,13 117:12,16
    117:17,20,21 119:8
    119:15,15 120:3
    121:8 122:4
**exact** 69:4
**exactly** 9:2 10:8 50:20
    71:9 93:9,23 109:22
    125:14
**exam** 46:17
**Examination** 3:5,6
    5:14 132:3
**example** 11:20 27:13
    29:22 86:8,24 126:15
**examples** 77:7
**exams** 22:19
**exceed** 125:1
**exception** 135:5
**excessive** 57:8
**excuse** 81:15
**executive** 68:11
**Exeter** 37:6,15,16,17
    37:18 38:23 42:17
    62:2
**exhibit** 4:4,5,7,8,10,11
    4:13 53:18,21 54:7
    54:12,18,21,22 55:11
    55:12 61:16,20 65:8
    76:18 79:25 110:12
    110:14,16 112:5
    113:10,11 116:23,24
    117:1,25 118:23,24
    118:25 121:11,12,14
    121:25 126:21 127:9
    127:11 131:3,4
**exhibits** 4:15 110:10
    126:20
**exists** 75:4 124:9,12
**expect** 24:2 72:8
**expected** 24:9
**experience** 108:3
**experiment** 87:5,18
**experimental** 38:1
    76:13 87:4
**experiments** 62:11
    87:11,14,15 111:20
**expertize** 132:7

BARRIE TROWER - 1/30/2012

Page 8

**explain** 8:16 10:19
    47:9 53:10 54:11
    55:12 58:19 60:13
    75:7 79:16 93:9
    100:16 102:4,21
**explained** 5:23 63:20
**explaining** 93:5,5,23
**explains** 43:1
**explanations** 103:2
**exposed** 24:23 57:12
    72:19,20 128:2
**exposure** 24:19 59:11
    90:19 118:5
**extant** 84:2
**extensive** 68:17
**extent** 10:4 56:23 70:3
    102:14
**eye** 107:25 126:4
**eyes** 56:22 61:11

**F**

**face** 102:22
**fact** 4:6 24:21 57:19
    60:10 61:15 73:2
    77:5,8 87:20 99:24
    110:16 115:7 116:14
    123:2 125:24 129:15
**failed** 118:14
**fair** 63:18 64:3,8 85:9
    85:21
**fairly** 61:6
**fall** 82:23
**false** 36:19,19
**familiar** 45:15 110:20
    113:13 121:14,19,21
    121:23 126:22
**families** 18:24
**family** 18:19 39:10
    45:20 133:18
**famous** 104:18
**far** 21:17 28:5 47:21
    111:7 113:18 130:8
**farm** 67:8
**farmers** 57:7
**farmer's** 10:21
**fast** 90:2,3

**father** 1:5 22:23
**fault** 55:24
**faults** 55:25
**favor** 85:15 86:14
**favored** 86:14
**fear** 57:13
**February** 15:16
**Federal** 126:17,19,22
**Federation** 18:11 47:3
    47:5 78:8 133:3
**feel** 27:22 93:13
**feeling** 74:1
**fetus** 57:18 58:5 60:6
**fibre** 109:3
**field** 10:21,25 23:12
    31:9 95:4 97:5
    102:25 132:7
**fields** 61:24 92:23 93:6
    101:22 102:16 118:5
**Fife** 77:8,21
**Fifth** 2:9
**fighting** 21:20,21
    22:16
**figure** 97:10 98:24
    99:1
**figures** 72:5 129:9
**fill** 46:23
**filled** 94:10,10
**filmed** 17:16,17
**films** 31:7
**final** 38:2 39:21 99:17
**financially** 116:4
**find** 20:11 85:10 135:6
**finest** 52:20
**finish** 64:6
**finished** 23:4
**fire** 18:16 132:11
**firm** 128:3
**first** 5:5 21:16 23:2
    24:1,2,15 38:17
    41:12,23 42:10 56:12
    56:12,24 60:4,14
    64:6 65:15 66:15,23
    71:2,6 72:7 73:19,20
    90:20,21 102:6
    103:23 111:3,4 112:9

118:1,2 119:2 126:21
    131:13,23
**fitness** 34:7
**five** 9:13,15,24 10:12
    57:23 102:7 111:21
    120:7,17
**Fizer** 12:1
**flats** 16:17,18,19
**flew** 77:20
**flitted** 32:2
**flood** 76:9
**floor** 1:16 108:24
**flu** 74:3
**FM** 52:13
**focus** 27:15 36:9 38:2
    43:24 78:4 104:20
**focused** 37:20 105:13
**fold** 115:7
**follow** 87:9,10 103:7
    124:12 125:14
**followed** 62:21,22
    82:21 83:6 91:21,22
    103:24 104:1
**following** 46:16
    117:24 124:7
**follows** 5:2
**food** 4:8 94:23,23 95:5
    103:13,15 117:8
    118:16,19
**footer** 121:17
**Force** 28:14
**forces** 32:7
**foregoing** 135:4 136:5
    136:9
**forget** 14:21 40:2
**form** 8:25 44:11,16,16
    44:17 107:11
**formal** 29:9
**formed** 53:4 66:20
**forming** 57:19,20
**forth** 66:10
**forward** 5:12 29:10
    30:8 66:6
**fought** 11:24
**found** 27:13 45:6,9
    52:23 53:2 75:18

77:16 78:1 81:7
    85:14,16 87:23 91:11
    91:24 94:25 107:17
    107:19 113:19 114:3
    114:5,22 133:4,8
**foundation** 67:25
**founder** 67:3
**four** 9:13,15,24 10:12
    17:16 19:6 24:19
    30:7 34:16 43:11
    51:5 59:24,25 60:4
    68:21 113:8 120:17
    128:18
**fractured** 36:15
**France** 81:6,12 82:4
    88:15,15,16,23 89:22
**free** 12:2,2 47:18
**Freedom** 69:19 116:20
**Freiburger** 90:8,9,10
    90:21
**French** 88:18 89:1,2
**frequencies** 51:7
    52:20 61:6,7 74:14
**frequency** 51:9,21
    61:4,9,12 73:3,7
    74:20,24 75:24 76:1
    76:4
**friction** 107:20
**friends** 12:9
**frightening** 56:5
**front** 20:12 21:9 55:11
    57:3 59:22 61:21
    127:11
**full** 5:12 6:11 7:7,10
    56:23 72:3,8 82:24
    83:1
**fully** 33:21
**full-time** 41:18,22
    43:14 44:20
**function** 69:2 74:2
**fund** 86:22
**further** 38:18 52:25
    63:20 81:20 84:25
    102:21 136:13
**future** 56:3
**F-I-Z-E-R** 12:1

BARRIE TROWER - 1/30/2012

## G

**gain** 22:24
**gamble** 133:16
**gambling** 133:16
**gangland** 34:10
**ganglion** 56:21
**gap** 18:12
**garbage** 103:15
**garden** 47:23 107:5
**Gardening** 46:25
**Garvey** 45:22
**general** 72:22 74:1
   131:8
**generally** 8:14 19:9
   46:21 52:9 68:7 95:2
   103:25
**generate** 96:25
**generated** 24:16
   107:20
**generating** 95:1
**generation** 57:10,11
**generations** 56:3
**genetic** 55:24,25 56:19
   57:9
**genotoxic** 63:1
**gentleman** 11:5 14:17
   14:25 15:3,4,5,11
   16:4,13,22 36:13,13
   36:19 53:12
**gentlemen** 10:21
   15:20 18:14 36:9
   70:21
**George** 78:16
**Gerald** 91:20
**germ** 75:21 76:14
**German** 27:10 90:22
   91:3
**Germany** 14:20,20,22
   17:3,5 67:15 90:11
   90:25
**German-focused** 91:1
**German/Swiss** 17:6
**getting** 30:14,23 41:7
   77:16 79:17
**GHz** 73:8 74:14,14,24
**girl** 55:22,24,24 56:9

**girls** 55:15 57:14 59:7
**give** 6:11,22 7:7,10
   13:10 16:6 17:4 18:1
   20:9 21:2 47:10
   53:12,22 66:24 68:18
   77:7,12,21 86:24
   103:2 126:15
**given** 6:3 79:10 129:1
   132:10
**giving** 19:1 65:22
   81:19
**gland** 115:7 130:14,15
**glands** 58:3
**glioma** 130:15
**gliomas** 104:21 130:11
   130:24
**global** 70:8
**go** 6:1 13:16 14:4
   15:12,18 16:14,24
   18:20 21:25 22:9,23
   23:23 24:9,13 25:16
   27:23,23 29:10 31:10
   33:9 43:7,8,20 46:10
   46:15 53:25 60:19
   65:1 68:1 76:22
   78:13 80:22 100:14
   102:5 105:21 106:6
   107:23 125:7 133:11
**goes** 65:22 91:6
   103:19 125:3
**going** 5:12 11:15
   12:20 16:8,15 24:23
   34:12 43:25 45:3
   46:4,18 47:11 48:5
   52:25 53:22 56:8
   64:21 75:16 83:14
   86:15 88:3 92:9 93:9
   97:3 104:8 108:12,13
   109:19,20 110:4
   133:13,16
**Goldsmith** 71:12 73:3
**Goldsmith's** 71:20
**Goldsworthy** 5:6,7
   92:3,5,10,13 104:16
**Goldsworthy's** 93:14
**good** 5:15 6:24 21:23

21:24 27:13 33:7
   59:13,18 86:7,8
   92:20 101:14 104:17
   109:12
**gosh** 12:24
**governing** 126:24
**government** 20:15
   32:22 33:1,20,21
   41:8 66:8 70:24 71:7
   71:8 86:10,16,16,17
   86:21,23 87:15 88:1
   88:7 90:18,22 91:3
   110:2 112:19,19,20
   113:2 118:18,20
   122:11 123:1 124:12
   124:14 126:7,11
   131:21,22
**governments** 19:4,5,6
   52:5 68:25 69:13
   131:7,18
**government's** 82:13
**grade** 44:9
**grandchildren** 53:10
   55:8,9 108:15 133:15
**Grant** 73:11
**gray** 130:10
**Graydon** 1:15
**great** 46:8 92:15
**greatly** 133:1
**Greenham** 75:10
**grid** 24:7
**grounds** 81:15 88:21
**group** 35:6 90:11
**groups** 16:5 34:25
   105:5
**growth** 16:21
**guaranty** 45:25
**GUARDIAN** 1:4
**guarding** 31:25
**guards** 35:20
**gubbins** 27:21
**Guernsey** 19:25
**guess** 25:25 98:23
**guest** 10:16 19:24
**gun** 100:17
**Guyana** 28:21

## H

**H** 4:1
**HAARP** 51:10,11,15
**habitats** 16:9
**hackles** 72:3
**half** 10:17 21:8 34:14
   34:21 70:9
**Hammersmith** 21:18
**hand** 100:19 105:5
**handle** 31:12
**handy** 31:16
**Hang** 54:13
**hanged** 45:9
**hanging** 45:19
**Hansard** 77:6
**happen** 28:1 100:25
**happened** 45:11 63:17
   77:19 82:6
**happening** 30:20 82:2
   93:24
**happens** 6:15 103:6
   133:18
**happy** 6:19 34:24
**hard** 10:8
**Harle** 39:24 40:8,16
**harm** 27:6 58:21
   65:24 106:24
**harmful** 66:11 68:8
   126:5 132:20
**harms** 60:17
**Haslar** 31:4
**hate** 51:14
**Havas** 13:10 95:11,12
   95:20
**hazard** 117:6
**hazards** 117:11
**head** 6:10,10 26:23
   28:2 68:3,10 91:5
   111:12 112:12
**heading** 94:19 112:5
**health** 4:11 23:19,19
   53:8 61:24 64:9 66:7
   71:14 73:22 84:6
   88:21 95:9,18,22,24
   96:3 101:21 110:1,6
   110:18 117:5,6,11,13

118:5 119:11 120:4
121:13,19 122:1,5,9
122:22 123:5,10,17
123:23 124:9,10,11
124:17 125:2 126:3
126:11 128:17,21
132:20
**healthy** 104:1
**health/concerns.org**
78:23
**hear** 21:1 32:15 36:2
**heard** 13:18
**hearsay** 71:5
**heart** 59:17 76:1,2,3
87:17,19
**heartbeat** 34:23 70:8
**heat** 103:10
**heating** 103:14,18
125:8
**heavy** 129:10
**height** 34:21
**held** 112:11
**Hello** 5:16
**help** 35:11,11 62:22
70:3 123:5
**helpful** 6:9 8:7 35:23
**HESE** 65:13
**hidden** 77:17
**high** 21:10 22:4 23:7
24:22 26:21 93:19
120:7,11 121:2
**higher** 30:12 50:13,13
**highlighting** 68:21
115:11
**Hill** 1:15 33:13,13
**hire** 100:5
**history** 101:7
**HMS** 28:10 29:2,3
**holders** 24:25
**Holly** 2:3
**home** 33:10 34:18
36:11
**homogeneous** 102:4
112:1
**honest** 47:23 131:19
131:22

**honestly** 97:19
**honeymoon** 45:11
**honours** 38:20 41:1
**hope** 17:22
**hoping** 47:19
**hormone** 103:25
**hospital** 21:18 31:3
34:13 36:24 37:8,9
**hospitals** 95:1
**hotel** 79:1
**hour** 87:21
**hours** 17:7,8,12 57:23
91:14 129:11,17
**house** 17:15 79:18,20
103:12,16 104:7
**housed** 34:9
**houses** 18:18
**human** 33:18,18 64:4
64:9 67:10 68:3 80:4
80:5 102:11 103:15
105:8 110:6,18
131:14
**humans** 68:8 112:14
**hundred** 100:7 101:6
**hurt** 46:7 86:22
**hydrotherapy** 37:12
37:14
**Hyland** 91:20
**H-A-S-L-A-R** 31:4

_____

**I**

**ICNIRP** 66:7 122:12
122:16,16,20 123:2,3
123:4,14,23 125:13
125:14
**idea** 33:24
**identification** 54:12
127:9
**identified** 17:24
**identify** 8:5 127:12
**II** 11:10
**ill** 14:8 16:20 18:19
47:9 48:14 50:17
75:13 77:24 78:3
85:17,19,22 102:10
108:9

**illness** 73:24 123:13
123:20 124:4,7 125:7
**illnesses** 10:18 12:5
13:13 41:7 71:18
76:25 82:19 95:16
99:20 112:24 133:6
**imagination** 76:6
**imagine** 76:12 94:1
103:12
**immune** 60:22 104:25
133:7
**impact** 59:3
**impaired** 133:5
**impairments** 99:20
**Imperial** 92:12 93:18
**important** 6:16 10:20
11:6,11 86:3 92:2,14
93:14 94:9 113:21
115:11
**incidents** 81:18
**include** 95:16
**including** 38:2
**incorrect** 89:9 129:11
**increase** 115:8 130:1
130:18,23
**increased** 122:3
126:11
**incredibly** 27:14 103:1
**incredibly** 25:4 102:25
107:21
**incumbent** 99:14,25
**indicate** 118:12
**indifferent** 102:10
**indirectly** 13:11
**INDIVIDUALLY** 1:5
**induced** 102:22
**industrial** 69:2 85:14
85:16,18
**industry** 45:6 61:6
62:23,24 63:3,6,12
63:14,19 69:13 75:5
77:5,24,25 78:2 79:3
79:14 83:20 86:14,22
90:19,23 98:3 99:2
99:14,19,23 100:2,8
101:8,10 104:19,19

109:22 110:4 114:4
120:6
**infectious** 31:15
**influences** 39:8
**information** 35:3,4,23
49:19 69:19 71:20
74:16 79:10,23 87:22
87:22 115:4 116:20
128:9
**informed** 128:1,5
**infrared** 38:5,6,12
**initially** 37:10 47:5
70:6 129:5 132:16
**initiators** 63:2,9
**Innocence** 71:23
**ins** 79:22
**insects** 11:3
**inside** 27:21 56:15
57:20,21,22 76:10
**inspected** 108:25
**instance** 76:12 104:18
124:20,21,21,22
130:17
**instant** 95:4
**Institute** 4:6 109:16
109:17 110:17,21
111:17 112:17,25
116:21
**insulting** 103:3
**intelligence** 68:18,20
103:3 109:14 112:23
113:3 114:3
**intensity** 72:23
**intercourse** 56:9
**interest** 33:2,4 38:3
**interested** 14:10 15:6
23:9 70:25 71:8
136:17
**interference** 103:8
**international** 8:12
14:22 17:4 34:10
67:14,18 68:1 80:24
95:18
**internationally** 120:10
128:14
**internet** 11:8,9 20:4

**Interphone** 128:14,15
128:19 129:2
**interpret** 99:12
**interpretation** 69:6,10
85:6,25
**interpreted** 89:8
**interrogation** 34:19
**interrupt** 53:16
**interruption** 103:16
**interview** 17:9,13
**intrigued** 28:3
**introduce** 35:24 39:12
**inverts** 57:25
**investigate** 85:2
**invited** 13:9 15:8 17:4
17:20 18:9,12,19,20
20:3,7,8 32:12 66:24
77:11,14
**involved** 19:1 31:14
35:2 136:14
**ionosphere** 51:17
**Ireland** 13:4,4 14:2,3
75:19
**Irish** 75:17
**ironing** 24:10
**irradiate** 55:21
**irradiation** 8:25 18:14
50:14 51:17 55:17
65:24 68:22 75:15
90:20 92:16 94:24
107:22 123:9
**irrelevant** 50:7,8
**irrepairable** 55:23
**issue** 49:14
**issued** 69:3 83:17
126:23
**issues** 67:20 117:5
**Italy** 120:14
**item** 99:24

**J**

**jail** 25:16
**Jamie** 39:24 40:8,16
**Janet** 132:15
**January** 1:12 135:5
136:7 138:13

**Japan** 21:20,22
**Jar** 107:18,19
**Jersey** 19:25
**job** 1:21 41:20 44:22
79:17
**jobs** 31:25
**Johannesburg** 11:22
11:23,25
**John** 16:4 132:15
**Johnson** 109:23
**join** 35:1
**joules** 96:15,16 98:1
98:24
**journal** 74:8
**judge** 19:16 121:5
**judges** 120:11,19
**judging** 125:16
**judgment** 92:17 133:5
**judgments** 120:6,8
**June** 21:3

**K**

**Kate** 45:22 46:8
**keep** 61:6 128:7
**keeping** 91:5
**kept** 32:7
**key** 24:25 110:25
**keys** 24:20,24
**Kgfela** 11:10
**killed** 100:21
**killers** 34:10
**kind** 10:4 33:4 51:25
**king** 10:16 11:10 15:6
**Kingdom** 1:17
**Klein** 68:9,10
**knew** 22:22 45:9,13
69:9 106:19,22,23
109:13,17 126:4
131:12 132:14
**knocked** 36:14
**know** 8:8 10:22 12:21
13:23 14:1 20:2,24
21:12 25:18 28:5
30:1 37:11 39:15
43:4 51:9 56:6,14
58:6 59:19 61:12

63:15 67:22 68:2,5
68:12 69:6,16 70:4
71:2 74:10,16 75:25
77:7,17 79:21,22
80:10,14 81:24 82:1
82:4,6 88:23 91:2,3
91:18 93:8 96:5,8
98:18 100:7 101:1,5
103:1 105:20 108:21
109:21 114:7,11,19
116:10 117:23
119:22,24,24 122:18
122:21 125:7 129:14
130:4,22 131:15
133:14,15,15
**knowing** 62:23
**knowledge** 6:25 7:1
33:2,4 49:17 71:1
73:20 76:25 83:16
101:1,13 105:18
115:20 120:7 132:6,9
**known** 55:14 56:17,23
57:8 68:21 123:13,21
124:3,6
**knows** 36:3
**Kofi** 11:10
**Kund** 60:8,8

**L**

**L** 2:14
**lab** 64:9
**laboratories** 57:7
**laboratory** 61:25
62:12 64:4 87:11
**lack** 102:18
**ladies** 75:13 103:23,24
**lady** 12:1 15:3,5 17:17
18:14,15 56:13 58:5
68:9 70:21 75:9
**Lancet** 91:15,17,22
**land** 10:22,23
**landing** 11:4
**laptop** 96:20,22,23,24
97:6,7
**large** 101:21
**larger** 49:15

**late** 25:21 27:7 122:25
**latency** 104:20 115:1
130:7,11
**latest** 75:8 115:24,25
**laugh** 36:2
**launch** 28:14,17,18
**law** 12:13 21:13 83:23
**lawsuit** 5:18 19:10
**lawsuits** 86:16
**lawyers** 83:21
**lax** 69:14
**Lay** 33:13,13
**laying** 46:17
**layout** 109:1
**leader** 77:19
**leadership** 77:10
**leading** 27:10 75:9,20
**lead-up** 19:12
**leap** 76:5
**learn** 24:11 26:17 32:9
**learned** 108:3
**learner** 33:7
**learning** 32:10 39:8,17
41:17
**learnt** 24:13,16 28:3
37:12
**leave** 12:4,6 32:24
43:7 44:9,22,23,23
47:20 103:15
**leaves** 103:15
**lecture** 13:10,13 14:21
17:4,7,8 65:23 66:24
78:20 131:13
**lectured** 92:18
**lecturer** 41:2 92:11
93:18,21
**lectures** 11:19 17:20
65:22 66:25 92:18
**left** 22:17 47:15 63:3,6
63:13,15 79:5 116:7
**legal** 11:24 12:11,12
13:15,25 14:5,6,7
56:6,7,8,9 71:2 79:22
82:5 100:5 120:19
**legally** 18:6 69:15
82:24 90:1

**lesser** 120:18,19
**letter** 48:4,6 130:18
**let's** 7:13 13:6 21:14
    47:25 54:6,7 65:1
    69:20 72:5 73:10
    76:18 78:13 80:22
    110:9 112:4 113:9
    117:24 118:23
    126:16 127:22 131:3
**leukemia** 18:23 77:8
    77:16
**leukemias** 52:23 71:17
    81:21 99:20
**level** 8:25 14:13 24:21
    24:21,22 26:20,21
    27:2,5 38:2 40:24
    44:1,2,3,4 50:11,14
    59:16 62:25 65:24,25
    66:1 67:18 69:14,25
    70:12 71:16 72:7
    73:23,24 74:3 79:2
    90:20 94:4 100:16
    104:6,15,23,24 105:6
    115:21 123:8,23
    124:6 125:1,3,9,11
    125:11,17 131:14
**levels** 69:1 90:14
    124:15
**Leyden** 107:18,19
**liars** 78:3
**Liberal** 77:12
**library** 88:20
**licking** 11:2
**life** 36:5 108:13
    133:13
**lifestyle** 70:24
**likewise** 106:12
**limitations** 113:21
**limits** 90:23
**line** 45:21 109:3 127:3
**link** 52:23 63:6 111:8
    113:19 114:22
**linked** 8:24 9:1 17:3
    81:9,14 109:23
    117:12 119:10 120:3
**list** 8:3,9 17:24 84:3,10

99:19 109:14,16
    110:11 112:24
**listed** 98:9 135:6
**listened** 78:19
**LITEM** 1:5
**literature** 124:3
**little** 9:4 32:16 35:8
    43:1 45:18 94:11,12
    103:18 131:19
**live** 10:22 15:25
    103:13
**living** 72:15 93:7
    104:3,7
**Lloyd** 2:14
**LLP** 1:15 2:8
**Lobby** 128:3
**local** 70:12 76:25 82:5
    124:25
**location** 25:19
**London** 1:16 15:22
    21:17 36:11 37:17
    42:15 78:19 92:12
    93:20
**long** 13:18 23:1 26:20
    28:7 37:10 44:18
    61:1 66:13,18 98:22
    108:19 130:11
**longer** 73:25 74:1
    108:9 130:8
**long-term** 68:23 122:8
**look** 8:5 9:11 30:17,19
    32:23 39:16 45:8,23
    46:9 54:22 65:7
    66:23 69:11 84:13
    92:1 95:10 97:14
    100:12 102:20
    104:18,25,25 110:9
    110:24 113:9,15
    115:25 116:23
    118:23 119:1 121:10
    122:13,18 123:11
    126:8 127:22 131:3
**looked** 27:14 37:22
    38:3,10,20 39:7
    49:16 52:22 63:19
    64:16 72:10 77:16

85:4,9,13,21 99:1
    100:14 102:24 105:3
    105:14 115:14 129:9
    129:15 133:5,6,7,8
**looking** 12:14 56:2,3
    82:14 98:3 103:2,5
    104:17,22 105:18
    106:15 115:3 123:25
    125:6,7,16,18,25
    129:3
**looks** 122:17,22
**lose** 32:22
**losing** 95:7 130:20
**lost** 79:17
**lot** 41:5 68:2 86:17
    90:12
**loud** 111:2
**love** 102:9
**low** 8:24 14:13 24:21
    26:19 27:2 50:12
    62:25 65:24,25 66:1
    69:25 71:16 73:2,23
    73:24 74:3 79:2
    90:20 115:21 123:8
    131:14
**lower** 44:13 72:2,7
    121:17
**lowest** 24:21 73:1
**lucrative** 88:3
**lunch** 64:24
**Lund** 60:7,9
**lying** 77:5 78:3
**L-E-Y-D-E-N** 107:18

**M**

**machine** 136:7
**magazine** 128:17,21
**Magda** 13:10 95:11
**magically** 102:5
**magistrates** 82:5
    120:19
**magnetron** 24:18
**magnetrons** 24:16
**main** 37:22 38:2 43:24
    52:22 57:14 59:24
    60:24 82:22 88:20

128:21
**Majesty** 11:7,9 15:9,9
**making** 54:17
**males** 103:25 104:1
**mammalian** 57:11
**man** 16:12 23:24 24:3
**manufacturers** 61:15
**Maori** 16:7
**March** 15:17
**mark** 1:5,5 54:6 137:2
**marked** 54:12,25
    110:10,16 127:9,11
**married** 18:17 32:13
**masts** 122:6
**match** 72:12
**materials** 49:13
**mathematical** 93:25
**mathematicians** 62:20
**mathematics** 42:19
    44:1
**matter** 1:3 6:6 98:21
    98:21 107:11 109:11
**matters** 18:1
**maximum** 34:8,11,13
    35:17 36:12 97:23
    125:8,22,24
**mean** 8:9 13:16 23:10
    29:25 35:5 47:22
    50:6 51:3 55:13
    59:17 63:12 73:7
    80:21 90:1,15 93:18
    96:17 98:8 99:22
    104:4 109:2 111:24
    114:7,12 115:18,22
    115:24 117:18
    118:17 125:12 126:8
    132:24
**meaning** 9:14
**means** 8:13 18:5 50:17
    67:13 111:25
**meant** 112:3
**measure** 125:9
**mechanics** 38:15
**mechanisms** 57:1,2
**medic** 31:9,15,16,20
**medical** 28:24,25

40:16 57:5,6 96:6
109:17 112:25
**medication** 6:24 7:3
**medications** 6:21
**medicine** 28:25 31:5
32:6 33:6 87:11
**medics** 31:8,11
**meet** 15:8,9 38:5 39:25
**meeting** 11:6 18:20,21
77:18 133:24
**meetings** 18:7 19:18
20:13 83:22 121:24
**Melvin[sic** 35:2
**member** 66:13,15,25
77:5,19 78:1
**memory** 6:22 7:1,7
**men** 34:11 59:6,9
**mentioned** 10:12
76:16
**Menzies** 77:13,13
**messages** 47:12
**met** 14:5 78:18
**MHz** 52:2,2,8,8 73:8
**microwatts** 73:1 97:22
99:8
**microwave** 8:25 23:9
23:12,15,20 24:11
25:23 26:6 27:22
29:7,14 33:6 38:6
39:11,12,16 41:3,8,9
41:10 49:14 50:14,25
51:9,17,21,23 52:18
55:16 59:3 62:15
65:24 68:22 70:15
72:19,24 73:7,14,15
73:19,21,23 75:5,14
75:20 84:3,10 90:14
90:20 91:10 92:16
93:6 94:23 95:4 98:7
98:11 107:14,15,22
113:4 123:8 128:18
131:14 132:19,19
**microwaved** 57:23
75:12
**microwaves** 23:19
24:14,20 26:20,21

27:2,23 38:5,7,8,12
39:17 50:11,15,18
51:20 57:12 62:20
63:1,8 69:25 70:12
71:16,25 72:3,20
73:9,24 76:15 101:5
106:23,25 107:2,6,9
107:12,13,13,14,16
107:23 108:4,6,10
109:5 115:22 125:5
129:6 131:15
**microwaving** 45:7
69:23 70:5 75:18
**middle** 12:3 26:1 34:2
34:12 36:9,10,19
48:23
**Midlands** 78:12
**miles** 36:11
**military** 22:10,12,23
22:25 23:1,2,13,25
24:12 25:10 26:2,4,5
26:8,16,19 28:10,23
29:9 41:7,9 51:10
69:2,7,9 72:18,20,22
106:19,21 107:7
108:3 115:19,20,21
116:12 118:22 130:3
131:12,12 132:8,9
**MILLER** 2:8
**million** 88:17,19,24
**milliwatt** 99:8
**milliwatts** 97:23
**mind** 9:18 106:24
109:12,21 111:2
114:19
**mine** 23:18 27:13,20
27:25 54:1
**mines** 27:13
**minister** 20:8,9 45:5
110:1
**ministers** 20:14,15
45:6
**minutes** 7:13 21:14
24:19 87:19,20 91:11
123:25 125:8
**miscarriage** 57:9

**miscarriages** 71:17
72:6 81:21
**misread** 96:1,2
**missile** 75:11,14
**missiles** 52:6
**mission** 114:17,19
**mistake** 28:3 36:20
123:22
**mistaken** 91:20 95:20
95:25 96:1
**miswritten** 106:4
**mitochondrial** 55:23
57:17 103:9
**Mm** 50:9 62:6,6
**mobile** 26:23 52:11
62:24 79:3 81:14
87:7 88:11 91:24
115:8 121:22 122:3,5
129:25
**modern** 50:24
**modulation** 61:7
**moist** 11:2 107:14
108:11
**moment** 10:23 16:15
16:25 17:25 30:21
47:25 53:16 73:6
86:9 131:21
**Monday** 1:12 135:5
**money** 86:17 110:3
126:8,9 131:20
133:17
**month** 109:25 129:11
129:17
**months** 8:10 11:15
23:3 24:14 25:21
26:10,13,13,14 28:8
28:22 29:12 30:7
70:19
**Morgan** 2:14 22:4
97:14,23
**morning** 5:15 17:7
24:2,6 25:21 46:16
**Morrison** 1:5,5 137:2
**Moscow** 70:13,13
72:16
**mother** 22:22,23

**motorcars** 131:16
**MP** 75:17,18
**MPs** 18:20,21 81:20
**multiple** 12:5 95:16
100:23,24
**multi-trillion** 110:4
**Mumbai** 13:3,4,4
16:11,12,14
**myelin** 60:23

## N

**N** 2:1 3:1,1 4:1
**name** 5:17 13:1 14:6
20:7,10 25:7 29:1
45:22 78:9 88:18
128:9 135:13 136:21
137:2,3
**names** 36:18
**NASH** 2:8
**national** 4:5,10 38:25
39:1 40:18 110:17,21
111:17 112:17,25
116:21 118:25
119:16,22 133:3
**nations** 68:24
**natural** 16:8 91:13
**nature** 13:7,9 70:4
73:13 93:4 102:11,12
**Naval** 31:3 109:15,16
112:25
**Navy** 29:16,17,18,21
29:23 30:2
**near** 10:20 14:12
42:16 80:25 81:15
82:3,18 83:14
**nearer** 53:1
**necessary** 131:9
**neck** 72:4 111:13
**need** 6:14 22:15 24:13
27:16 34:20 43:13
64:6 85:12 95:16
109:2 123:6,20 124:2
**needed** 30:1,1 46:17
110:3 111:13 119:12
122:7
**neighboring** 13:20

Plaintiffs' Exhibit L
Trower Depo
50

16:19
**nerves** 111:12
**nervous** 133:4
**network** 131:18
**networks** 88:11
**never** 14:6 18:2 22:22
32:8 36:3 40:2 47:4
47:6 63:24 69:18
88:6 98:11 99:24
104:11 106:18,24,25
130:16 133:5,7
**new** 12:25 13:1,1
15:23,24 16:3 26:16
32:9 41:6 71:8 80:17
80:21 87:11 122:7
**newly** 32:13
**News** 74:5,7 128:18
**night** 25:22 46:12,14
**night-time** 43:17
**nine** 25:21 28:8 29:12
42:23 44:21
**nitrosative** 55:18
**nodding** 6:10
**non** 69:12 114:14
**non-ionizing** 66:3,4,11
67:21 68:7 79:2
**non-specific** 117:18,23
**Northern** 75:19
**north-western** 32:1
**Norway** 12:25,25
14:15,16,17,24 15:3
15:8,17
**Norwegian** 15:6
**noted** 5:6 35:14 70:19
**notice** 5:10
**noticed** 5:8 81:12
**nuclear** 34:23 37:23
38:13 56:20 57:1
70:8 104:6,15 124:24
**number** 10:18 19:18
53:18 81:22 101:21
**numbered** 135:4
136:6
**numerical** 110:11
**nurses** 43:19

## O

**oath** 6:3 19:2,4,6,12
19:15 47:12
**object** 62:1
**objecting** 110:1
**obtain** 35:23
**obtained** 35:4 69:19
**obtaining** 35:2
**obviously** 98:8,15
**occasions** 18:18
**occur** 77:1
**oddly** 109:24
**offered** 33:19
**Office** 34:18
**officer** 30:2,13,15
32:23,25 33:9 46:11
46:12 82:14
**officers** 18:15,15 21:7
29:25
**officer's** 33:10,10,14
33:16
**Office's** 33:10
**offset** 126:12
**oh** 8:3 11:22 14:17,19
18:4 23:23 26:14
28:23 35:21 37:18
40:11 41:20 52:19
54:8,9 60:16 61:16
62:17 72:22 73:17
77:4 78:11 84:20
89:25 98:5 102:1
106:8 109:2 116:14
118:10 120:10,25
121:23 122:24
127:16
**okay** 7:18 8:18 15:14
15:23 17:23 19:7
20:11 22:8 25:9 26:2
26:7,17 29:21 30:5
31:19 35:10,16 40:10
41:11,18,23 42:5,15
47:1,14 48:1,15 49:8
54:3,6 57:16 58:7,12
61:2,20 62:14,18
63:18,22,25 64:16,23
65:10 66:4 69:17,21

71:5 72:23 78:22
83:8 89:1,4,16,23
93:10 96:24 97:4,8
98:23 99:4,10 101:14
104:13 105:23 106:5
107:11 112:4 113:9
114:16,18 117:7,24
118:15,23 119:16
120:22 121:10,14,19
121:25 122:21
123:18 125:24 127:3
127:22 128:22
130:22 131:2 132:17
**old** 21:10 44:8 45:4
56:8 94:1,2
**olds** 43:25 44:7 117:18
**Olympics** 88:4
**once** 17:1 68:12 78:18
**oncologists** 63:5
**oncology** 63:4
**ones** 51:10 59:24,25
60:24 115:24 120:17
**ongoing** 9:13,15 10:13
12:22,24 14:5,14
75:4
**onwards** 40:12
**open** 39:3,22 40:14,15
40:20 45:24
**operate** 52:7 74:22
96:24
**operates** 74:21 96:14
**operating** 31:14 77:25
78:1
**operation** 37:10
**operator** 27:25
**opinion** 53:4 55:5
58:12 80:17 109:18
**opinions** 132:6
**opportunity** 19:11
**opposed** 10:9
**opposite** 85:16
**opposition** 77:20
**optic** 109:3
**option** 108:21,23
**order** 88:2 89:18
104:2 110:11

**ordered** 82:5 120:20
**ordinary** 8:15 19:2
29:7,14,19,19 44:3
72:2 87:7 91:9 99:3
100:5 101:9 106:3
**Oregon** 1:1 2:4,10
50:21 127:13
**Organisation** 71:14
73:22
**organization** 65:17
67:15 84:7 95:9,18
95:22,24 96:3 113:13
114:15
**organizations** 8:12,16
20:15 84:21
**organized** 15:24 30:22
**organizing** 16:4
**organs** 57:21 60:12
**original** 78:7
**originally** 21:16 35:1
**ounce** 86:12
**outcome** 129:23
136:17
**output** 69:2
**outs** 79:22
**outside** 57:22,23 70:1
75:13
**outweigh** 133:18
**ovarian** 55:14,15
**oven** 98:7,11 107:15
**ovens** 107:15
**overall** 64:14
**overlaps** 10:3,5,7
**overseas** 92:19
**Oxford** 93:20
**oxidative** 55:18
**O'Connor** 65:18,21,23
67:1 68:2

## P

**P** 2:1,1 18:10
**packet** 125:19,20,20
**pads** 76:2
**page** 3:3 4:3 75:2
87:18 112:4,5 113:15
117:3,4,4,24,25

123:4,9,15 127:19,22
127:23,25 135:6
**pages** 1:22 135:4
136:6
**Page/Line** 137:4
**paid** 33:21
**Panorama** 91:21,23
**Papageorgiou** 58:25
59:2,10,20
**paper** 59:21 62:19
63:4 68:11 71:22,23
71:24 80:21 81:16,16
81:18 87:18 91:17
92:25 93:2,4,8,14,24
93:25 113:6 120:12
129:7
**papers** 60:5 62:12,15
64:15,16,18 65:20
67:18 68:21 69:17
72:1 73:5,21 92:19
105:1 113:7 115:5,6
115:14,21 116:17
132:10
**paragraph** 65:9,11
68:13,16 69:20 73:10
73:11 74:12 75:1
76:18,19 78:13,14
79:25 80:1,22 82:8
83:24,25 84:25 88:9
89:5,8 90:7,8 91:8
92:1,22 94:18,18
96:11 99:11,12,17
112:9 118:2,9 119:2
127:23,25 128:13,13
131:3,6
**parallel** 29:23
**parent** 101:9
**parents** 82:19,20 83:1
100:1,11
**Parliament** 18:22,25
19:20,21,22 20:2,4,5
66:25 77:4,6,19 78:1
78:2 81:20 88:10,14
89:6,16,23
**Parliamentary** 20:1
**parse** 10:8

**part** 9:22 23:2 25:2
34:3 51:18 54:20
57:14 69:3 71:24
107:10 110:17 116:5
118:19,21 129:19
130:21
**particular** 16:6,17
46:2 49:16 55:21
99:4,5 115:3
**particularly** 75:23
93:21 94:9
**parties** 77:20 136:14
136:16
**partner** 27:15
**parts** 11:20 55:17
**party** 77:11,13
**part-time** 44:19,20
46:21
**pass** 37:3
**patent** 63:7
**patience** 132:1
**patients** 90:12
**pattern** 104:2
**pause** 25:11
**Paz** 17:19
**Paziz** 17:18,18
**PC** 18:10 84:24
**peer** 109:7
**people** 10:21 12:17,19
13:15,17 14:8 16:19
17:12 18:22 22:17
24:24 27:24 30:22
34:11,17,25 35:6,19
36:19 39:5 43:20
47:9 52:25 59:17
74:9 77:15 78:3,4
81:25 83:18 85:23
94:3,25 95:2 99:13
102:4,6,6,8,9,10,11
103:19,20,21 104:11
108:7 109:7 110:1
111:14,21 117:10,22
123:7 126:7,13,14
129:13 131:19
**percent** 72:6 84:2,9
85:3,10,14,16,17,19

85:19,22 106:1 116:7
129:17,21 130:1,4,18
130:22
**performed** 61:23
**period** 26:20 28:12
35:16 36:1 104:20
115:2 129:13 130:7
130:11
**permission** 79:4
**person** 25:3 45:8
79:18 82:5 100:5
132:13
**personal** 132:5
**personally** 61:23
**perspective** 34:20
**petty** 29:25 30:2
**pharmacist** 6:25
**phase** 70:15,16
**PhD** 39:20,20,24 40:1
40:5,13 62:1
**phone** 26:23 87:7
91:10,24 107:4
110:21 111:8,13
113:19 114:23
115:24 116:4,4
117:10,22 118:6
119:10 120:4,6,15,24
122:3,5 129:16
**phones** 51:8 52:11,11
88:11 89:12 111:14
112:11 113:23 115:8
116:6 117:6,12
120:12,15 121:22
122:5 129:25
**photoelectric** 27:25
**phrase** 23:24 76:7
**physic** 62:11
**physical** 33:18 34:3
109:1
**physicist** 87:4
**physics** 37:3,21,23
38:1,13 40:17 42:19
43:24,25 123:17
**physiological** 52:24
**physiology** 21:7 33:18
**picked** 9:24 119:3,5

**picture** 105:1
**piece** 108:19,24
**pieces** 117:1
**pile** 16:24
**pills** 125:19,20,21
**pilots** 28:15
**pint** 102:8 111:22
**place** 17:5 26:16 32:2
32:2 33:13 34:24
40:13 45:25 48:19
**Plaintiff** 1:6 2:2
**planet** 100:2 101:7
**planning** 18:7,20 19:2
19:18 20:12 83:22
**plants** 11:2,2,3
**plate** 27:19,20 107:15
**please** 6:18 65:7 68:13
69:2 73:10 76:18
78:13 79:25 80:22
81:8 83:24 90:7 92:1
94:18 99:10 112:9
113:9,17 118:9
121:10
**pleasure** 45:17 132:2
133:23
**plug** 37:13 108:19
**plugged** 96:25
**plus** 51:9 101:4
**Plymouth** 124:23
**pocket** 125:20
**point** 26:19 66:6,9
68:6 101:24 106:10
106:13 108:17,18
111:3
**pointless** 109:13
**points** 83:23 110:25
**poisons** 103:14
**police** 18:9,11,15,15
18:16 21:7 47:3,5
78:8 87:3,5 132:11
**police/emergency**
51:4
**political** 40:3
**pollution** 39:11,11,12
41:3
**populated** 52:17

**population** 72:9 101:2
  116:7
**populations** 131:8
**Portland** 1:2,8 2:4,10
  5:18 48:16,23 50:21
  53:5 55:6 57:13
  58:13 74:13 97:15
  99:5 108:22 132:21
  133:12 137:2
**Porton** 87:16
**Portsmouth** 31:4
**pose** 117:6
**position** 36:22,23
  110:20
**positioned** 27:17
**possibility** 63:10
**possible** 58:9,10 68:23
  80:3 112:6
**possibly** 45:15 69:7
**post** 8:14
**posted** 28:10
**potassium** 61:10
**potential** 103:7
**potentially** 57:5 58:4
**pounds** 100:7
**power** 71:25 72:1,23
  89:25 96:15,19,25
  97:2 103:17 127:1
**powerful** 100:1
**Powerwatch** 2:15
**practical** 37:25 62:11
**pre** 43:6
**precautions** 123:6
**pregnancy** 56:13,15
  56:25 72:7
**pregnant** 18:16 56:10
  56:10,11,14 58:6
  103:23
**prep** 23:7
**preparation** 7:14 8:6
  9:6
**prepare** 5:11 7:14
**prepared** 12:11 14:7
  61:18 88:1,7 98:12
  127:17
**preparing** 9:11

**preponderance** 121:8
**present** 2:14 17:20
  75:20
**presentation** 93:15
**presented** 12:11 62:13
  62:19 63:4
**president** 65:21
**pressure** 13:24
**presumably** 71:10
  79:9 116:16,18
**presume** 15:5
**prevent** 83:14
**prevented** 116:6
**previously** 110:10
**primarily** 44:11,17
**primary** 22:3
**Prime** 45:5
**principal** 45:18,21,22
**prisoners** 35:20,22
  36:7
**prisons** 34:9
**private** 25:12
**probability** 120:21
  121:7
**Probable** 80:4,5
**probably** 6:14 8:9,19
  9:13,21 10:17 13:15
  19:3,6 23:8 24:1
  25:20,25 26:11 31:18
  32:7 34:16 38:22
  40:11,15 45:7 47:16
  66:20 72:13 84:20
  87:12 101:6,14 119:5
  122:25
**problem** 54:16 87:8
  125:15
**problems** 7:6 39:10
  117:13 118:5 119:11
  120:4 129:22
**proceeding** 6:6 19:10
  20:17 25:12,17
**proceedings** 135:5
**process** 5:22 9:23
  104:3
**processes** 38:14 58:23
  61:5 62:21 63:17

94:11,13
**produce** 11:3
**producer** 15:1,1
**producing** 131:20
**product** 99:15
**products** 63:14
**professional** 47:1
**professor** 13:10 39:15
  49:3 60:7,8 71:12,20
  91:20 120:13
**professorships** 71:13
**profit** 110:6 114:14
  133:17
**program** 4:10 31:17
  35:1 40:5 91:21
  119:1,17,23
**project** 13:8,9 65:13
  67:11 68:4 93:11
**projects** 9:15 10:13
  12:23,24 13:6
**promised** 15:21
**promote** 63:8
**promoters** 63:9
**promotion** 29:10
  30:21
**promotions** 30:9
**promotors** 63:2
**pronounce** 42:12
**proof** 100:16,20 101:7
  101:12 120:21,23
  121:1,3,4
**proper** 26:5 82:15
  88:7 131:17
**properly** 129:7
**proposed** 83:19
**prospect** 76:19
**protect** 11:3 124:10,18
  126:2
**Protection** 4:11 66:7
  121:13,19 122:1,10
  122:22 123:5,10,23
  124:9,11,17 125:2
  126:3
**protein** 56:18 57:1
  60:22 101:4
**proteins** 103:10

**prove** 36:8 71:4 99:23
  100:9,24 101:1,3
  119:14
**proved** 68:24 120:15
**provide** 8:4,9
**provided** 18:3 49:19
**proving** 120:12
**psychiatrist** 34:18
  35:25
**psychological** 52:23
**public** 1:8 5:18 16:1
  18:10,10 48:16,23
  53:5 55:6 57:13
  58:13 74:13 97:15
  99:5 108:22 124:18
  132:21 137:2
**publication** 112:22
**publications** 123:12
**publish** 79:5
**published** 8:11 58:20
  64:14,17 68:21 69:17
  69:18 74:5,10 78:22
  79:6,7 80:9 81:16,16
  81:18 84:6 91:15,16
  91:18,22 97:12,12
  109:16 113:18
  114:11 115:19,21
  116:1,14 122:24
  123:3,4,17 129:5
  133:2,9
**publishes** 65:20 67:18
  74:8
**pull** 37:12
**pulled** 117:14
**pulse** 61:3,6,7,12
**pulsed** 132:18,19
**pure** 38:3
**purely** 18:7
**purpose** 66:4 83:13
  119:22 124:16
**put** 5:4 11:17 26:23
  30:8 34:20 36:5 46:6
  48:16 61:16 66:6
  70:7 76:2 82:3 90:18
  90:22 98:11,12 100:9
  107:15,20 108:19

115:8 125:18
**puts** 66:10
**putting** 34:18 49:12
   90:2,3
**pyrotic** 115:6 130:14
**P-A-Z** 17:19
**p.m** 65:5 101:16,18
   127:6,8 134:2
**P300** 58:17,21 59:4,12

**Q**

**qualifications** 22:19
   34:12
**qualified** 31:15 34:1,2
   37:23,25 39:23,25
**qualify** 26:14,15
**qualities** 123:24
**quantum** 38:15
**quarters** 18:17
**queen** 15:6
**question** 6:17,19,24
   50:20 64:6 89:4
   106:5 109:7,12 117:5
   118:2
**questioning** 35:7,13
   127:4
**questions** 5:25 6:2,2,3
   6:17 18:5 19:12,15
   35:14 131:25 132:4
**quickly** 130:13
**quiet** 126:7
**quite** 9:21 19:3 40:6
   41:5 45:14,24 57:5
   73:2 75:13 115:10
**quote** 85:24

**R**

**R** 2:1
**racehorses** 14:10,11
**radar** 23:17 28:18
   29:7,14 41:6
**radars** 41:6
**radiation** 14:13 49:15
   51:1 56:19,22 59:3
   62:16 65:12,15,20,25
   66:1,10,11,14,16

67:17,21,23,24 68:7
   72:24 73:4 79:3 80:2
   84:23 95:3 113:4
   117:3,11 132:19
   133:3
**radio** 13:14
**radiofrequency** 112:7
   112:11,14 118:5
**RAF** 28:17,17
**rage** 72:23
**raise** 76:19
**raised** 72:3
**ran** 17:24
**rang** 39:24 46:13
**range** 73:8 130:5
**rank** 29:5,9,13,23
**ranking** 29:20
**rapidly** 111:15
**rate** 98:1
**rating** 97:23
**reach** 100:23 101:7
**reached** 79:23 80:13
   80:14
**react** 50:16 55:16
   107:13,17
**reacted** 38:6
**reaction** 9:24 38:8
   58:24 82:19
**reactivate** 76:10
**read** 8:10 9:16,19
   67:23 72:4 73:15
   74:17,18 92:3,14,18
   92:19 93:22 94:6
   95:24 102:18 104:5,5
   105:1,16,16,21 112:9
   113:17 114:8 118:1
   122:20,20 128:16,18
   130:16,25 132:14
   135:4
**readers** 8:17
**reading** 8:10 50:12,13
   50:16 94:1 111:2,2
   132:9
**readings** 49:21 50:1,2
   50:8 97:14,17
**ready** 30:14 64:20

**realize** 76:6
**realized** 90:12
**realizing** 27:7
**really** 9:9 10:22 33:8
   74:2 86:7,8 87:6
   109:11,19
**Real-time** 1:24 136:3
**reason** 26:22 34:6
   53:7 57:18 70:23
   110:6 126:6
**reasons** 7:9
**reboot** 76:3,4
**reboosted** 76:7
**reboot** 76:4,8
**rebuttal** 49:3,10
**recall** 128:11
**receive** 8:13 47:12
**received** 48:4 49:21
   98:13
**receiver** 97:6
**receivers** 52:12
**receiving** 50:1
**recognized** 95:25 96:3
**recognizes** 95:9
**recommend** 46:10
   89:18 124:15
**recommendation**
   82:21,22 83:3,5
   89:15,17,20 108:16
   125:6,12,13,15
**recommended** 114:9
**recommending** 80:1
**record** 5:5 11:25 65:2
   65:4 136:10
**recorded** 57:9 75:14
   75:15,15 136:7
**rectification** 102:23
**ref** 87:25
**refer** 80:1 82:8 84:25
   91:8 96:12 111:20
**reference** 69:22 78:14
   131:11
**referenced** 55:4 77:6
   82:2 85:13 87:18
   110:23 116:13,17
   120:11 133:10

**references** 73:11
**referred** 67:10 74:13
   88:9 101:20 130:23
**referring** 68:16 74:4
   92:21 104:16
**refers** 80:24 89:5 90:8
**reflected** 70:15
**reflection** 110:7
**refresh** 81:7
**refused** 29:10 30:6,7,9
   39:23 79:4
**regarded** 93:19
**regarding** 49:16
   101:21 117:16
**regulations** 126:17,23
**rehabilitation** 41:18
**relationship** 11:4
**relative** 136:13,15
**relatively** 122:7
**relevant** 35:15
**relied** 105:25
**relief** 5:13
**remaining** 85:2
**remember** 9:17 14:6
   30:13 36:3 54:3
   88:17,22 97:19,20
**remind** 6:14
**remove** 12:8 89:12
**repair** 27:1 56:18
**rephrase** 6:19
**replicate** 118:13
**reply** 4:13 127:14,24
**report** 18:13 45:16
   49:10 69:3 71:6,9,11
   71:15 72:4 78:8 82:9
   82:12 83:17 87:2
   88:10,14 89:5 124:5
   130:25
**reported** 84:1,5,9,16
   84:17
**Reporter** 1:23,24
   136:1,4
**reporter's** 6:8
**reporting** 93:3,10
**reports** 69:5 71:2 77:2
   88:22 103:23

BARRIE TROWER - 1/30/2012

**represent** 18:6 114:13
**representative** 15:10
**representatives** 16:7
**representing** 5:17
**requalify** 43:20
**request** 44:20 89:9
**requested** 22:9 28:13
**required** 32:8
**requisitioned** 22:17
**reread** 9:17
**rescue** 28:14,17,18
**research** 38:18 39:7
   63:7 64:15,16 65:12
   65:15,21 66:10,14,16
   67:17,24 69:7,9
   75:23 79:1 84:23
   85:14,15,17,18 86:11
   86:13,15,22 92:14
   93:3,7,11 109:15,17
   111:13 112:6,25
   115:19,20,25 116:2,5
   116:12 118:1 119:11
   122:7 128:7 132:9
   133:2
**researcher** 128:11
**researchers** 84:21
   128:7,8
**researches** 62:9
**researching** 92:22
**reservation** 5:12
**residents** 77:23
**resonance** 61:8 102:22
   102:23
**respect** 53:4,7 101:10
   106:19 120:18 133:1
**respecting** 106:1
**responding** 83:18
**response** 76:20 94:14
**responsible** 100:19
**rest** 46:23 116:8
**restrictions** 90:18
**result** 13:17,24 14:14
   98:7 129:2
**results** 79:13 85:6,25
   93:10 118:1,11
   128:20 129:5,15

**retired** 22:17 107:4
**retrain** 32:9
**revenue** 110:3 126:7,7
**review** 8:21 9:7,16
   30:7 49:13 124:2
**reviewed** 7:24 8:2,8
   9:6 104:13 105:24
   129:7
**reviewing** 101:20
**rewrite** 8:14
**RF** 49:14 50:25 59:11
   62:15
**rhythm** 61:10
**right** 7:20 19:17 34:1
   35:12 36:16,17 47:14
   72:6 82:25 91:12
   110:15,15 114:11
   119:5 121:17 127:14
   127:16
**rights** 5:13
**ring** 15:21
**riot** 21:8
**riots** 34:25
**risk** 46:8 113:23 122:3
**ritalin** 11:16
**river** 124:25 125:2
**road** 102:5 122:3
**roadside** 51:6
**role** 24:1
**roof** 16:18
**room** 24:18 70:18
**rooms** 13:16
**Rose** 120:13
**roughly** 87:9
**router** 96:21 97:3,5,7
**Royal** 28:14
**royals** 15:7
**rudimentary** 25:2
   28:6
**ruin** 76:14
**run** 34:17 39:4 65:17
   65:18 99:24 108:24
   110:4
**rush** 27:1
**rushed** 36:14,18
**Russian** 69:23 70:5,10

   72:21 133:3
**Russians** 51:14,19
   70:23 71:25

─────────────
**S**
─────────────

**s** 2:1 3:1,1 122:9
**sacked** 79:5
**sad** 30:18 110:7
**sadly** 110:6
**sadness** 133:18
**safe** 50:14,19 87:7,24
   99:15,24 106:25
   107:3,5,6 108:6,10
   108:20 109:5 111:24
   125:4 129:6 131:15
   131:17
**safer** 131:20
**safety** 18:13 24:15,20
   25:1 46:11,12 69:1
   69:14 88:7 99:25
   100:8 123:12,23
   125:1,3,9
**sat** 30:21
**satellite** 52:3,5
**satisfy** 121:5
**saving** 133:17
**Savitz** 49:4
**saying** 6:10 9:19 25:18
   63:7 79:12 99:12
   108:17 125:8,23
   129:5
**says** 16:13 75:2 110:24
   112:19 118:22 122:1
   125:6
**scale** 49:15
**school** 11:18 13:12,19
   13:20,22,23 21:25
   22:3,4,7,10,12,14,17
   22:18,20,24,25 23:1
   23:2,7,7,13 24:12
   26:3,4,8,16 28:24,25
   33:10,11,15,17 44:13
   44:14 48:14 50:2
   56:3,11 57:14,24
   81:15 82:18 133:12
**schools** 1:8 5:18 18:18

   23:25 48:16,23,23
   49:20 53:5 55:6
   58:13 74:13 80:25
   81:17,22,24 82:3
   88:12,19,24 89:12
   97:15 99:6 100:12
   108:22 125:9,17
   132:22 137:2
**science** 12:12 13:17
   100:16
**scientific** 8:11 9:8 18:8
   65:12 66:17,18 67:2
   82:14 100:20 101:7
   101:12 117:12,16,17
   117:20,21 119:7,15
   120:3 122:2 123:12
   124:3 132:6
**scientifically** 119:21
**scientist** 14:22 18:8
**scientists** 17:5,10,11
   17:11 34:22 65:19
   66:8 70:9 85:4,24
   87:15,23 100:6
   101:11 103:1 124:25
   129:4
**scope** 70:1
**Scotland** 32:2 77:8,20
**Scottish** 77:11,13
**sea** 32:9
**sealed** 25:17
**seaman** 29:20 30:3,4
**second** 27:10 39:6
   40:21 41:14 42:3
   71:9 96:16 98:2,24
   106:22 107:2 117:2
**secret** 25:3,6,9,14,19
   34:13 51:10 52:4
   61:7
**secretaries** 70:20,21
**secretary** 14:6
**secretive** 61:14,15
**section** 99:11
**secure** 88:2
**security** 34:8,11,13
   35:17 36:12
**see** 27:22 30:16 31:7

34:3 35:9 38:4,5
55:1 60:17 72:5 82:9
108:2 112:7 115:1
124:3
**seeing** 91:6
**seek** 5:13
**seen** 54:22
**segments** 34:5
**seldom** 133:5,6
**send** 8:15 16:23 17:10
84:22
**sending** 128:7
**sense** 62:18 86:19,20
111:18,19
**sensitive** 74:9 94:24
95:1 123:8 124:2
**sensitivity** 74:5,7
95:17
**sent** 74:17 84:14 114:9
128:10 132:10
**sentence** 75:2 99:17
111:3,4 119:5
**sentences** 119:25
**September** 35:6
**series** 5:25 17:20
66:25 91:23 113:6
**serious** 57:5 117:11
**seriously** 82:20 83:11
83:13
**served** 66:18
**service** 18:17 132:11
**services** 18:10 51:4,7
110:18
**set** 123:12,20 124:5,6
**sets** 88:4
**severe** 32:14
**sewerage** 104:8
**sexual** 56:9
**shadow** 108:5
**shaking** 6:9
**SHAWN** 2:3
**sheath** 60:23
**sheet** 4:6 110:16 137:1
**shielding** 24:17
**shift** 83:18
**ship** 28:19 31:25

**ships** 31:10
**shop** 103:10
**short** 2:15 5:10 26:21
28:11,13 31:25 63:15
64:20 66:2 91:24
127:3
**shortcuts** 88:1,8
**shorthand** 136:7
**shortly** 67:2
**shot** 100:17
**show** 53:24 57:15 87:5
87:16,17 99:13,15
102:15,18 105:25
106:7,7 118:13
**showed** 59:2 63:8 85:3
85:17,19,22 129:16
130:18
**showers** 24:5
**showing** 62:20 63:6,7
72:5 115:5,6 129:25
**shown** 75:23 110:14
111:7 112:6 113:11
116:24 118:24
121:12 130:4
**shows** 102:12 108:15
121:16,17
**sick** 14:11 81:13,14
104:1 123:7
**sickness** 73:14,16,19
73:21,23 81:14 84:3
84:10 90:14
**side** 27:20 56:21
**Signal** 103:7
**signature** 127:19
**signed** 22:11 90:15
135:12 136:20
**silly** 30:12,16
**similar** 67:16 76:25
**similarly** 15:11 106:10
**simple** 103:3
**Singapore** 28:11
**single** 11:16 83:20
86:12
**sir** 5:16,21,24 6:7,13
6:20 7:8,12,17,23 8:1
8:24 9:12 10:1,11,14

11:22,24 12:24 13:9
13:18 14:1,14,18
16:12 17:3,25 18:4
19:4,14,19,24,24
20:14,16,19,21 21:17
21:20,24 22:25 23:14
23:23 25:6,13,17,18
26:9,19 28:8 29:10
29:24 30:6,10,15,19
30:22 31:1,18,21
33:23 34:20 35:2,8
35:18,21,24 37:4,22
38:24 40:20,23 41:17
41:20 42:1,4,4 43:19
46:22,25 47:2,11,22
48:1,4,9,18,21,24
49:9,11,17 50:6,22
50:23 51:24 52:19
53:6,10,17 55:10,14
56:5 57:18 58:9,11
58:15,23 59:1,5,13
59:22,24 60:2,13,18
61:14,19,22,25 62:8
62:17 63:21,24 64:2
64:5,11,19,23 65:10
65:14 66:12 67:4,12
67:22 68:5,9,20 69:4
69:16,18,24 72:1,17
73:6,12,17 74:6,11
74:15,23,25 75:6,8
76:21 77:4 78:11,16
78:24 79:15,23 80:6
80:9,12,16,20,23
81:1,6 82:13 83:7,9
83:12,17,20 84:4,12
84:14,18,20 85:5,8
85:23 86:2,5,24
88:13 89:7,11,13,15
89:25 90:4,6,9,24
91:2,5,12,15,19 92:8
92:24 93:1,12 94:15
94:20 96:8,10 97:2,9
97:16,19,25 98:17
99:16 101:10,23
105:7,10,12,16 106:8
106:11,14,18 108:7

109:2,6,9,12 110:22
111:1,18 112:8
113:14,17 116:14,20
116:22 119:24
120:10,25 121:4,9
124:11 127:2,18,21
127:25 128:4 131:10
132:2 133:22
**sit** 100:10 122:12,13
**site** 103:9
**sites** 51:15
**siting** 18:16
**sitting** 7:9 57:3
**six** 14:17 17:12 36:24
36:25 120:7 123:25
125:8
**sixth** 44:11,15,16,17
**six-hour** 17:6
**size** 59:19 72:9
**skip** 54:2
**Sky** 17:14
**sleep** 73:25
**slight** 103:16
**slightly** 50:13 67:7
**slipped** 36:21
**smaller** 105:19
**smoke** 50:19 102:7
111:21
**smoking** 110:2
**Social** 67:11 68:3
**society** 4:7 113:13,25
114:14,20 116:19
126:11
**sodium** 61:9
**sold** 88:5,5
**solicitor** 20:22,23
**somebody** 17:22 45:12
47:6,6 76:1 79:19
84:17 93:23 101:3
129:24
**soon** 17:15 103:22
**sooner** 50:17,18
**sorry** 14:18,20,20,23
17:19 21:11,12,13
32:14,15,17 64:7
80:3 91:16 95:7

98:21 99:8 118:10
127:22
**sort** 35:13 44:13 74:2
93:20 130:10
**sounds** 19:17 30:12
**source** 71:19
**sources** 50:25
**South** 10:16 12:9
42:25 43:9,22 44:5
44:18,22,25 46:21
47:15
**southern** 13:4 14:2,3
**Soviet** 106:20
**spaced** 52:14,16
**Spain** 14:18,18 17:2,3
17:12,20,21 81:12,17
**speak** 20:3,10 78:19
88:18
**speakers** 41:8
**speaking** 11:6,9
**special** 34:17 56:21
123:6
**specialist** 32:21
**specialized** 26:5
102:25 103:1
**species** 57:10,11
**specific** 9:20,20,23
37:20 48:11 49:19
93:11 130:13
**specifically** 9:6,11
48:22 92:21 98:4
**spectrum** 38:10
107:10
**spell** 42:10
**spend** 7:13 131:19
**spent** 23:10,11 31:5
36:24 78:18
**spies** 34:9,24 35:4,5
**spine** 36:15,25
**spoke** 13:15,17 81:23
**spoken** 7:22 15:7,20
19:4,5
**spokesperson** 16:3
71:13
**sponsor** 39:25
**sponsorship** 85:7 86:1

86:4
**spotted** 128:8
**spread** 116:7
**spy** 45:4
**square** 70:13,13
**squared** 73:2
**stables** 14:12
**stack** 113:10
**staff** 70:25 132:21
**stage** 63:10 108:13
**stake** 133:13
**Stallard** 1:24 136:3,21
**stance** 121:21
**stand** 123:25
**standard** 74:24
**standing** 20:1 36:16
36:17
**start** 13:7 29:22 40:4
40:10 54:2 103:20,22
**started** 26:8 33:14
35:1 36:4 41:22,25
42:1 88:16,23,25
90:14
**starting** 21:25 89:21
115:23
**state** 65:11 76:22 95:8
96:13 128:1,14
**statement** 4:7,9,10
20:22 89:14 95:14
111:16 112:16
113:12,24 117:15
118:25 119:17 120:2
122:20 123:3,4
**statements** 7:7 113:4
**states** 1:1 19:9 42:13
43:6 51:11 56:7
68:17 70:7 71:22
75:11 95:15 96:5
106:20 110:22 117:9
119:1 126:22 127:13
**statistical** 116:5
128:20 129:22
**statistically** 129:14
**statistics** 129:1 130:3
**stay** 30:18
**stealth** 23:20 24:14

26:17 27:8 71:9 75:4
76:24
**stem** 60:23,25 104:23
107:25
**stemming** 60:17
**step** 32:11
**Stewart** 82:9,12,13
83:9,17
**stimulate** 59:17
**stimulating** 59:15
**stint** 26:12 30:25
**stop** 52:3 64:22 72:25
**stopped** 56:8 81:25,25
110:1
**stops** 76:2
**store** 107:17,22
**stored** 107:24 108:1
**story** 131:24
**straight** 23:23 43:7,10
**Street** 2:3
**stress** 55:19
**stringent** 68:25
**stronger** 80:18,20
**struck** 120:1
**structure** 9:2 93:6
**structures** 58:2,4
101:4
**student** 56:13 96:23
**students** 43:16 44:4
46:16 88:21
**studied** 23:17 72:17
86:18
**studies** 52:19 53:3
61:23,25 62:15,18,25
64:4,8,9 77:2 82:16
84:2,9 85:10 101:21
101:24 102:15,19
104:13,14,18,19
105:4,5,9,11,15,17
105:24 106:3,3,6,9
106:12,17 109:10,18
109:19 111:5,7
112:13 113:18,20
114:22 118:11,13
**study** 23:16 52:20
58:25 59:2,10,19,20

68:17,19 72:11 78:22
80:18,24 81:2 91:9
91:10 105:20 115:9
115:10,10,11,25
128:14,15,19,22,23
128:25,25 129:2,19
130:17 132:25 133:9
**studying** 23:12 31:5
38:14 51:16 133:8
**stupid** 27:18
**subjects** 23:11
**submarine** 31:3 32:1
124:24
**submit** 49:8
**submitted** 95:13,14
**Subscribed** 138:12
**subsequently** 32:14
82:20
**substances** 11:2
**subtle** 35:8
**sudden** 82:18
**suddenly** 81:12
**suffer** 103:20,22
**suffered** 53:1,2
**suffering** 13:12
**suffice** 84:1 115:15
**sufficient** 83:10
**suicidal** 11:13
**suicide** 45:19
**suits** 88:8
**summarize** 10:3 108:2
**summary** 113:16,18
**summer** 12:15
**sunbathe** 98:18
**sunbathing** 98:18,19
**sunny** 98:20
**superfluous** 109:19
**supply** 88:4
**suppose** 40:7 44:21
94:22
**supposedly** 39:22
**suppressed** 79:13
**sure** 13:16 16:22 87:1
121:16 128:23
**surprise** 130:3
**surprised** 14:9

Plaintiffs' Exhibit L
Trower Depo
57

survey 129:24
survive 103:19
susceptible 95:3
sweat 58:3
Swiss 85:4,12,13,23,24
  105:25
switch 24:24
sworn 3:4 5:2 19:11
  138:12
Sylvia 128:12
symbiotic 11:4
symptoms 84:3,10
  85:3 109:15
synthesis 60:23
system 18:13 21:6
  48:17,19 52:4 60:22
  87:6,16,23 97:1
  104:5,5,25 131:21
  133:4,7
systems 51:4 52:4,6
  103:25 132:13
S-A-V-I-T-Z 49:6
S.W 2:9

**T**

T 3:1 4:1
tails 38:9
take 7:4 21:14 27:18
  32:15 39:22 45:10
  46:18 50:4 54:22,22
  57:10,11 64:20 65:7
  69:12 76:5 85:7,25
  86:3 87:8 88:1,8,19
  89:19,23 92:1 99:19
  100:1 101:2,9 102:6
  104:9,21 108:9 110:9
  111:16 113:9 116:23
  118:23 121:10 127:5
  127:22 131:3
taken 1:14 5:20 12:17
  12:20 13:19,24 15:15
  32:19 40:16 50:2
  69:15 82:20 83:11,13
  88:20 98:9 101:17
  102:14 121:17 123:6
  127:7 135:5 136:6

takes 42:23 65:18
  100:22
talk 13:6 16:6 17:13
  21:15 47:7,25 60:19
  70:4 71:21 77:12,21
  81:24 82:1 105:22
talked 59:25 71:24
talkies 41:9,10
talking 7:13,16,21
  8:19 9:1 22:2 104:4
  114:10 130:10,12
Tamar 124:25
target 46:4
task 45:10
taught 24:22 35:25
  42:9,19 43:2,4 44:1,2
  56:6,10
teach 34:8 37:24,25
  42:8,18 43:17,19,22
teacher 8:15 11:7,7,11
  11:13 33:1,17,22,25
  35:9 41:20 56:11,13
  93:17,23 94:4 101:9
teachers 22:15,16
  81:13 132:21
teaching 35:17,19,22
  41:22,25 42:2 46:2
  94:3,7 132:8,12,16
team 31:16
teams 100:6
technically 43:15
technician 29:7,14,20
technicians 27:11
techniques 34:19
technology 23:9,12,15
  25:23 26:6 75:20
  99:13 107:12 111:14
  122:7
telecom 128:2
telecommunications
  79:13
telephone 12:18 15:20
  109:3
telephoned 128:9
television 13:14 14:19
  15:1 16:1,1 17:9,14

20:9 52:13 91:21,23
tell 6:18 16:10 17:2
  24:23 51:14 67:13
  71:9 73:6 74:18
  78:17 81:2
ten 44:21 55:16 66:20
  66:22 87:9,12 100:15
  129:4 133:9
tend 52:14,16 73:25
  84:22 102:20 104:19
tendencies 11:14
ten-year 115:11
term 19:7,8 71:3 91:24
terms 7:16 11:5 59:12
  61:25 62:11,12 72:11
  110:5
terrible 25:20
Terror 28:10
terrorist 34:24
terrorists 34:10 35:5
test 88:7 99:25
tested 87:23 100:13
testified 5:2 18:2
  19:17,23,25 20:12,17
  26:7 105:23
testify 19:20
testimony 6:23 7:11
  18:3 132:5 135:5
  136:4,10
testing 63:22,24 87:11
Tetra 18:13,24 21:5
  78:8
thank 6:20 17:2 21:14
  65:6 132:1 133:20,21
  133:25
theater 31:14
theoretical 37:25 38:1
  62:12,14 64:1,2
Theoretically 124:18
theory 64:1
thereabouts 87:20
thereof 135:7
thermal 68:22 69:11
  69:12 122:14,17,18
  122:22 123:1,24
  124:15

they'd 22:15
thing 11:17 59:13,18
  101:12 108:6 109:5
things 5:4 6:1 26:25
  30:23 31:7 84:22
  87:12 98:8 100:23,25
  103:13 104:17
think 10:2,2 12:6,15
  17:19,23,25 19:5
  22:12 24:18 29:24
  31:5,6,24 33:13 34:5
  34:5,15 52:20 53:19
  53:20 54:5 55:4
  58:24 60:7 64:20
  67:1,6,15 70:19
  71:12,22 72:17 73:1
  74:22,25 77:8,9 78:9
  86:3,7,8 87:25 88:1,6
  88:17 89:2,25 90:1
  91:19 92:20 93:20
  94:1,11 95:5 105:17
  110:7 120:17 122:13
  126:10 128:6,16
  129:17,19
thinking 14:18 58:23
  61:5 81:10 124:4
third 71:11 111:3
thorough 71:15
thought 26:7 30:18
  72:12 92:9 105:23
  107:2 111:20
thousand 100:7 115:7
three 14:3 17:7,8,16
  17:17 24:19 36:17
  51:5 52:22 71:1 73:5
  105:4 106:17 115:7
  117:22 120:11,16
  128:6
threshold 123:12,20
  124:6
time 12:13 21:20,23
  21:24 24:19 26:20
  28:4,13,13 30:4
  32:10,12 34:21 36:1
  36:9 37:2,3 41:11,16
  42:2 44:10,21 45:14

Plaintiff's Exhibit L
Trower Depo
58

45:23,25 46:2,18,24
52:21 54:22 57:15,20
58:5 61:17 70:18
72:18 81:18,19,23
82:15 100:6,22 101:6
101:15 121:24 129:1
129:14 131:23
**times** 14:4 39:19 55:16
**timetable** 46:1 47:14
**timing** 103:8
**tissue** 111:12
**tissues** 112:13
**title** 65:20 67:19
**tobacco** 50:19 109:22
**today** 5:7,11 6:21 7:3
7:10,15 75:9 92:9
101:20 110:8 126:13
132:5
**today's** 72:12
**told** 14:16 15:19 24:17
27:12 39:18 71:3
78:20,21,24,25 126:6
131:7
**tolerate** 108:7,8 109:8
**tomorrow** 5:8,10
46:13 92:6,7
**top** 25:3,5,9,14,19
46:16 52:4 82:13
87:23 110:24 125:11
125:17
**topic** 23:9 37:22
**topics** 65:23 70:10
**Torquay** 42:9,11,14
42:16
**total** 34:23 70:8 81:22
85:15
**totally** 115:17 130:2
131:22
**touch** 27:22
**Tower** 2:9
**towers** 51:22,25 52:7
52:22 53:3 80:25
81:14 83:19 120:20
**town** 78:9
**township** 12:3,4,5,9
12:10,16,19

**Toxicology** 4:10 119:1
119:17,23
**train** 28:24,25 33:9
**training** 29:12 31:13
32:21 33:10,11,15,16
33:17,22 47:10
106:20,22 107:1
**transcribed** 136:8
**transcript** 4:15 20:4
136:5,9
**transcription** 135:6
**transduction** 103:7
**transference** 103:10
**transition** 102:22
**translate** 8:14 132:15
**transmission** 51:22,25
52:7
**transmitted** 16:20
70:16
**transmitter** 10:23
11:15,18 12:3,8,17
12:18,20 16:18 18:24
51:11,11 76:20 77:17
77:21,24 78:5 82:17
82:23 91:10 96:14,17
**transmitters** 10:20
14:8,11 16:8,22
18:16,22 19:3 51:13
51:15 52:6,12 76:24
82:3,6 83:14 125:10
125:16
**transmitting** 74:13
97:8
**trapping** 27:11
**travel** 16:16 17:21
**treat** 24:3
**tree** 104:4,4,5
**trees** 9:1 10:19 16:9
104:4
**Trent** 13:11
**trial** 9:20 19:13 35:3
**triangle** 15:12
**tried** 40:6
**trigger** 27:24
**triggered** 27:6
**trip** 15:14,24 16:4

**triphosphate** 103:8
**tritium** 124:24
**trouble** 91:5
**Troubles** 75:19
**Trower** 1:10 3:4 4:4
4:13 5:1,9,9,15,19
6:21 27:18 30:16
54:21 55:1 65:6 90:7
101:19 127:10,15
132:4 135:4,13 136:5
137:3 138:15
**Trower's** 5:11
**true** 109:4 131:10,10
135:6 136:9
**Trust** 65:12,16,21
66:5,10,14,16 67:17
67:24 84:23
**truth** 71:10 131:7
**try** 27:1 56:18 64:24
70:6 93:24,25,25
95:5 100:4,24 105:20
**trying** 9:12 10:1 19:5
20:11 31:24 34:15
56:24 77:9 86:7,8
93:8 98:6,10
**tumour** 129:18 130:1
130:2,14
**tumours** 104:20,21
113:20 114:23,24,25
115:2,3,5,7 129:25
130:8,21,23
**turn** 19:14 68:13
69:20 73:10 76:18
83:24 90:7 94:18
99:10 112:4 117:24
126:3,16,21
**turned** 17:9 36:18
39:21 82:7
**turning** 75:1 79:25
88:9 90:13 96:11
**tutor** 44:11,16,17
**twice** 50:22
**two** 12:4,22 17:11,12
18:9 21:8 32:13 36:9
36:16 77:7 78:18
81:9 87:14 91:11,14

103:2 120:14 132:4
**type** 104:6 130:18
**types** 41:3 51:9,21
70:22 106:17
**typically** 7:6
**T-O-R-Q-U-A-Y**
42:11

_____

### U

**uh-uh** 6:10
**Ulm** 17:5
**unable** 7:10
**unborn** 57:6
**unclear** 6:18
**uncomfortable** 46:9
**understand** 5:7,9,22
6:4,6,7,16,18 9:14
10:2 18:4 48:15 83:8
92:15 94:2,3,5,12
132:14
**understanding** 48:7
48:11 50:24 66:21
68:6 95:23
**understood** 105:13
**underwater** 27:9,13
27:14,17
**UNICEF** 115:10
132:25 133:1
**Union** 18:11 89:10
106:20
**unions** 18:9
**unit** 27:9,9 31:15
**United** 1:1,17 19:9
42:13 43:6 51:11
56:7 68:17 70:7
71:22 75:11 96:5
106:20 110:22 119:1
126:22 127:13
**universities** 39:19,20
40:6 86:11 116:15
**university** 13:11,14
35:12 37:6,16,17
38:23 39:3,13,17,22
40:14,15,20 43:6,7
43:10,11,21 60:8,9
62:2,5,9,10,19 85:12

85:13 125:1
**university-qualified**
  87:3
**unknown** 11:14
**unrestricted** 16:21
**unsafe** 99:14
**unusual** 10:18 102:13
**update** 32:9 49:18
**upper** 44:14
**urgent** 77:18
**use** 19:7 75:16 76:7
  79:10 86:11 91:11
  110:21 111:8,14
  113:19,23 114:23
  118:6 119:10 120:4
  120:24 122:4,5,6
  129:10
**useful** 9:19
**USSR** 70:7
**usual** 13:14
**usually** 102:19,24
  105:21
**U-L-M** 17:5
**U.K** 42:21 67:25 78:10
  78:11 90:5 96:9
  120:9 122:1,9,15,22
  124:17 131:7
**U.S** 2:9 4:8 29:21
  69:23 72:16 80:1
  110:17,18 111:17
  112:20 117:8 126:17
  126:19 131:7

---

**V**

**v** 1:7 137:2
**variable** 125:11,18
**various** 24:23 65:22
  103:20,21
**vary** 72:24,25
**varying** 90:14
**Vatican** 120:14
**verbatim** 136:9
**version** 47:10 103:11
  103:12
**vibration** 70:17
**victimized** 79:15,24

**video** 11:9
**Vietnam** 31:7
**view** 17:14 18:14
  26:19 66:6,9 68:7
  106:15 109:10
  113:24 118:15 122:9
**views** 65:19
**village** 77:15
**violently** 102:10
**virus** 76:9
**viruses** 76:8,10
**visit** 12:9 14:16 15:4,7
  15:19 16:25 17:20
  47:8
**visited** 14:3
**visits** 68:2
**vital** 103:24
**vitamins** 26:24
**vivo** 105:8 106:9
**volcano** 12:13,16
**VOLUME** 1:11
**voluntary** 128:6

---

**W**

**W** 3:1
**wait** 100:10
**waiting** 21:1
**Wales** 18:11 78:9
**walk** 37:12 41:17
  47:23
**walked** 22:19,20
**walkie** 41:9,10
**walking** 46:3 107:5
**wall** 108:20
**want** 5:4 8:3 15:18
  30:22 32:15,22 39:16
  47:22,24 54:13 58:1
  64:24 71:10 86:21
  102:21 116:10
  126:21 128:23 130:4
**wanted** 28:24 30:23
  34:6,8 38:4,5 43:20
  43:20,21 53:24 60:14
  63:15 70:10 100:20
  124:23
**war** 21:19 22:14 27:10

28:12 34:21,23 70:8
  107:7
**warfare** 23:18,20,20
  24:11 26:18 27:8
  28:6 33:6 34:22
  70:10 75:5,21 76:14
**warm** 107:16
**washing** 24:10
**wasn't** 25:3 26:4 28:17
  34:4,23 37:9 39:11
  45:19 77:25 82:21
  85:18 93:10 97:22
**waste** 103:15
**water** 91:6 94:16,17
  100:14 103:17
  107:16,17,17,21,21
  107:22,23
**water-based** 107:24
**watt** 97:13
**watts** 96:15,16 97:11
  97:24 98:2,24
**wave** 70:16 97:3
**waves** 27:3 74:9 82:14
  95:1,2 103:21 131:20
**way** 6:15 17:9 22:20
  36:11 38:7 42:12
  61:16 70:11 76:13,14
  83:18 89:8 94:13
  97:8 107:6 125:19
  136:16
**weak** 92:23 93:5
**weapon** 23:21 71:9
**weapons** 24:14
**weather** 41:6 51:16
**web** 81:4
**website** 73:23 117:14
  121:18
**week** 80:21 117:15
**weekends** 24:9
**weeks** 14:17 15:2 72:7
**weight** 37:13 117:12
  117:16,17,19,21
  119:7 120:3
**Welsh** 20:3,5,6,6
  81:19,23
**went** 10:20,24 12:13

12:14,16,16 14:5,12
  16:18 17:17 22:7,12
  22:14 23:25 24:15
  25:3,9,9,18,22 26:16
  28:19,20,21,23,24,25
  31:3,11,13,24 33:9
  33:16,17 34:12,16,17
  37:11 38:17 42:1,24
  46:18 63:16 82:17
  100:25 102:7 111:20
**weren't** 106:2
**West** 37:19 68:24,25
**western** 70:24
**We'll** 6:14
**we're** 8:19 9:1 56:2
  90:1 103:5 104:4
  112:1 115:1 119:13
  125:16,16,17,23
  128:23 129:3,24,25
  130:10 133:20
**we've** 17:23 59:25
  64:21 107:8 114:6
**wheatfields** 76:13
**white** 104:24
**whites** 30:17
**widespread** 122:6
**wife** 32:13 36:2 47:23
**William** 35:2 82:13
  83:9,17
**Wimax** 12:7,7
**window** 70:18
**windows** 70:14
**wing** 36:12 118:22
**wire** 108:19,24
**wireless** 88:11
**wish** 15:25 86:25
  126:15
**witness** 3:3 19:11
  32:21 49:5,24 53:14
  53:20 54:8,15 110:14
  113:11 116:24
  118:24 121:12
  133:21,25 136:5
  137:3
**witnesses** 36:16,17
**witnessing** 100:18

**wi-fi** 10:20 11:18 12:2 13:13,19,21,21,24 19:2 48:9,14,17,19 52:12 53:5 55:6 57:4 58:13 59:23 60:17 61:13 64:10 74:18,20 74:24 88:19,22,24 89:12 90:3 96:12,12 96:14 97:1,12 99:24 132:18
**wi-fis** 51:7 72:8 97:13 98:6 99:3
**Wolfdieterich** 120:13
**women** 34:11 59:8,9,9 59:11 72:6,14,15,17
**won** 12:15,17 21:21 83:23
**word** 9:14 18:5 34:13 82:25 106:4 111:19 119:3,18,19 120:1
**wording** 69:11 112:2
**words** 40:2 69:4 75:16 86:21 114:6 123:24
**work** 8:22 9:8 10:3 16:10 17:2 31:14 33:1 40:3 42:24 45:13 46:17 47:18 48:2 59:16 67:16 93:22 94:25 103:18 104:6 107:15 121:23 127:3 131:13,21
**worked** 12:2,2 24:5,7 27:8 28:11,13 31:23 31:23 42:3 47:21
**working** 39:4,4 41:15 41:16 47:3 59:16 64:21
**works** 67:8 101:2,4 119:14
**world** 27:10 34:23 51:18 65:19 71:14 73:22 84:6 95:9,18 95:22,24 96:3 101:3
**worldwide** 90:17
**world's** 34:22 70:9
**worried** 45:19 53:6,6

53:8,8,9 55:5,7
**wouldn't** 9:21 39:13 59:18 72:11 96:8 100:21 107:3 111:24
**Wright** 128:12
**write** 18:12 25:6 45:16 47:8 49:2,3 73:3 87:13 94:4 119:25 121:15
**writes** 93:22 94:3
**writing** 7:16 93:24 94:5
**written** 9:18 49:2 62:13 71:2 91:19 92:19 110:23
**wrong** 71:7 82:24 87:25 88:6 102:1,3 114:1,1,2,4,6 119:18 120:5 129:14,15
**wrote** 63:3 71:15,15 71:22 72:4 73:5 93:8 98:14
**www.health/concer...** 79:8

**X**

**X** 3:1 4:1,1

**Y**

**Yeah** 22:8 110:15
**year** 10:17 31:5,17,18 31:20 33:14 38:3,16 41:21 86:11 123:16 133:9,9
**years** 11:8,13 12:4 18:12 21:8 22:20 25:20 30:2 34:14 36:3,24,25 37:14 40:7,8 42:23 43:2,3 43:11,15 44:8,21 48:20 57:10,11,15 66:20,22,24 71:1 87:9,12 100:15 104:9 104:9,10,21 115:2 117:23 129:4,8
**yeast** 76:6,7

**yeasts** 75:24 76:5,10
**young** 48:10 55:15 104:1
**younger** 108:10

**Z**

**Zealand** 12:25 13:1 15:23,24 16:3

**0**

**0.2** 96:14,15,16 97:11 97:13,22,23,24 98:1 98:2,24,24
**01/30/2012** 137:3
**0333** 2:4

**1**

**1** 1:22 110:13
**1:53** 101:16
**10** 4:10 87:19 118:23 118:24,25
**10,000** 102:6,6 111:21
**10:00** 1:13 46:12
**10:49** 32:18
**10:51** 32:20
**100** 47:12,13 56:13,25
**100th** 57:24
**100,000** 101:4
**1000** 72:14
**11** 43:15 44:8,8,9,14 68:13,16
**11-year** 94:1,2
**11:00** 46:14
**11:53** 65:3
**110** 4:5
**111** 2:9
**113** 4:7
**116** 4:8
**118** 4:10
**12** 34:5 36:11 66:24 69:20
**12:35** 65:5
**121** 4:11
**124** 88:17,19,24
**127** 4:13
**13** 44:14,15 129:3,3

131:3,5,6
**132** 3:6
**133** 135:4 136:6
**138** 1:22 81:18
**14** 4:11 22:18 53:2 121:11,12,13,14,25
**15** 22:12,25 23:2 26:8 30:2 73:10,11
**15th** 22:11
**15-year** 117:17
**150** 88:5
**1560** 2:3
**16** 23:2 34:16,17 42:23 44:15,16 74:12 116:7
**16-year** 56:8
**17** 23:2,4,5,22
**1745** 107:18
**18** 11:15 18:23,23 22:5 23:3 24:14 26:10,13 26:13,14 44:10 70:19 75:1 77:8
**18-year** 43:25 44:7
**1800** 52:2,8
**19** 28:22 43:2,3 44:10 44:16 71:13 120:18 120:19
**1920s** 109:23
**1932** 73:20
**1945** 21:18
**1950s** 75:5 131:13
**1960s** 24:4 131:8,12
**1961** 25:25 26:1
**1962** 25:25 26:1
**1967** 33:16 36:4,4
**1968** 33:16
**1970s** 131:8
**1976** 36:4,5 68:21 69:10 113:5 114:3
**1984** 38:17,17 41:12 41:23
**1984/5** 38:22
**1985** 41:22,25
**1987** 38:22 74:5
**1988** 38:22 40:10,21 41:3
**1990** 80:18,19

BARRIE TROWER - 1/30/2012

**1990s** 122:25
**1994** 42:24
**1995** 40:12,15 115:23

**2**

**2** 110:13 112:5 127:23
  127:25
**2RP** 1:17
**2.4** 74:14
**2.45** 74:24
**2:02** 101:18
**2:45** 127:6
**2:53** 127:8
**20** 34:15,15 51:9 57:10
  57:11,15 85:3,10,17
  85:19,22 87:20
  104:21 106:1 115:2
**200** 8:19,21 81:11,23
  100:12 129:4
**2002** 123:3,5,17
**2003** 47:15,16
**2004** 47:16
**2006** 84:1
**2007** 92:25
**2011** 88:10 95:15
  133:2
**2012** 1:12 135:5 136:7
  138:13
**22** 15:17
**224** 2:11
**23** 1:15
**24** 76:18,19
**24-209886** 1:21
**25** 57:15 120:6
**25th** 15:17,17
**258** 2:4
**26** 78:13,14

**3**

**3** 110:13 113:15
**3,000** 130:18
**3:08** 134:2
**3:11-CV-00739-MO**
  1:7
**30** 1:12 11:8,12,13
  79:25 80:1 104:21

115:2 116:2 135:5
  136:6 138:13
**30,000** 90:16
**300** 8:19,21 73:8,8
**33** 80:22 81:9
**34** 81:9
**3400** 2:9
**35** 82:8,11

**4**

**4** 65:9,11 110:13
  127:22,23,25
**4,000** 69:7
**40** 129:17,21 130:1,4
  130:22
**400** 17:4
**400,000** 56:16 57:20
**4050** 58:2,4
**41** 83:24,25
**42** 105:17
**43** 88:9
**46** 56:12
**47** 81:10,17
**47.7** 72:6
**48** 51:13,15

**5**

**5** 3:4,5 4:5 73:1 74:14
  110:12,14,15,16
  128:13 135:4 136:6
**5th** 1:16
**5.30** 24:5
**5:00** 46:15
**50** 53:19,19 116:3
**503** 2:4,11
**52** 53:19 54:5
**53** 56:18 57:1
**54** 4:4
**546** 123:4
**547** 123:9,15
**55** 4:4 54:2,7,12,20,21
  55:11 61:16,20 65:8
**56** 4:13 127:9,11 131:4
**5858** 2:11

**6**

**6** 4:7 113:10,11
**6,000** 115:21
**60** 24:5
**60s** 110:2
**600** 72:13
**61** 90:7,8

**7**

**70** 91:8
**73** 92:1,1
**76** 94:18,18

**8**

**80** 84:2,9 85:14,16,19
**83** 96:11
**88** 99:11,12

**9**

**9** 4:8 116:23,24 117:1
**9.30** 24:8
**900** 52:2,8,9
**97068** 2:4
**97204-3699** 2:10
**99** 43:15

Plaintiff's Exhibit L
Trower Depo
62